## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **JOHN HENDRICKSON, individually and on behalf of all others similarly situated,** | § § § § | |
| **Plaintiff,** | § § § | **No. 3:22-cv-02930-S** |
| **v.** | § § § | **Collective Action under 29 U.S.C. § 216(b)** |
| **JARED HALL and RYAN SETTY-O'CONNOR,** | § § § | **JURY DEMANDED** |
| **Defendants.** | § § § § § | |

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff asks the court clerk to enter a default against Defendant Ryan Setty-O'Connor, as authorized by Federal Rule of Civil Procedure 55.

1.      Plaintiff is John P. Hendrickson, individually and on behalf of all others similarly situated. Defendants are Jared Hall and Ryan Setty-O'Connor.

2.      On December 30, 2022, Plaintiff sued Defendants for unpaid wages under state and federal law and filed Plaintiff's Original Collective Action Complaint with the Court. (Doc. No. 1.)

3.      On January 4, 2023, Defendant Setty-O'Connor was served with a summons and a copy of Plaintiff's complaint by process server. A copy of the return of service was filed with the Court. (Doc. No. 6.)

4.      Defendant Setty-O'Connor did not file a responsive pleading or otherwise defend the suit.

5.      The court clerk may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a).

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**                                                    **Page 1**

6.      The clerk should enter a default against defendant because defendant did not file a responsive pleading within 21 days after January 4, 2023, the date of service. Fed. R. Civ. P. 12(a)(1)(A)(i); *see* Fed. R. Civ. P. 55(a).

7.      Therefore, entry of default against Defendant Setty-O'Connor is proper pursuant to Fed. R. Civ. P. 55(a).

8.      Upon the clerk's entry of default, Plaintiff will file a Motion for Default Judgment against Defendant Setty-O'Connor.

Respectfully submitted,

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881
GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
phone: (972) 504-1420
fax: (833) 957-2957
travis@travisgasper.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on January 26, 2023, a copy of Request for Clerk's for Entry of Default was served on Defendants by certified U.S. mail, return receipt requested, as follows:

Jared Hall
1717 Caddo Street, #105
Dallas, TX 75204

Ryan Setty-O'Connor
2001 Oak Bluff Drive
Arlington, TX 76006

*/s/ Travis Gasper*
Travis Gasper

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**                                    **Page 2**