IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN HENDRICKSON, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | No. 3:22-cv-02930-S |
| v. | § § | Collective Action under 29 U.S.C. § 216(b) |
| JARED HALL and RYAN SETTY-O'CONNOR, | § § § | JURY DEMANDED |
| Defendants. | § § § § | |

**[PROPOSED] ORDER ON ENTRY OF DEFAULT**

After considering Plaintiff John P. Hendrickson's request for entry of default against Defendant Ryan Setty-O'Connor, proof of service, and other evidence on file, the clerk FINDS that the record supports entry of default and ORDERS that default be entered.

SIGNED on _____, 2023.

_____
CLERK, U.S. DISTRICT COURT