IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN HENDRICKSON, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | No. 3:22-cv-02930-S |
| v. | § § | Collective Action under 29 U.S.C. § 216(b) |
| JARED HALL and RYAN SETTY-O'CONNOR, | § § § | JURY DEMANDED |
| Defendants. | § § § § | |

## NOTICE OF FILING ADDITIONAL CONSENTS

Plaintiff hereby files this Notice of Filing Additional Consents in connection with the above-entitled and numbered action, and in support attaches the following:

Exhibit A – Riley Kiser Consent.

    Respectfully submitted,

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881
GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
phone: (972) 504-1420
fax: (833) 957-2957
travis@travisgasper.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on March 14, 2023, a copy of Notice of Filing Additional Consents was served on Defendants by U.S. mail as follows:

Jared Hall
1717 Caddo Street, #105
Dallas, TX 75204

Ryan Setty-O'Connor
2001 Oak Bluff Drive
Arlington, TX 76006

/s/ Travis Gasper
Travis Gasper