IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN HENDRICKSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JARED HALL and<br>RYAN SETTY-O'CONNOR,<br><br>　　　　Defendants. | § § § § § § § § § § § § § § § | No. 3:22-cv-02930-S<br><br>Collective Action under 29 U.S.C. § 216(b)<br><br>JURY DEMANDED |

## SUGGESTION OF DEATH

Plaintiff hereby files this Suggestion of Death, pursuant to Fed. R. Civ. P. 25(a), and in support shows the following:

1.  Plaintiff attempted to serve Defendant Jared Hall at his home on January 6, 2023. The process server stated that Jared Hall's partner, Jayden Brown, "said that Jared Hall passed away this morning." *See* Ex. A—Affidavit of Nonservice.

2.  Defendant Jared Hall, along with Defendant Ryan Setty-O'Connor, are codebtors in a pending bankruptcy filed by their former company, MerLux Pools LLC. *See In re Merlux Pools, LLC*, No. 22-43082-elm7 (N.D. Tex. Bankr.). Upon learning of Hall's alleged death, counsel for Plaintiff contacted the bankruptcy trustee to ask about Hall's death. The trustee responded, "I was advised that Mr. Hall has died. I believe a death certificate will be provided. No suggestion of death is likely to be filed since he is not the debtor." *See* Ex. B—Email Correspondence with Bankruptcy Trustee. To Plaintiff's knowledge, no death certificate has been provided, nor has a suggestion of death been filed.

3.  Based upon Plaintiff's counsel's research, no estate or other probate matter has been opened for Hall as of today's date.

Dated: March 22, 2023.

        Respectfully submitted,

        */s/ Travis Gasper*
        **Travis Gasper**
        Texas Bar No. 24096881
        GASPER LAW, PLLC
        1408 N. Riverfront Blvd., Suite 323
        Dallas, Texas 75207
        phone: (972) 504-1420
        fax: (833) 957-2957
        travis@travisgasper.com

        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on March 23, 2023, a copy of the foregoing was served on Defendants by U.S. mail as follows:

Jared Hall
1717 Caddo Street, #105
Dallas, TX 75204

Ryan Setty-O'Connor
2001 Oak Bluff Drive
Arlington, TX 76006

        */s/Travis Gasper*
        Travis Gasper