# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| **Hendrickson** | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:22-cv-02930-S |
| **Hall et al** | ) |
| *Defendant* | ) |

## AFFIDAVIT OF NONSERVICE

I, Dallaree Octavia Logan, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on January 3, 2023 at 10:22 am. After careful inquiry and diligent attempts, I was unable to serve Jared Hall as I could not find the subject or information as to the location of the subject's whereabouts.

Summons
Plaintiff's Original Collective Action Complaint

**Serve Attempt #1**
Date / Time: January 6, 2023 11:27 am
Address: 1717 Caddo St, 105, Dallas, TX 75204
Photo: See Exhibits 1a, 1b, 1c, 1d below
Geolocation: http://maps.google.com/maps?q=32.7994689941,-96.7857503541
Description of attempt: I spoke with Jayden Brown, Jared Hall's partner, who said that Jared Hall passed away this morning.

My name is Dallaree Octavia Logan, my date of birth is 7/26/1974, and my address is 5759 Pineland Dr, 2056, Dallas , TX 75231, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in   Dallas County   ,   TX   on   1/10/2023   .

/s/ Dallaree Octavia Logan
Dallaree Octavia Logan - (214) 923-9782
Certification Number: PSC-12583
Expiration Date: 4/30/2024

Exhibit 1a)



Exhibit 1b)



Exhibit 1c)



Exhibit 1d)

