

Travis Gasper <travis@travisgasper.com>

---

## 22-43082-elm7

---

**Shawn Brown** <shawn@browntrustee.com>  Wed, Jan 11, 2023 at 8:32 AM
To: Travis Gasper <travis@travisgasper.com>

Travis:  I had already planned to adjourn the meeting to 2pm in the afternoon to accommodate anticipated creditor participation on the call in.  I will only make a case announcement at 9:30, so feel free to wait until 2pm to call in.  I will take a roll of the creditors on the call, and after my direct, I will just go down the list to give each time to ask some questions.  A 2004 exam is probably a good idea as I am unlikely to be able to accommodate a significant time for each creditor appearing.  I have engaged a CPA that is reviewing the case data.  I do not expect much $$ from the auction as most assets are leased or highly leveraged.  You are welcome to file proof of claims now online https://www.txnb.uscourts.gov/    I will cause the clerk to send out a notice to file claims after the meeting.  ==Yes—I was advised that Mr. Hall has died.  I believe a death certificate will be provided.  No suggestion of death is likely to be filed since he is not the debtor.==

Shawn Brown

Bankruptcy Trustee

(817) 488-6023

shawn@browntrustee.com

PO Box 93749

Southlake TX76092

[Quoted text hidden]