IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN HENDRICKSON, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | No. 3:22-cv-02930-S |
| v. | § § | Collective Action under 29 U.S.C. § 216(b) |
| JARED HALL and RYAN SETTY-O'CONNOR, | § § § | JURY DEMANDED |
| Defendants. | § § § § | |

## DECLARATION OF ANITA CALICCHIO

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. My name is Anita Calicchio. I signed a written consent form to participate in this lawsuit.

2. I am over the age of 18, and I am competent to make this declaration. The facts stated in this declaration are within my personal knowledge and they are true and correct.

3. I was employed by Defendants Jared Hall and Ryan Setty-O'Connor as a senior field technician from approximately August 2022 to November 23, 2022.

4. During my employment, Defendants controlled virtually all aspects of my work and pay. As co-owners, they hired me and ultimately communicated to me that the company was closing and I no longer had a job. They told me when to show up for work and where. They assigned me work and I was required to adhere to the schedule that they assigned me. Defendants dictated the terms and conditions of my employment as well as how much I was to be paid.

5. Defendants paid me $30.00 per hour.

6. I regularly worked approximately 60 hours per week. And although I was paid at a straight hourly rate, I was not paid an overtime premium of at least one-and-one-half times my regular rate of pay for hours worked in a workweek over 40.

7. Defendants never paid me my last paycheck. Based on previous paychecks I received, that check should have been approximately $1,200.00.

8. I have calculated based on the best information available to me that I worked approximately 320 overtime hours during my employment for Defendants without being paid an overtime premium. This is based on approximately 20 overtime hours worked each week and approximately 16 weeks of employment.

9. Multiplying those 320 overtime hours by one-half of my $30.00 hourly rate ($15.00) equals $4,800.00 in unpaid overtime wages.

10. When all of the damages that I am owed in this lawsuit (including overtime pay and an equal amount of liquidated damages) are added together, the total amount that I am owed is $10,800.00, excluding attorney fees, costs, and interest.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on Apr 25, 2023.

*Anita M Calicchio 04-25-23*
Anita M Calicchio 04-25-23 (Apr 25, 2023 15:58 CDT)
Anita Calicchio