IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN HENDRICKSON, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | No. 3:22-cv-02930-S |
| v. | § § | Collective Action under 29 U.S.C. § 216(b) |
| JARED HALL and RYAN SETTY-O'CONNOR, | § § § | JURY DEMANDED |
| Defendants. | § § § § | |

## DECLARATION OF TRAVIS GASPER

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. My name is Travis Gasper. I am over the age of 18. I am competent to make this declaration. The facts stated in this declaration are within my personal knowledge and they are true and correct.

2. Plaintiffs John Hendrickson, Anita Calicchio, Riley Kiser, and Claudia Torralba retained me and the firm of Gasper Law PLLC to represent them in the above captioned lawsuit against the named Defendants. The above captioned lawsuit involves claims under the Fair Labor Standards Act to collect unpaid wages and overtime from Defendants, their former employers.

3. I am the primary attorney responsible for handling this matter. My Texas Bar No. is 24096881. I have been licensed in the State of Texas since 2016.

4. My billable hourly rate is $400.00 per hour for matters of this kind. This hourly rate is reasonable and comparable to rates charged by attorneys and staff of a comparative level, serving the same legal market.

5. The following list specifies an accurate statement of the subjects and the professional time spent in the prosecution of Plaintiffs claims against Defendants:

| Date | Attorney | Hours | Description of Activity |
|---|---|---|---|
| 12/29/22 | TAG | 4.0 | Drafting Complaint, Civil Action Cover Sheet |
| 12/30/22 | TAG | 0.7 | Communicating with clients re: complaint |
| 1/1/23 | TAG | 0.3 | Email communication with Defendants re: waiver of service |
| 1/1/23 | TAG | 0.5 | Damage calculations |
| 1/10/23 | TAG | 1.0 | Drafting and sending open records request to Texas Workforce Commission (TWC) |
| 1/12/23 | TAG | 0.5 | Reviewing TWC open records request |
| 1/25/23 | TAG | 0.3 | Researching motion for default judgment |
| 1/25/23 | TAG | 0.5 | Drafting request for Clerk's entry of default |
| 1/25/23 | TAG | 0.8 | Call with Riley Kiser re: lawsuit, answering questions |
| 1/25/23 | TAG | 0.4 | Texts, email communication with ▮▮▮▮ re: ▮▮▮▮ |
| 1/25/23 | TAG | 0.3 | Texts with Plaintiff John Hendrickson re lawsuit status, ▮ |
| 1/25/23 | TAG | 0.2 | Texts, email communication with ▮▮▮▮ re: ▮▮▮ |
| 1/26/23 | TAG | 0.6 | Phone communication with Plaintiff Claudia Torralba |
| 1/26/23 | TAG | 0.3 | Drafting and filing notices of additional consent (Torralba) |
| 1/28/23 | TAG | 0.5 | Communication with all Plaintiffs re: case update |
| 4/24/23 | TAG | 0.8 | Email communication to all Plaintiffs re: motion for default judgment, declarations in support |
| 4/25/23 | TAG | 2.0 | Drafting Plaintiffs' declarations |
| 4/25/23 | TAG | 0.6 | Email, phone, and text communication with Plaintiffs regarding declarations |
| 4/25/23 | TAG | 1.8 | Drafting motion for default judgment, attorney declaration on fees and costs, Soldiers & Sailors Declaration |

Total Hours: 16.1 x $400.00 = $6,440.00

**Total Attorneys' Fees = $6,440.00**

6. These records identify the work that done each day, the amount of time devoted to this matter on that day (including separate entries for each task), and a description of the work performed. The time entries on these invoices were entered by me personally, at or near the time of performing the work in the ordinary course of our daily practice. These billing records are kept in the ordinary course of our regularly conducted business activities. Some entries may have been redacted in part for the purpose of protecting attorney-client communications or work product privilege.

7.  My firm also incurred the following costs related to the case:

| Date | Amount | Description |
|---|---|---|
| 12/29/22 | $402.00 | Filing Fee |
| 1/4/23 | $95.00 | Service of Process on Defendant Setty-O'Connor |
| **Total Costs:** | **$497.00** | |

8.  The tasks performed and the costs incurred were all reasonably and necessarily incurred in the case. The fees and costs incurred reflect tasks that were performed competently and efficiently.

9.  Accordingly, the total amount of attorneys' fees and costs being sought are $6,937.00.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 26, 2023.

*Travis Gasper*
Travis Gasper