IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN HENDRICKSON, individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiff, | § § | No. 3:22-cv-02930-S |
| v. | § § | Collective Action under 29 U.S.C. § 216(b) |
| JARED HALL and RYAN SETTY-O'CONNOR, | § § § | JURY DEMANDED |
| Defendants. | § § § § § | |

## SOLDIERS & SAILORS DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. My name is Travis Gasper. I am over the age of 18. I have never been convicted of a felony or crime of moral turpitude. I am competent to make this declaration. The facts stated in this declaration are within my personal knowledge and they are true and correct.

2. I am the attorney of record for the Plaintiffs in this action.

3. Defendant Setty-O'Connor is an individual. Upon information and belief, Ryan Setty-O'Connor is not on active military duty or presently enlisted in any branch of the military.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 26, 2023.

*Travis Gasper* (signature)
Travis Gasper