IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN P. HENDRICKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JARED HALL and RYAN SETTY-O'CONNOR,<br><br>Defendants. | CIVIL ACTION NO. 3:22-cv-2930-S-BN<br><br>Collective Action under 29 U.S.C. § 216(b)<br><br>JURY DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF DEFENDANT JARED HALL

Plaintiff, John P. Hendrickson, files this voluntary dismissal without prejudice of Defendant Jared Hall pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant Jared Hall has neither answered nor filed a motion for summary judgment in this case.

Respectfully submitted,

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881
GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
phone: (972) 504-1420
fax: (833) 957-2957
travis@travisgasper.com

**ATTORNEY FOR PLAINTIFF**