# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JOHN P. HENDRICKSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN SETTY-O'CONNOR,<br><br>    Defendant. | CIVIL ACTION NO. 3:22-cv-2930-S-BN<br><br>Collective Action under 29 U.S.C. § 216(b)<br><br>JURY DEMANDED |

## SUGGESTION OF BANKRUPTCY

Plaintiff, John P. Hendrickson, provides notice to the Court that on September 26, 2023, Defendant Ryan Setty-O'Connor filed a voluntary bankruptcy petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, Case No. 23-42882-elm7. The automatic stay provisions of 11 U.S.C. § 362 apply to the instant case. Therefore, Plaintiff asks the Court to direct the Clerk to administratively close this case without prejudice to its being reopened once the bankruptcy proceeding is concluded or the stay is lifted.

Respectfully submitted,

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881
GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
phone: (469) 663-7736
fax: (833) 957-2957
travis@travisgasper.com

**ATTORNEY FOR PLAINTIFF**