IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JOHN P. HENDRICKSON**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **RYAN SETTY-O'CONNOR**, <br><br> Defendant. | CIVIL ACTION NO. 3:22-cv-2930-S-BN <br><br> Collective Action under 29 U.S.C. § 216(b) <br><br> **JURY DEMANDED** |

## STATUS REPORT CONCERNING DEFENDANT'S BANKRUPTCY PROCEEDINGS

On October 16, 2023, this Court stayed the above-styled action after Defendant Ryan Setty-O'Connor filed for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, Case No. 23-42882-elm7. Dkt. No. 18 at 2. The Court also ordered Plaintiff John P. Hendrickson to file a status report concerning the bankruptcy proceedings involving Defendant Ryan Setty-O'Connor, as those proceedings relate to this action, every 60 days after the date of entry of its order. *Id.* at 3.

The meeting of creditors took place on October 18, 2023. The same day, the trustee filed a Report of No Distribution. The deadline for objecting to discharge is December 18, 2023.

Respectfully submitted,

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881
GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
phone: (469) 663-7736
fax: (833) 957-2957
travis@travisgasper.com
**ATTORNEY FOR PLAINTIFF**