IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JOHN P. HENDRICKSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**RYAN SETTY-O'CONNOR**,<br><br>Defendant. | CIVIL ACTION NO. 3:22-cv-2930-S-BN<br><br>Collective Action under 29 U.S.C. § 216(b)<br><br>JURY DEMANDED |

## STATUS REPORT CONCERNING DEFENDANT'S BANKRUPTCY PROCEEDINGS

On October 16, 2023, this Court stayed the above-styled action after Defendant Ryan Setty-O'Connor filed for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, Case No. 23-42882-elm7. Dkt. No. 18 at 2. The Court also ordered Plaintiff John P. Hendrickson to file a status report concerning the bankruptcy proceedings involving Defendant Ryan Setty-O'Connor, as those proceedings relate to this action, every 60 days after the date of entry of its order. *Id.* at 3.

On December 20, 2023, the bankruptcy court entered an order granting a discharge under 11 U.S.C. 727. On December 21, 2023, the bankruptcy court entered an order approving the Trustee's Report and discharging the trustee. The bankruptcy case was closed on December 21, 2023.

Respectfully submitted,

*/s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881
GASPER LAW, PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
phone: (469) 663-7736
fax: (833) 957-2957
travis@travisgasper.com
**ATTORNEY FOR PLAINTIFF**