

**EXHIBIT A**

Travis Gasper <travis@travisgasper.com>

---

## Activity in Case 3:22-cv-02930-S-BN Hendrickson v. Hall et al Order Setting Deadline/Hearing

---

**Travis Gasper** <travis@travisgasper.com>   Thu, Feb 15, 2024 at 4:22 PM
To: dprosser@t-plaw.com, mtoronjo@t-plaw.com
Cc: Debbie Leiteritz <debbie@travisgasper.com>

Derek,

Can you get the Order below to Mr. Setty-O'Connor and ask him (or, if he is represented by counsel, his counsel) to contact me right away? Judge Horan has ordered us to file a joint status report by next Wednesday, Feb. 21, regarding reopening the unpaid wage case against him on Feb. 23.

I am attaching a copy of ECF 18, the Court's October 16, 2023 Memorandum Opinion and Order, referenced in the electronic order below.

I appreciate your help.

Sincerely,

**Travis Gasper (he/him)**
*Attorney | Gasper Law PLLC*
469.663.7736 | travis@travisgasper.com


Begin forwarded message:

> **From:** ecf_txnd@txnd.uscourts.gov
> **Date:** February 14, 2024 at 1:23:27 PM EST
> **To:** Courtmail@txnd.uscourts.gov
> **Subject: Activity in Case 3:22-cv-02930-S-BN Hendrickson v. Hall et al Order Setting Deadline/Hearing**
>
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> **U.S. District Court**
>
> **Northern District of Texas**
>
> ### Notice of Electronic Filing
>
> The following transaction was entered on 2/14/2024 at 12:23 PM CST and filed on 2/14/2024
> **Case Name:**     Hendrickson v. Hall et al
> **Case Number:**   3:22-cv-02930-S-BN
> **Filer:**
> **WARNING: CASE CLOSED on 10/16/2023**
> **Document Number:** 21(No document attached)

**Docket Text:**
**ELECTRONIC ORDER: The parties are order to file, by Wednesday, February 21, 2024, a joint status report explaining their views on whether the Court should -- based on the updates in Plaintiff John P. Hendrickson's [20] latest Status Report Concerning Defendant's Bankruptcy Proceedings -- lift the stay and reopen this case on Friday, February 23, 2024 (a bit more than 60 days after the reported date of closing the bankruptcy case), consistent with the Court's [18] Memorandum Opinion and Order on Bankruptcy Stay and Administratively Closing Case. (Ordered by Magistrate Judge David L. Horan on 2/14/2024.)**

**3:22-cv-02930-S-BN Notice has been electronically mailed to:**

Travis Gasper     travis@travisgasper.com, travis.travisgasper.com@recap.email

**3:22-cv-02930-S-BN Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:**

---

**ECF 18 - Memo, Order BK Stay.pdf**
80K