


Travis Gasper <travis@travisgasper.com>

---

# Registered: Hendrickson, et al. v. Setty-O'Connor, et al. -- Order; Joint Status Report Due 2/21/24

1 message

---

**Travis Gasper** <travis@travisgasper.com>  Sun, Feb 18, 2024 at 9:30 AM
Reply-To: Travis Gasper <travis@xntrlild2hezbhe32xtlr7ggcrvmvyjidcnx2xuumtay.reply.rpost.biz>
To: pjsjms316@aol.com, rsetty@me.com, takechopperflight@gmail.com



This is a Registered Email™ message from **Travis Gasper**. Your reply will be returned as a Registered Email message.

Dear Mr. Setty-O'Connor:

This email is in reference to the collective action lawsuit filed against you—*John P. Hendrickson, individually and on behalf of all others similarly situated v. Jared Hall and Ryan Setty-O'Connor*, No. 3:22-cv-02930-S in the U.S. District Court for the Northern District of Texas. I represent Plaintiffs in this action.

On Feb. 14, the judge issued the attached Electronic Order (ECF 21), requiring the parties to file a joint status report by next Wednesday, Feb. 21 regarding reopening the case against you. I am also attaching a copy of ECF 18, the Court's October 16, 2023 Memorandum Opinion and Order, referenced in ECF 21.

**Please contact me right away to discuss this (or, if you are represented by counsel, have your counsel contact me) at the number below.**

Thank you in advance for your prompt response.

Sincerely,

**Travis Gasper (he/him)**
*Attorney | Gasper Law PLLC*
469.663.7736 | travis@travisgasper.com

---



---

**2 attachments**

📎 **ECF 18 - Memo, Order BK Stay.pdf**
80K

📎 **ECF 21 - Electronic Order.pdf**
107K



Travis Gasper <travis@travisgasper.com>

## Ack: Hendrickson, et al. v. Setty-O'Connor, et al. -- Order; Joint Status Report Due 2/21/24

1 message

**Acknowledgement** <acknowledge@r1.rpost.net>   Sun, Feb 18, 2024 at 9:30 AM
To: Travis Gasper <travis@travisgasper.com>

### RMail Acknowledgement - Proof of Sending

This message certifies that the email below was sent.

| Categories | Message Details |
|---|---|
| **To:** | <pjsjms316@aol.com> <rsetty@me.com> <takechopperflight@gmail.com> |
| **Cc:** | |
| **Subject:** | Hendrickson, et al. v. Setty-O'Connor, et al. -- Order; Joint Status Report Due 2/21/24 |
| **Received by RMail:** | (UTC) 02/18/2024 02:30:09 PM    (Local) 02/18/2024 08:30:09 AM |
| **Tracking Number:** | 5BDE5D8414C21EF46367556FA7F29F421FBE20EB |
| **Client Code:** | Hendrickson |
| **Features Used:** | R  RR  Code |

**Notes:**
1. *UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

For more information about RMail® services, visit www.rmail.com.    An RPost® Technology



Travis Gasper <travis@travisgasper.com>

---

## Receipt: Hendrickson, et al. v. Setty-O'Connor, et al. -- Order; Joint Status Report Due 2/21/24 (Delivery Failure)

---

**Receipt** <receipt@r1.rpost.net>   Sun, Feb 18, 2024 at 12:00 PM
To: travis@travisgasper.com

 

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net' or click here**

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered** (UTC*) | **Delivered** (local) | **Opened** (local) |
| pjsjms316@aol.com | Delivery Failed | 554 30 Sorry, your message to pjsjms316@aol.com cannot be delivered. This mailbox is disabled (554.30). | *** | *** | |
| rsetty@me.com | Delivered and Opened | HTTP-IP:172.226.175.24 | 02/18/2024 02:30:18 PM (UTC) | 02/18/2024 08:30:18 AM (UTC -06:00) | 02/18/2024 08:33:23 AM (UTC -06:00) |
| takechopperflight@gmail.com | Delivered to Mail Server | relayed;gmail-smtp-in.l.google.com (64.233.167.26) | 02/18/2024 02:30:18 PM (UTC) | 02/18/2024 08:30:18 AM (UTC -06:00) | |
| travis@travisgasper.com | Delivered and Opened | HTTP-IP:66.102.8.75 | 02/18/2024 02:30:18 PM (UTC) | 02/18/2024 08:30:18 AM (UTC -06:00) | 02/18/2024 08:31:42 AM (UTC -06:00) |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

| Message Envelope | |
|---|---|
| **From:** | Travis Gasper <travis@travisgasper.com> |
| **Subject:** | Hendrickson, et al. v. Setty-O'Connor, et al. -- Order; Joint Status Report Due 2/21/24 |
| **To:** | <pjsjms316@aol.com> <rsetty@me.com> <takechopperflight@gmail.com> |
| **Cc:** | |
| **Bcc:** | <travis@travisgasper.com> |
| **Network ID:** | 6ae3319f-260c-490c-aef7-3e2a197fe608@SM25 |
| **Received by RMail System:** | 02/18/2024 02:30:10 PM (UTC) |
| **Client Code:** | Hendrickson |

| Message Statistics | |
|---|---|
| **Tracking Number:** | 5BDE5D8414C21EF46367556FA7F29F421FBE20EB |
| **Message Size:** | 263307 |
| **Features Used:** | R  RR  Code |
| **File Size:** | **File Name:** |

| | |
|---|---|
| 79.5 KB | ECF 18 - Memo, Order BK Stay.pdf |
| 106.0 KB | ECF 21 - Electronic Order.pdf |

**Delivery Audit Trail**

2/18/2024 2:30:17 PM starting aol.com/{default} 2/18/2024 2:30:17 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mx-aol.mail.gm0.yahoodns.net (98.136.96.93) 2/18/2024 2:30:18 PM connected from 192.168.10.11:40857 2/18/2024 2:30:18 PM >>> 220 mtaproxy205.aol.mail.ne1.yahoo.com ESMTP ready 2/18/2024 2:30:18 PM <<< EHLO mta21.r1.rpost.net 2/18/2024 2:30:18 PM >>> 250-mtaproxy205.aol.mail.ne1.yahoo.com 2/18/2024 2:30:18 PM >>> 250-PIPELINING 2/18/2024 2:30:18 PM >>> 250-SIZE 41943040 2/18/2024 2:30:18 PM >>> 250-8BITMIME 2/18/2024 2:30:18 PM >>> 250 STARTTLS 2/18/2024 2:30:18 PM <<< STARTTLS 2/18/2024 2:30:18 PM >>> 220 Ready for TLS 2/18/2024 2:30:18 PM tls:TLSv1.2 connected with 128-bit ECDHE-RSA-AES128-GCM-SHA256 2/18/2024 2:30:18 PM tls:Cert: /C=US/ST=California/L=Sunnyvale/O=Oath Holdings Inc./CN=*.mail.am0.yahoodns.net; issuer=/C=US/O=DigiCert Inc/OU=www.digicert.com/CN=DigiCert SHA2 High Assurance Server CA; verified=no 2/18/2024 2:30:18 PM <<< EHLO mta21.r1.rpost.net 2/18/2024 2:30:19 PM >>> 250-mtaproxy205.aol.mail.ne1.yahoo.com 2/18/2024 2:30:19 PM >>> 250-PIPELINING 2/18/2024 2:30:19 PM >>> 250-SIZE 41943040 2/18/2024 2:30:19 PM >>> 250-8BITMIME 2/18/2024 2:30:19 PM >>> 250 OK 2/18/2024 2:30:19 PM <<< MAIL FROM: BODY=8BITMIME 2/18/2024 2:30:19 PM >>> 250 sender ok 2/18/2024 2:30:19 PM <<< RCPT TO: 2/18/2024 2:30:19 PM >>> 250 recipient ok 2/18/2024 2:30:19 PM <<< DATA 2/18/2024 2:30:19 PM >>> 354 go ahead 2/18/2024 2:30:19 PM <<< . 2/18/2024 2:30:20 PM >>> 554 30 Sorry, your message to pjsjms316@aol.com cannot be delivered. This mailbox is disabled (554.30). 2/18/2024 2:30:20 PM <<< QUIT 2/18/2024 2:30:20 PM >>> 221 2.0.0 Bye 2/18/2024 2:30:20 PM closed mx-aol.mail.gm0.yahoodns.net (98.136.96.93) in=522 out=273509 2/18/2024 2:30:20 PM done aol.com/{default}

2/18/2024 2:30:18 PM starting me.com/{default} 2/18/2024 2:30:18 PM connecting from mta21.r1.rpost.net (0.0.0.0) to mx02.mail.icloud.com (17.57.155.34) 2/18/2024 2:30:18 PM connected from 192.168.10.11:58432 2/18/2024 2:30:18 PM >>> 220 iCloud iscream SMTP proxy - qs51p00im-qukt11112301.me.com 3.5.0 (2320B43-647fe964e907) 2/18/2024 2:30:18 PM <<< EHLO mta21.r1.rpost.net 2/18/2024 2:30:18 PM >>> 250-qs51p00im-qukt11112301.me.com 2/18/2024 2:30:18 PM >>> 250-PIPELINING 2/18/2024 2:30:18 PM >>> 250-SIZE 28311552 2/18/2024 2:30:18 PM >>> 250-ETRN 2/18/2024 2:30:18 PM >>> 250-STARTTLS 2/18/2024 2:30:18 PM >>> 250-AUTH LOGIN PLAIN ATOKEN 2/18/2024 2:30:18 PM >>> 250-ENHANCEDSTATUSCODES 2/18/2024 2:30:18 PM >>> 250-8BITMIME 2/18/2024 2:30:18 PM >>> 250-DSN 2/18/2024 2:30:18 PM >>> 250 CHUNKING 2/18/2024 2:30:18 PM <<< STARTTLS 2/18/2024 2:30:18 PM >>> 220 2.0.0 Ready to start TLS 2/18/2024 2:30:18 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 2/18/2024 2:30:18 PM tls:Cert: /C=US/ST=California/O=Apple Inc./CN=mx01.mail.icloud.com; issuer=/CN=Apple Public Server RSA CA 12 - G1/O=Apple Inc./ST=California/C=US; verified=no 2/18/2024 2:30:18 PM <<< EHLO mta21.r1.rpost.net 2/18/2024 2:30:18 PM >>> 250-qs51p00im-qukt11112301.me.com 2/18/2024 2:30:18 PM >>> 250-PIPELINING 2/18/2024 2:30:18 PM >>> 250-SIZE 28311552 2/18/2024 2:30:18 PM >>> 250-ETRN 2/18/2024 2:30:18 PM >>> 250-AUTH LOGIN PLAIN ATOKEN 2/18/2024 2:30:18 PM >>> 250-ENHANCEDSTATUSCODES 2/18/2024 2:30:18 PM >>> 250-8BITMIME 2/18/2024 2:30:18 PM >>> 250-DSN 2/18/2024 2:30:18 PM >>> 250 CHUNKING 2/18/2024 2:30:18 PM <<< MAIL FROM: BODY=8BITMIME RET=FULL 2/18/2024 2:30:18 PM >>> 250 2.1.0 Ok 2/18/2024 2:30:18 PM <<< RCPT TO: NOTIFY=SUCCESS,FAILURE,DELAY 2/18/2024 2:30:20 PM >>> 250 2.1.5 Ok 2/18/2024 2:30:20 PM <<< DATA 2/18/2024 2:30:20 PM >>> 354 End data with . 2/18/2024 2:30:20 PM <<< . 2/18/2024 2:30:23 PM >>> 250 2.0.0 Ok: queued as 5987632017A 2/18/2024 2:30:23 PM <<< QUIT 2/18/2024 2:30:23 PM >>> 221 2.0.0 Bye 2/18/2024 2:30:23 PM closed mx02.mail.icloud.com (17.57.155.34) in=595 out=273535 2/18/2024 2:30:23 PM done me.com/{default}

2/18/2024 2:30:18 PM starting gmail.com/{default} 2/18/2024 2:30:18 PM connecting from mta21.r1.rpost.net (0.0.0.0) to gmail-smtp-in.l.google.com (64.233.167.26) 2/18/2024 2:30:18 PM connected from 192.168.10.11:44480 2/18/2024 2:30:18 PM >>> 220 mx.google.com ESMTP cp38-20020a056000402600b0033d4b2d71f7si394841wrb.621 - gsmtp 2/18/2024 2:30:18 PM <<< EHLO mta21.r1.rpost.net 2/18/2024 2:30:18 PM >>> 250-mx.google.com at your service, [52.58.131.9] 2/18/2024 2:30:18 PM >>> 250-SIZE 157286400 2/18/2024 2:30:18 PM >>> 250-8BITMIME 2/18/2024 2:30:18 PM >>> 250-STARTTLS 2/18/2024 2:30:18 PM >>> 250-ENHANCEDSTATUSCODES 2/18/2024 2:30:18 PM >>> 250-PIPELINING 2/18/2024 2:30:18 PM >>> 250-CHUNKING 2/18/2024 2:30:18 PM >>> 250 SMTPUTF8 2/18/2024 2:30:18 PM <<< STARTTLS 2/18/2024 2:30:18 PM >>> 220 2.0.0 Ready to start TLS 2/18/2024 2:30:18 PM tls:TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 (session reused) 2/18/2024 2:30:18 PM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services LLC/CN=GTS CA 1C3; verified=no 2/18/2024 2:30:18 PM <<< EHLO mta21.r1.rpost.net 2/18/2024 2:30:18 PM >>> 250-mx.google.com at your service, [52.58.131.9] 2/18/2024 2:30:18 PM >>> 250-SIZE 157286400 2/18/2024 2:30:18 PM >>> 250-8BITMIME 2/18/2024 2:30:18 PM >>> 250-ENHANCEDSTATUSCODES 2/18/2024 2:30:18 PM >>> 250-PIPELINING 2/18/2024 2:30:18 PM >>> 250-CHUNKING 2/18/2024 2:30:18 PM >>> 250 SMTPUTF8 2/18/2024 2:30:18 PM <<< MAIL FROM: BODY=8BITMIME 2/18/2024 2:30:18 PM >>> 250 2.1.0 OK cp38-20020a056000402600b0033d4b2d71f7si394841wrb.621 - gsmtp 2/18/2024 2:30:18 PM <<< RCPT TO: 2/18/2024 2:30:18 PM >>> 250 2.1.5 OK cp38-20020a056000402600b0033d4b2d71f7si394841wrb.621 - gsmtp 2/18/2024 2:30:18 PM <<< DATA 2/18/2024 2:30:18 PM >>> 354 Go ahead cp38-20020a056000402600b0033d4b2d71f7si394841wrb.621 - gsmtp 2/18/2024 2:30:18 PM <<< . 2/18/2024 2:30:19 PM >>> 250 2.0.0 OK 1708266619 cp38-20020a056000402600b0033d4b2d71f7si394841wrb.621 - gsmtp 2/18/2024 2:30:19 PM <<< QUIT 2/18/2024 2:30:19 PM >>> 221 2.0.0 closing connection cp38-20020a056000402600b0033d4b2d71f7si394841wrb.621 - gsmtp 2/18/2024 2:30:19 PM closed gmail-smtp-in.l.google.com (64.233.167.26) in=840 out=273539 2/18/2024 2:30:19 PM done gmail.com/{default}

2/18/2024 2:30:18 PM starting travisgasper.com/{default} 2/18/2024 2:30:18 PM connecting from mta21.r1.rpost.net (0.0.0.0) to aspmx.l.google.com (64.233.167.27) 2/18/2024 2:30:18 PM connected from 192.168.10.11:47006 2/18/2024 2:30:18 PM >>> 220 mx.google.com ESMTP v7-20020adff687000000b0033d22760edesi2513991wrp.402 - gsmtp 2/18/2024 2:30:18 PM <<< EHLO mta21.r1.rpost.net 2/18/2024 2:30:18 PM >>> 250-mx.google.com at your service, [52.58.131.9] 2/18/2024 2:30:18 PM >>> 250-SIZE 157286400 2/18/2024 2:30:18 PM >>> 250-8BITMIME 2/18/2024 2:30:18 PM >>> 250-STARTTLS 2/18/2024 2:30:18 PM >>> 250-ENHANCEDSTATUSCODES 2/18/2024 2:30:18 PM >>> 250-PIPELINING 2/18/2024 2:30:18 PM >>> 250-C

| |
|---|
| HUNKING 2/18/2024 2:30:18 PM >>> 250 SMTPUTF8 2/18/2024 2:30:18 PM <<< STARTTLS 2/18/2024 2:30:18 PM >>> 220 2.0.0 Ready to start TLS 2/18/2024 2:30:18 PM tls:TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 2/18/2024 2:30:18 PM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services LLC/CN=GTS CA 1C3; verified=no 2/18/2024 2:30:18 PM <<< EHLO mta21.r1.rpost.net 2/18/2024 2:30:18 PM >>> 250-mx.google.com at your service, [52.58.131.9] 2/18/2024 2:30:18 PM >>> 250-SIZE 157286400 2/18/2024 2:30:18 PM >>> 250-8BITMIME 2/18/2024 2:30:18 PM >>> 250-ENHANCEDSTATUSCODES 2/18/2024 2:30:18 PM >>> 250-PIPELINING 2/18/2024 2:30:18 PM >>> 250-CHUNKING 2/18/2024 2:30:18 PM >>> 250 SMTPUTF8 2/18/2024 2:30:18 PM <<< MAIL FROM: BODY=8BITMIME 2/18/2024 2:30:18 PM >>> 250 2.1.0 OK v7-20020adff687000000b0033d22760edesi2513991wrp.402 - gsmtp 2/18/2024 2:30:18 PM <<< RCPT TO: 2/18/2024 2:30:19 PM >>> 250 2.1.5 OK v7-20020adff687000000b0033d22760edesi2513991wrp.402 - gsmtp 2/18/2024 2:30:19 PM <<< DATA 2/18/2024 2:30:19 PM >>> 354 Go ahead v7-20020adff687000000b0033d22760edesi2513991wrp.402 - gsmtp 2/18/2024 2:30:19 PM <<< . 2/18/2024 2:30:19 PM >>> 250 2.0.0 OK 1708266619 v7-20020adff687000000b0033d22760edesi2513991wrp.402 - gsmtp 2/18/2024 2:30:19 PM <<< QUIT 2/18/2024 2:30:19 PM >>> 221 2.0.0 closing connection v7-20020adff687000000b0033d22760edesi2513991wrp.402 - gsmtp 2/18/2024 2:30:19 PM closed aspmx.l.google.com (64.233.167.27) in= 834 out=273527 2/18/2024 2:30:19 PM done travisgasper.com/{default} |
| From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as a copy of the original message. delivery failed; will not continue trying |
| From:"Mail Delivery System" :This is the mail system at host pv33p00im-smtpin035.me.com. Your message was successfully delivered to the destination(s) listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems. The mail system : delivery via mailgateway-smtp.p108.prod.me.com:443: e92822b7-b3f1-427f-b065-1ffb8bf5616e Ok, uid 111194; 444 ms |
| [IP Address: 172.226.175.24] [Time Opened: 2/18/2024 2:33:23 PM] [REMOTE_HOST: 192.168.20.208] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/ePuhNUXpQfoRV7cG8aFXhjfiuiGADbzx0FwwcaQyMTAy.gif] HTTP_ACCEPT:image/webp,image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_ACCEPT_LANGUAGE:en-US,en;q=0.9 HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 HTTP_X_FORWARDED_FOR:172.226.175.24 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-65d21533-241ff69928d708d15f051aae HTTP_SEC_FETCH_SITE:cross-site HTTP_SEC_FETCH_MODE:no-cors HTTP_SEC_FETCH_DEST:image Accept: image/webp,image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 Accept-Encoding: gzip, deflate, br Accept-Language: en-US,en;q=0.9 Host: open.r1.rpost.net User-Agent: Mozilla/5.0 X-Forwarded-For: 172.226.175.24 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-65d21533-241ff69928d708d15f051aae sec-fetch-site: cross-site sec-fetch-mode: no-cors sec-fetch-dest: image /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/ePuhNUXpQfoRV7cG8aFXhjfiuiGADbzx0FwwcaQyMTAy.gif 192.168.20.208 192.168.20.208 25930 GET /open/images_v2/ePuhNUXpQfoRV7cG8aFXhjfiuiGADbzx0FwwcaQyMTAy.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/ePuhNUXpQfoRV7cG8aFXhjfiuiGADbzx0FwwcaQyMTAy.gif image/webp,image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 gzip, deflate, br en-US,en;q=0.9 open.r1.rpost.net Mozilla/5.0 172.226.175.24 https 443 Root=1-65d21533-241ff69928d708d15f051aae cross-site no-cors image |
| From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer gmail-smtp-in.l.google.com (64.233.167.26) |
| From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer aspmx.l.google.com (64.233.167.27) |
| [IP Address: 66.102.8.75] [Time Opened: 2/18/2024 2:31:42 PM] [REMOTE_HOST: 192.168.10.243] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/XNtrLilD2Hezbhe32XTLR7GgCrVmvyjIDcNX2XUuMTAy.gif] HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) HTTP_X_FORWARDED_FOR:66.102.8.75 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-65d214ce-55afd7ea646f1af909cd870a Accept-Encoding: gzip, deflate, br Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) X-Forwarded-For: 66.102.8.75 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-65d214ce-55afd7ea646f1af909cd870a /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.20.30 /open/images_v2/XNtrLilD2Hezbhe32XTLR7GgCrVmvyjIDcNX2XUuMTAy.gif 192.168.10.243 192.168.10.243 27970 GET /open/images_v2/XNtrLilD2Hezbhe32XTLR7GgCrVmvyjIDcNX2XUuMTAy.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/XNtrLilD2Hezbhe32XTLR7GgCrVmvyjIDcNX2XUuMTAy.gif gzip, deflate, br open.r1.rpost.net Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) 66.102.8.75 https 443 Root=1-65d214ce-55afd7ea646f1af909cd870a |

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.

    4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.     An RPost® Technology

**2 attachments**

**DeliveryReceipt.xml**
20K

**HtmlReceipt.htm**
477K