IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN P. HENDRICKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RYAN SETTY-O'CONNOR,<br><br>Defendant. | CIVIL ACTION NO. 3:22-cv-2930-S-BN<br><br>Collective Action under 29 U.S.C. § 216(b)<br><br>JURY DEMANDED |

## CERTIFICATE OF SERVICE

Attached are the following exhibits related to service of Plaintiffs' Status Report (Dkt. No. 22) on Defendant Ryan Setty-O'Connor on February 22, 2024, via Registered Email:

- Exhibit A: Notice of Electronic Filing for Dkt. No. 22 sent via email by Plaintiffs' counsel to Defendant (attaching PDFs of Dkt. Nos. 22, 22-1, and 22-2);

- Exhibit B: Proof of Sending, certifying that the email attached here as Exhibit A was sent to Defendant; and

- Exhibit C: Registered Receipt with verifiable proof of delivery, message and attachment content, and official time of sending and receipt of the email attached here as Exhibit A, which was delivered to and opened by Defendant on February 22, 2024.

Respectfully submitted,

**GASPER LAW PLLC**

By: */s/ Travis Gasper*
**Travis Gasper**
Texas Bar No. 24096881
Gasper Law PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
Phone: (469) 663-7736
Fax: (833) 957-2957
Email: travis@travisgasper.com

**ATTORNEY FOR PLAINTIFFS**