**EXHIBIT A**     Travis Gasper <travis@travisgasper.com>

---

# Registered: Fwd: Activity in Case 3:22-cv-02930-S-BN Hendrickson v. Hall et al Status Report

1 message

---

**Travis Gasper** <travis@travisgasper.com>                    Thu, Feb 22, 2024 at 10:41 PM
Reply-To: Travis Gasper <travis@hefzukfxfhss1ldd0fn1xtd5gvlwvgg9oplfp5zxmtay.reply.rpost.biz>
To: rsetty@me.com



R REGISTERED EMAIL™ | CERTIFIED DELIVERY

> This is a Registered Email™ message from **Travis Gasper**. Your reply will be returned as a Registered Email message.

---

---------- Forwarded message ---------
From: <ecf_txnd@txnd.uscourts.gov>
Date: Thu, Feb 22, 2024 at 9:53 PM
Subject: Activity in Case 3:22-cv-02930-S-BN Hendrickson v. Hall et al Status Report
To: <Courtmail@txnd.uscourts.gov>


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**
**U.S. District Court**
**Northern District of Texas**
**Notice of Electronic Filing**

The following transaction was entered by Gasper, Travis on 2/22/2024 at 9:52 PM CST and filed on 2/22/2024
**Case Name:**Hendrickson v. Hall et al**Case Number:**3:22-cv-02930-S-BN**Filer:**John P Hendrickson**WARNING: CASE CLOSED on 10/16/2023Document Number:**22
**Docket Text:**
**STATUS REPORT** *(Plaintiffs')* **filed by John P Hendrickson. (Attachments: # (1) Exhibit(s) A - Email Sent to Derek Prosser, # (2) Exhibit(s) B - Email Sent to Defendant Ryan Setty-O'Connor) (Gasper, Travis)**

**3:22-cv-02930-S-BN Notice has been electronically mailed to:**

Travis Gasper &nbsp &nbsp travis@travisgasper.com, travis.travisgasper.com@recap.email

**3:22-cv-02930-S-BN Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:**
The following document(s) are associated with this transaction:
**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=2/22/2024] [FileNumber=15360602-
0] [0586e473324dbf31d31c351b43b30535b852c29357ed05d64614400cb92976756a
d92df1f91b53bd4b9089e06f76971efce9e8730d28fb0eb95ec0d7c5f340e7]]
**Document description:**Exhibit(s) A - Email Sent to Derek Prosser
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=2/22/2024] [FileNumber=15360602-
1] [193e189015e00ba0face82c7d167d657de2adc180f91434cf218173bda354bd2cd
bab2039fcee345bedef929e8a4d92b49f698c28bae78bcd413e85de26d8f94]]
**Document description:**Exhibit(s) B - Email Sent to Defendant Ryan Setty-O'Connor

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=2/22/2024] [FileNumber=15360602-2] [a08970f54eae315b3db2214446771c47d22f5ea261416c057a2bdb9203041390bc a600db1cc34422a225fd6afdbf5fef19e35d7b9656c32516566b2f2be8a52e]]

 RPost®Patented

---

**3 attachments**

 **ECF 22 - Plaintiffs' Status Report.pdf**
175K

 **ECF 22-1 - Ex. A.pdf**
188K

 **ECF 22-2 - Ex. B.pdf**
708K