

**EXHIBIT B**

Travis Gasper <travis@travisgasper.com>

---

## Ack: Fwd: Activity in Case 3:22-cv-02930-S-BN Hendrickson v. Hall et al Status Report

1 message

---

**Acknowledgement** <acknowledge@r1.rpost.net>
To: Travis Gasper <travis@travisgasper.com>

Thu, Feb 22, 2024 at 10:41 PM

### RMail Acknowledgement - Proof of Sending

---

This message certifies that the email below was sent.

| Categories | Message Details | |
|---|---|---|
| **To:** | <rsetty@me.com> | |
| **Cc:** | | |
| **Subject:** | Fwd: Activity in Case 3:22-cv-02930-S-BN Hendrickson v. Hall et al Status Report | |
| **Received by RMail:** | (UTC) 02/23/2024 04:41:03 AM | (Local) 02/22/2024 10:41:03 PM |
| **Tracking Number:** | 13723898687188F0B43FB364EF6768A6D0D6E815 | |
| **Client Code:** | | |
| **Features Used:** | R  RR | |

**Notes:**
1. *UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/
2. RMail will send a Registered Receipt™ record within two hours as your proof of delivery, content, and official time.
3. All Bcc addresses will be included in your Registered Receipt email.
4. The Registered Receipt email contains the full list of the recipient addresses to which the message was transmitted.

---

For more information about RMail® services, visit  www.rmail.com.

An RPost® Technology