

**EXHIBIT C**

Travis Gasper <travis@travisgasper.com>

## Receipt: Fwd: Activity in Case 3:22-cv-02930-S-BN Hendrickson v. Hall et al Status Report
1 message

**Receipt** <receipt@r1.rpost.net>  Thu, Feb 22, 2024 at 11:07 PM
To: travis@travisgasper.com

 

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt. Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@r1.rpost.net' or click here**

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered** (UTC*) | **Delivered** (local) | **Opened** (local) |
| rsetty@me.com | Delivered and Opened | HTTP-IP:104.28.97.24 | 02/23/2024 04:41:06 AM (UTC) | 02/22/2024 10:41:06 PM (UTC -06:00) | 02/22/2024 11:00:45 PM (UTC -06:00) |
| travis@travisgasper.com | Delivered and Opened | HTTP-IP:66.249.80.1 | 02/23/2024 04:41:07 AM (UTC) | 02/22/2024 10:41:07 PM (UTC -06:00) | 02/22/2024 11:01:55 PM (UTC -06:00) |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

| Message Envelope | |
|---|---|
| **From:** | Travis Gasper <travis@travisgasper.com> |
| **Subject:** | Fwd: Activity in Case 3:22-cv-02930-S-BN Hendrickson v. Hall et al Status Report |
| **To:** | <rsetty@me.com> |
| **Cc:** | |
| **Bcc:** | <travis@travisgasper.com> |
| **Network ID:** | 7e26aad7-93c9-455a-b0f2-ce0ca1fdd1bd@SM26 |
| **Received by RMail System:** | 02/23/2024 04:41:03 AM (UTC) |
| **Client Code:** | |

| Message Statistics | |
|---|---|
| **Tracking Number:** | 13723898687188F0B43FB364EF6768A6D0D6E815 |
| **Message Size:** | 1504766 |
| **Features Used:** | |

| File Size: | File Name: |
|---|---|
| 174.1 KB | ECF 22 - Plaintiffs' Status Report.pdf |
| 187.6 KB | ECF 22-1 - Ex. A.pdf |
| 0.7 MB | ECF 22-2 - Ex. B.pdf |

**Delivery Audit Trail**

2/23/2024 4:41:04 AM starting me.com/{default} 2/23/2024 4:41:04 AM connecting from mta21.r1.rpost.net (0.0.0.0) to mx02.mail.icloud.com (17.57.154.33) 2/23/2024 4:41:04 AM connected from 192.168.10.11:54548 2/23/2024 4:41:05 AM >>> 220 iCloud iscream SMTP proxy - p00-iscream-smtp-7b959fdf44-d9tvc 3.5.0 (2403B23-529c1e05a5df) 2/23/2024 4:41:05 AM <<< EHL

O mta21.r1.rpost.net 2/23/2024 4:41:05 AM >>> 250-p00-iscream-smtp-7b959fdf44-d9tvc 2/23/2024 4:41:05 AM >>> 250-PIPELINING 2/23/2024 4:41:05 AM >>> 250-SIZE 28311552 2/23/2024 4:41:05 AM >>> 250-ETRN 2/23/2024 4:41:05 AM >>> 250-STARTTLS 2/23/2024 4:41:05 AM >>> 250-AUTH LOGIN PLAIN ATOKEN 2/23/2024 4:41:05 AM >>> 250-ENHANCEDSTATUSCODES 2/23/2024 4:41:05 AM >>> 250-8BITMIME 2/23/2024 4:41:05 AM >>> 250-DSN 2/23/2024 4:41:05 AM >>> 250 CHUNKING 2/23/2024 4:41:05 AM <<< STARTTLS 2/23/2024 4:41:05 AM >>> 220 2.0.0 Ready to start TLS 2/23/2024 4:41:05 AM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 2/23/2024 4:41:05 AM tls:Cert: /C=US/ST=California/O=Apple Inc./CN=mx01.mail.icloud.com; issuer=/CN=Apple Public Server RSA CA 12 - G1/O=Apple Inc./ST=California/C=US; verified=no 2/23/2024 4:41:05 AM <<< EHLO mta21.r1.rpost.net 2/23/2024 4:41:05 AM >>> 250-p00-iscream-smtp-7b959fdf44-d9tvc 2/23/2024 4:41:05 AM >>> 250-PIPELINING 2/23/2024 4:41:05 AM >>> 250-SIZE 28311552 2/23/2024 4:41:05 AM >>> 250-ETRN 2/23/2024 4:41:05 AM >>> 250-AUTH LOGIN PLAIN ATOKEN 2/23/2024 4:41:05 AM >>> 250-ENHANCEDSTATUSCODES 2/23/2024 4:41:05 AM >>> 250-8BITMIME 2/23/2024 4:41:05 AM >>> 250-DSN 2/23/2024 4:41:05 AM >>> 250 CHUNKING 2/23/2024 4:41:05 AM <<< MAIL FROM: BODY=8BITMIME RET=FULL 2/23/2024 4:41:05 AM >>> 250 2.1.0 Ok 2/23/2024 4:41:05 AM <<< RCPT TO: NOTIFY=SUCCESS,FAILURE,DELAY 2/23/2024 4:41:09 AM >>> 250 2.1.5 Ok 2/23/2024 4:41:09 AM <<< DATA 2/23/2024 4:41:09 AM >>> 354 End data with . 2/23/2024 4:41:09 AM <<< . 2/23/2024 4:41:16 AM >>> 250 2.0.0 Ok: queued as E818544400AA 2/23/2024 4:41:16 AM <<< QUIT 2/23/2024 4:41:16 AM >>> 221 2.0.0 Bye 2/23/2024 4:41:16 AM closed mx02.mail.icloud.com (17.57.154.33) in=608 out=1517073 2/23/2024 4:41:16 AM done me.com/{default}

2/23/2024 4:41:05 AM starting travisgasper.com/{default} 2/23/2024 4:41:05 AM connecting from mta21.r1.rpost.net (0.0.0.0) to aspmx.l.google.com (108.177.15.27) 2/23/2024 4:41:05 AM connected from 192.168.10.11:51168 2/23/2024 4:41:05 AM >>> 220 mx.google.com ESMTP b15-20020a05600018af00b0033d7e52935fsi359411wri.970 - gsmtp 2/23/2024 4:41:05 AM <<< EHLO mta21.r1.rpost.net 2/23/2024 4:41:05 AM >>> 250-mx.google.com at your service, [52.58.131.9] 2/23/2024 4:41:05 AM >>> 250-SIZE 157286400 2/23/2024 4:41:05 AM >>> 250-8BITMIME 2/23/2024 4:41:05 AM >>> 250-STARTTLS 2/23/2024 4:41:05 AM >>> 250-ENHANCEDSTATUSCODES 2/23/2024 4:41:05 AM >>> 250-PIPELINING 2/23/2024 4:41:05 AM >>> 250-CHUNKING 2/23/2024 4:41:05 AM >>> 250 SMTPUTF8 2/23/2024 4:41:05 AM <<< STARTTLS 2/23/2024 4:41:05 AM >>> 220 2.0.0 Ready to start TLS 2/23/2024 4:41:05 AM tls:TLSv1.2 connected with 128-bit ECDHE-ECDSA-AES128-GCM-SHA256 2/23/2024 4:41:05 AM tls:Cert: /CN=mx.google.com; issuer=/C=US/O=Google Trust Services LLC/CN=GTS CA 1C3; verified=no 2/23/2024 4:41:05 AM <<< EHLO mta21.r1.rpost.net 2/23/2024 4:41:05 AM >>> 250-mx.google.com at your service, [52.58.131.9] 2/23/2024 4:41:05 AM >>> 250-SIZE 157286400 2/23/2024 4:41:05 AM >>> 250-8BITMIME 2/23/2024 4:41:05 AM >>> 250-ENHANCEDSTATUSCODES 2/23/2024 4:41:05 AM >>> 250-PIPELINING 2/23/2024 4:41:05 AM >>> 250-CHUNKING 2/23/2024 4:41:05 AM >>> 250 SMTPUTF8 2/23/2024 4:41:05 AM <<< MAIL FROM: BODY=8BITMIME 2/23/2024 4:41:05 AM >>> 250 2.1.0 OK b15-20020a05600018af00b0033d7e52935fsi359411wri.970 - gsmtp 2/23/2024 4:41:05 AM <<< RCPT TO: 2/23/2024 4:41:05 AM >>> 250 2.1.5 OK b15-20020a05600018af00b0033d7e52935fsi359411wri.970 - gsmtp 2/23/2024 4:41:05 AM <<< DATA 2/23/2024 4:41:05 AM >>> 354 Go ahead b15-20020a05600018af00b0033d7e52935fsi359411wri.970 - gsmtp 2/23/2024 4:41:05 AM <<< . 2/23/2024 4:41:07 AM >>> 250 2.0.0 OK 1708663267 b15-20020a05600018af00b0033d7e52935fsi359411wri.970 - gsmtp 2/23/2024 4:41:07 AM <<< QUIT 2/23/2024 4:41:07 AM >>> 221 2.0.0 closing connection b15-20020a05600018af00b0033d7e52935fsi359411wri.970 - gsmtp 2/23/2024 4:41:07 AM closed aspmx.l.google.com (108.177.15.27) in=834 out=1517065 2/23/2024 4:41:07 AM done travisgasper.com/{default}

From:"Mail Delivery System" :This is the mail system at host mr55p00im-qukt07011702.me.com. Your message was successfully delivered to the destination(s) listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems. The mail system : delivery via mailgateway-smtp.p108.prod.me.com:443: adffe53b-7e0d-4812-9209-80d8fd902768 Ok, uid 111403; 653 ms

[IP Address: 104.28.97.24] [Time Opened: 2/23/2024 5:00:45 AM] [REMOTE_HOST: 192.168.10.136] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/rf1Z3FLmaUB1aEwY7jd767YJ5riDOzixIqi8EmKHMTAy.gif] HTTP_ACCEPT:image/webp,image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_ACCEPT_LANGUAGE:en-US,en;q=0.9 HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 HTTP_X_FORWARDED_FOR:104.28.97.24 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-65d8267d-4434bffb2414474f398f910f Accept: image/webp,image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 Accept-Encoding: gzip, deflate, br Accept-Language: en-US,en;q=0.9 Host: open.r1.rpost.net User-Agent: Mozilla/5.0 X-Forwarded-For: 104.28.97.24 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-65d8267d-4434bffb2414474f398f910f /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN1 CN=ADMIN1 0 CGI/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.20.30 /open/images_v2/rf1Z3FLmaUB1aEwY7jd767YJ5riDOzixIqi8EmKHMTAy.gif 192.168.10.136 192.168.10.136 42564 GET /open/images_v2/rf1Z3FLmaUB1aEwY7jd767YJ5riDOzixIqi8EmKHMTAy.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/rf1Z3FLmaUB1aEwY7jd767YJ5riDOzixIqi8EmKHMTAy.gif image/webp,image/png,image/svg+xml,image/*;q=0.8,video/*;q=0.8,*/*;q=0.5 gzip, deflate, br en-US,en;q=0.9 open.r1.rpost.net Mozilla/5.0 104.28.97.24 https 443 Root=1-65d8267d-4434bffb2414474f398f910f

From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer aspmx.l.google.com (108.177.15.27)

[IP Address: 66.249.80.1] [Time Opened: 2/23/2024 5:01:55 AM] [REMOTE_HOST: 192.168.10.136] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/hEfZUkFxFhsS1Ldd0Fn1XTd5gVIWVgg9OplFp5ZXMTAy.gif] HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) HTTP_X_FORWARDED_FOR:66.249.80.1 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-65d826c3-52ed92e1764e5498372c2d0b Accept-Encoding: gzip, deflate, br Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) X-Forwarded-For: 66.249.80.1 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-I

d: Root=1-65d826c3-52ed92e1764e5498372c2d0b /LM/W3SVC/12/ROOT 256 4096 CN=ADMIN CN=ADMIN HTTP/1.1 on 256 4096 CN=ADMIN1 CN=ADMIN1 12 /LM/W3SVC/12 192.168.20.30 /open/images_v2/hEfZUkFxFhsS1Ldd0Fn1XTd5gVlWVgg9OplFp5ZXMTAy.gif 192.168.10.136 192.168.10.136 6560 GET /open/images_v2/hEfZUkFxFhsS1Ldd0Fn1XTd5gVlWVgg9OplFp5ZXMTAy.gif open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/hEfZUkFxFhsS1Ldd0Fn1XTd5gVlWVgg9OplFp5ZXMTAy.gif gzip, deflate, br open.r1.rpost.net Mozilla/5.0 (Windows NT 5.1; rv:11.0) Gecko Firefox/11.0 (via ggpht.com GoogleImageProxy) 66.249.80.1 https 443 Root=1-65d826c3-52ed92e1764e5498372c2d0b

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.                                          An RPost® Technology

**2 attachments**

**DeliveryReceipt.xml**
13K

**HtmlReceipt.htm**
2052K