Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Ruth R. Hughs
Secretary of State

# Office of the Secretary of State

FILED-USDC-NDTX-DA
'24 FEB 23 PM 1:32 **Acc**

## Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Certificate of Formation for MerLux Pools LLC (file number 803844698), a Domestic Limited Liability Company (LLC), was filed in this office on November 30, 2020.

It is further certified that the entity status in Texas is in existence.

Delayed Effective date: December 01, 2020

3:22-CV-2930

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 02, 2020.



Ruth R. Hughs
Secretary of State

Phone: (512) 463-5555
Prepared by: SOS-WEB

*Come visit us on the internet at https://www.sos.texas.gov/*
Fax: (512) 463-5709
TID: 10264

Dial: 7-1-1 for Relay Services
Document: 1010564670003

## Information to identify the case:

| | | |
|---|---|---|
| **Debtor 1** | Ryan P. Setty-O'Connor | Social Security number or ITIN   xxx-xx-9239 |
| | First Name   Middle Name   Last Name | EIN  __-_____ |
| **Debtor 2** (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ EIN  __-_____ |
| United States Bankruptcy Court   Northern District of Texas | | |
| Case number:   23-42882-elm7 | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ryan P. Setty-O'Connor
fka Ryan P. Setty

12/20/23

**By the court:** Edward L. Morris
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318      **Order of Discharge**      page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __7__

☐ Check if this is an
amended filing

Official Form 201

<mark>**Voluntary Petition for Non-Individuals Filing for Bankruptcy**</mark>                06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MerLux Pools LLC** |
| 2. | **All other names debtor used in the last 8 years** | **dba MerLux Pools & Exteriors** |
| | Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | _8_ _5_ – _4_ _0_ _8_ _1_ _4_ _4_ _5_ |

4. **Debtor's address**

| **Principal place of business** | | | **Mailing address, if different from principal place of business** | | |
|---|---|---|---|---|---|
| **1088 Texan Trail** | | | **2001 Oak Bluff Drive** | | |
| Number   Street | | | Number   Street | | |
| | | | | | |
| | | | P.O. Box | | |
| **Grapevine** | **TX** | **76051** | **Arlington** | **TX** | **76006** |
| City | State | ZIP Code | City | State | ZIP Code |
| **Tarrant** | | | **Location of principal assets, if different from principal place of business** | | |
| County | | | | | |
| | | | Number   Street | | |
| | | | | | |
| | | | City | State | ZIP Code |

5. **Debtor's website (URL)**   **www.merluxpools.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **MerLux Pools LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. Check all that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **MerLux Pools LLC** _____    Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____    When _____    Case number _____
                                        MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
                                 MM / DD / YYYY

District _____    When _____    Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.  Debtor _____    Relationship _____

District _____    When _____
                                 MM / DD / YYYY

Case number, if known _____

List all cases. If more than 1, attach a separate list.

Debtor _____    Relationship _____

District _____    When _____
                                 MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                              Number    Street

_____
City                              State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **MerLux Pools LLC** _____    Case number (if known) _____

## Statistical and adminstrative information

| 13. Debtor's estimation of available funds | Check one: |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | | | |
|---|---|---|---|
| | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | | | |
|---|---|---|---|
| | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | | | |
|---|---|---|---|
| | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | ■ I have been authorized to file this petition on behalf of the debtor. |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |
| | Executed on **12/15/2022**<br>MM / DD / YYYY |
| | X **/s/ Ryan Setty-O'Connor** _____<br>Signature of authorized representative of debtor<br>**Ryan Setty-O'Connor** _____<br>Printed name<br>**Managing Member** _____<br>Title |

Debtor **MerLux Pools LLC**                         Case number (if known) _____

| 18. Signature of attorney | **X /s/ Derek K. Prosser** | Date | **12/15/2022** |
|---|---|---|---|
| | Signature of attorney for debtor | | MM / DD / YYYY |

**Derek K. Prosser**
Printed name

**Toronjo & Prosser Law**
Firm name

**6440 N. Central Expressway**
Number      Street

**Suite 104**

| **Dallas** | **TX** | **75206** |
|---|---|---|
| City | State | ZIP Code |

**(214) 609-8787**                             **dprosser@t-plaw.com**
Contact phone                                           Email address

**24086889**
Bar number                                                 State

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **MerLux Pools LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase - Checking account (balance negative)** | **Checking account** | 3  6  2  7 | $0.00 |
| 3.2. | **Bankof America - Checking account (balance negative)** | **Checking account** | 9  3  7  2 | $0.00 |

4. **Other cash equivalents**  *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $0.00

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor __**MerLux Pools LLC**_____  Case number (if known) _____
   Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7.**    **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.**    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.        **$0.00**

---

## Part 3:   Accounts receivable

**10.**   **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

                  Current value of debtor's interest

**11.**   **Accounts receivable**

11a.   90 days old or less:    _____ – _____ = ............ ➔ _____
        face amount    doubtful or uncollectible accounts

11b.   Over 90 days old:    _____ – _____ = ............ ➔ _____
        face amount    doubtful or uncollectible accounts

**12.**   **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.     **$0.00**

---

## Part 4:   Investments

**13.**   **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

             Valuation method used for current value    Current value of debtor's interest

**14.**   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.**   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:        % of ownership:

**16.**   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.**   **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.        **$0.00**

---

## Part 5:   Inventory, excluding agriculture assets

**18.**   **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| Debtor | **MerLux Pools LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |
| Facility supplies, office supplies, retail displays, building/finish materials, tools, project supplies, AV equipment | | | | $9,000.00 |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$9,000.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

Debtor   **MerLux Pools LLC**                                    Case number (if known) _____
          Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Reception desk and chair | | | $2,500.00 |
| Conference table & chairs | | | $2,500.00 |
| Varidesk workspaces and chairs (8) | | | $12,000.00 |
| Guest table & chairs (4) | | | $2,000.00 |
| Work bench and credenza (4) | | | $2,000.00 |
| Misc. kitchen appliances and furnishings | | | $1,000.00 |
| Shelving | | | $300.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Canon TM-200 Wideformat Printer/Plotter (leased through Datamax) | | | $5,000.00 |
| Canon IR DXC57501 Printer (leased through Datamax) | | | $3,000.00 |
| Desktop computer and related tech (8) | | | $4,000.00 |

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other
   artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
   or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.                    $34,300.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ☑ Yes.  Fill in the information below.

Debtor   **MerLux Pools LLC**                                    Case number (if known) _____
     Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Caterpillar 249D3 Compact Track Loader (leased through Caterpillar Financial)** | | | **$40,000.00** |
| 47.2. **Trailer used to haul Caterpillar Track Loader (leased through Currency Express Financing)** | | | **$5,000.00** |
| 47.3. **2021 GMC Sierra 2500 HD** | | | **$60,000.00** |
| 47.4. **MT-100 Mini Bobcat (leased through PNC Equipment Finance)** | | | **$10,000.00** |
| 47.5. **2021 Ford F-150 (value appx. $13,000 - leased through Ally Financial)** | | | **$0.00** |
| 47.6. **2021 Nissan NV 2500HD (value appx. $15,000 - leased through Ally Financial)** | | | **$0.00** |
| 47.7. **2022 Ford F-250 (value appx. $30,000 - leased through Ally Financial)** | | | **$0.00** |
| 47.8. **2021 Toyota Tacoma (value appx. $10,000 - leased through Ally Financial)** | | | **$0.00** |
| 47.9. **2021 Chevrolet Spark (value appx. $7,000 - leased through Ally Financial)** | | | **$0.00** |
| 47.10. **2022 Mercedes GLE (leased through Ally Financial)** | | | **$0.00** |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

                                       **$115,000.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

Debtor    __MerLux Pools LLC__        Case number (if known) _____
        Name

**55.**   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56.**   Total of Part 9.
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     **$0.00**

**57.**   Is a depreciation schedule available for any of the property listed in Part 9?
☐ No
☐ Yes

**58.**   Has any of the property listed in Part 9 been appraised by a professional within the last year?
☐ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59.**   Does the debtor have any interests in intangibles or intellectual property?

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |

**66.**   Total of Part 10.
Add lines 60 through 65.  Copy the total to line 89.     **$0.00**

**67.**   Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

**68.**   Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☐ No
☐ Yes

**69.**   Has any of the property listed in Part 10 been appraised by a professional within the last year?
☐ No
☐ Yes

## Part 11:   All other assets

**70.**   Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| Debtor | **MerLux Pools LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $9,000.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $34,300.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $115,000.00 | |
| **88. Real property.** *Copy line 56, Part 9.* ............................ ➜ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | $158,300.00 + 91b. | $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................. $158,300.00

**Fill in this information to identify the case:**

Debtor name   **MerLux Pools LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

| **2.1** | Creditor's name<br>**Caterpillar Financial Services Corporati** | Describe debtor's property that is subject to a lien | **$51,437.54** | **$40,000.00** |
|---|---|---|---|---|

Creditor's mailing address
**2120 West End Ave.**

**PO Box 340001**

**Nashville          TN    37203-0001**

Creditor's email address, if known
_____

Date debt was incurred    **12/21/21**

Last 4 digits of account
number            **7   1   9   9**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

2021 Caterpillar 249D3 Compact Track Loader (lease

Describe the lien
**Purchase Money**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          **$167,185.59**

| Debtor | **MerLux Pools LLC** | | Case number (if known) | |

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral** |
| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | | | Do not deduct the value of collateral. | that supports this claim |

**2.2**

| Creditor's name | Describe debtor's property that is | $9,000.00 | $5,000.00 |
|---|---|---|---|
| **Currency Express Financing** | subject to a lien | | |

Creditor's mailing address
**575 Anton Blvd.**

**Describe debtor's property that is subject to a lien**
**Trailer used to haul Caterpillar Track Loader (lea**

**12th Floor**

Describe the lien
**Purchase Money**

Is the creditor an insider or related party?
☑ No
☐ Yes

**Costa Mesa        CA    92626**

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **11/2021**

Last 4 digits of account number    **7   0   0   0**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**2.3**

| Creditor's name | Describe debtor's property that is | $15,000.00 | $5,000.00 |
|---|---|---|---|
| **Datamax Inc.** | subject to a lien | | |

Creditor's mailing address
**PO Box 2235**

**Describe debtor's property that is subject to a lien**
**Canon TM-200 Wideformat Printer/Plotter (leased th**

Describe the lien
**Equipment Lease**

Is the creditor an insider or related party?
☑ No
☐ Yes

**St. Louis        MO    63109**

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **03/15/2021**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor   **MerLux Pools LLC** _____   Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|

**2.4**

**Creditor's name**
**Datamax Inc.**

**Creditor's mailing address**
**PO Box 2235**
_____

St. Louis          MO   63109

Creditor's email address, if known
_____

Date debt was incurred     03/15/2021
Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Have you already specified the
relative priority?
  ☐ No. Specify each creditor, including this
    creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is
    specified on lines _____

**Describe debtor's property that is
subject to a lien**
Canon IR DXC57501 Printer (leased through Datamax)
Describe the lien
**Equipment Lease**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$10,000.00**
Value of collateral: **$3,000.00**

**2.5**

**Creditor's name**
**Truist Loan Services**

**Creditor's mailing address**
**MC: 100-50-02-57**
**PO Box 2306**

Wilson          NC   27894

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account
number          1  0  0  1

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Have you already specified the
relative priority?
  ☐ No. Specify each creditor, including this
    creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is
    specified on lines _____

**Describe debtor's property that is
subject to a lien**
2021 GMC Sierra 2500 HD
Describe the lien
**Purchase Money**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$81,748.05**
Value of collateral: **$60,000.00**

**Fill in this information to identify the case:**

Debtor          **MerLux Pools LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. **Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.** List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| **2.1**   Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
|---|---|---|---|
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| | **Basis for the claim:** | | |
| **Date or dates debt was incurred** | | | |
| | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** __ __ __ __ | ☐ No | | |
| | ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( ___ ) | | | |

Debtor   **MerLux Pools LLC**                                   Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                          **Amount of claim**

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,906.84** |

**4Imprint, Inc.**

**25303 Network Place**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Chicago** | IL | **60673-1253** | Vendor |

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7   4   5   0**

---

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$52,542.50** |

**Alan Hopper**

**5007 Bradford Dr.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Dallas** | TX | **76051** | Customer |

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **2   2   3   6**

---

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$879.79** |

**Alert 360**

**P.O. Box 21031**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Tulsa** | OK | **74121-1031** | Vendor |

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6   1   2   0**

---

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$63,122.50** |

**Alliance Pro Electric, LP**

**15578 Highway 114**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Justin** | TX | **76247** | Vendor |

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **R   0   0   1**

---

Debtor  **MerLux Pools LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$632.00** |
|---|---|---|---|

**Allstar Masonry & Construction**

**2319 W. Newton Circle**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Irving**                          **TX**      **75062**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number        **R  L  U  X**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | ‡AltTextForUnknown |
|---|---|---|---|

**Ally Financial**

**PO Box 380902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Bloomington**                      **MN**      **55438**

Basis for the claim:
**Contract/Lease**

Date or dates debt was incurred

Last 4 digits of account number        **4  9  9  2**

Is the claim subject to offset?
☑ No
☐ Yes

**Business vehicle lease for 2022 Ford F-250**

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | ‡AltTextForUnknown |
|---|---|---|---|

**Ally Financial**

**PO Box 380902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Bloomington**                      **MN**      **55438**

Basis for the claim:
**Contract/Lease**

Date or dates debt was incurred

Last 4 digits of account number        **4  8  6  3**

Is the claim subject to offset?
☑ No
☐ Yes

**Business vehicle lease for 2021 Nissan NV2500HD**

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | ‡AltTextForUnknown |
|---|---|---|---|

**Ally Financial**

**PO Box 380902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Bloomington**                      **MN**      **55438**

Basis for the claim:
**Contract/Lease**

Date or dates debt was incurred

Last 4 digits of account number        **4  9  7  9**

Is the claim subject to offset?
☑ No
☐ Yes

**Business vehicle lease for 2021 Chevrolet Spark**

---

Debtor   **MerLux Pools LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   **Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **1AltTextForUnknown** |

**Ally Financial** _____

**PO Box 380902** _____

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Bloomington**   **MN**   **55438**

**Contract/Lease** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **5   0   4   6**

Business vehicle lease for 2021 Toyota Tacoma

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **1AltTextForUnknown** |

**Ally Financial** _____

**PO Box 380902** _____

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Bloomington**   **MN**   **55438**

**Contract/Lease** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4   9   9   9**

Business vehicle lease for 2022 Mercedes GLE

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,200.00** |

**Ambius** _____

**PO Box 14086** _____

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Reading**   **PA**   **19612**

**Vendor** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4   5   6   1**

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$88,454.11** |

**American Express** _____

**P.O. Box 981531** _____

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**El Paso**   **TX**   **79998-1531**

**Credit Card** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **1   0   0   2**

Debtor   **MerLux Pools LLC**                      Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.13** Nonpriority creditor's name and mailing address

Angel Marrero

533 Tuscany Dr.

Forney            TX     75126

Date or dates debt was incurred

Last 4 digits of account number   2 2 2 8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer

Is the claim subject to offset?
☑ No
☐ Yes

**$30,050.00**

---

**3.14** Nonpriority creditor's name and mailing address

Angel Nava

501 N. Main St.

Weatherford       TX     76086

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$6,300.00**

---

**3.15** Nonpriority creditor's name and mailing address

Anjali & Paul Thottakara

1044 St. Francis Ln.

Flower Mound      TX     75028

Date or dates debt was incurred

Last 4 digits of account number   2 2 3 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer

Is the claim subject to offset?
☑ No
☐ Yes

**$33,400.00**

---

**3.16** Nonpriority creditor's name and mailing address

Aquabella

Attn: Credit Department

11906 Brittmoore Park Dr.

Houston        TX     77041

Date or dates debt was incurred

Last 4 digits of account number   2 7 4 7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier

Is the claim subject to offset?
☑ No
☐ Yes

**$17,381.77**

---

Debtor      **MerLux Pools LLC**                                   Case number (if known) _____

## Part 2:      Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,900.00** |

**Aramark Uniforms**

**PO Box 731676**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                        **TX**      **75373**          Vendor

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number    **8   6   1   1**          ☑ No
                                                             ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,593.50** |

**ATD Concrete Coatings**

**616 E. Ave J.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Grand Prairie**               **TX**      **75050**          **Supplier**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number    **O   O   L   S**          ☑ No
                                                             ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | AltTextForUnknown |

**Bank of America**

**P.O. Box 982238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**El Paso**                      **TX**      **79998**          **Credit Card**

Date or dates debt was incurred  **2022**          **Is the claim subject to offset?**

Last 4 digits of account number    **7   8   5   8**          ☑ No
                                                             ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,024.00** |

**Basler Properties, LLC**

**c/o Michael Basler**

**1090 Texan Trail**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Grapevine**                   **TX**      **76051**          **Contract/Lease**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __          ☑ No
                                                             ☐ Yes

**Commercial lease for 1088 Texan Trail, Grapevine, TX 76051**

Debtor   **MerLux Pools LLC**                                    Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |
|---|---|

**BlueCross BlueShield of Texas**

**PO Box 655730**

**Dallas**                    **TX**      **75265**

Date or dates debt was incurred

Last 4 digits of account number     6   5   9   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,295.02**

---

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

**Burlington Building Materials, Inc.**

**8001 Bent Branch Dr.**

**Irving**                    **TX**      **75063**

Date or dates debt was incurred

Last 4 digits of account number     _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,600.00**

---

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

**Candelario Davila**

**1419 S. Montreal Ave.**

**Dallas**                    **TX**      **75208**

Date or dates debt was incurred

Last 4 digits of account number     2   2   0   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,000.00**

---

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

**Chase**

**Southwest Rapid Rewards**

**PO Box 15123**

**Wilmington**                 **DE**     **19850-5123**

Date or dates debt was incurred

Last 4 digits of account number     1   2   8   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,629.28**

---

Debtor    **MerLux Pools LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.                    Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address |

**Chase Ink**

**PO Box 15123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Credit Card**

**$44,163.94**

Wilmington                    DE        19850-5123

Date or dates debt was incurred

Last 4 digits of account number        1   3   7   0

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address |

**Cherise & Kenneith Johnson**

**9004 Ridge River Way**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Customer**

**$2,500.00**

Fort Worth                    TX        76131

Date or dates debt was incurred

Last 4 digits of account number        2   2   1   2

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address |

**Corporate Billing LLC**

**Dept. 100**

**PO Box 830604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Trade Payable**

**$1,200.00**

Birmingham                    AL        35283

Date or dates debt was incurred

Last 4 digits of account number        5   1   9   4

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address |

**Courtney & Mathew Rice**

**1454 Oliver Creek Ln.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Customer**

**$15,000.00**

Justin                    TX        76247

Date or dates debt was incurred

Last 4 digits of account number        2   2   0   2

Is the claim subject to offset?
☑ No
☐ Yes

Debtor __**MerLux Pools LLC**_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$31,275.00**

**David Lockey**

☐ Contingent

**4158 Briargrove Lane**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75287** |

**Customer**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   **2   2   4   3**

☑ No
☐ Yes

---

**3.30**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$22,110.00**

**Dean & Heidi Knipping**

☐ Contingent

**2902 Acacia Dr.**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

| **Heartland** | **TX** | **75216** |

**Customer**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   **2   2   4   2**

☑ No
☐ Yes

---

**3.31**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$14,330.02**

**Dell Business Credit**

☐ Contingent

**Payment Processing Center**

☐ Unliquidated

**PO Box 5275**

☐ Disputed

**Basis for the claim:**

| **Carol Stream** | **IL** | **60197** |

**Credit Card**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   **1   3   4   7**

☑ No
☐ Yes

---

**3.32**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**$829.00**

**Dell Financial Services**

☐ Contingent

**One Dell Way**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

| **Round Rock** | **TX** | **78682** |

**Credit Card**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   **3   4   7**

☑ No
☐ Yes

Debtor      **MerLux Pools LLC**                                    Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,720.00** |

Check all that apply.

**Erica & Shadqunta Patton-Towns**

**2501 Penshurts Court**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Celina                                    TX      75009           **Customer**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

Last 4 digits of account number    2  2  3  8
- ☑ No
- ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,500.00** |

Check all that apply.

**Erin & Samuel Rice**

**2253 Hideaway Pointe Dr.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Little ELm                                TX      75068           **Customer**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

Last 4 digits of account number    2  2  2  5
- ☑ No
- ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,482.16** |

Check all that apply.

**Faber CNK Stone**

**2207 Joe Field Rd.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Dallas                                    TX      75229           **Supplier**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

Last 4 digits of account number    X  0  0  1
- ☑ No
- ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$405.94** |

Check all that apply.

**Ferguson**

**2682 West Euless Blvd.**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Euless                                    TX      76040           **Supplier**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

Last 4 digits of account number    2  0  8  9
- ☑ No
- ☐ Yes

Debtor **MerLux Pools LLC**                                          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.          **Amount of claim**

| 3.37 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                          **$6,134.00**

Fly Tile & Plaster

7161 San Francisco Trail

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Fort Worth | TX | 76131 |

Vendor

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number       _ _ _ _

| 3.38 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                          **$57,511.26**

Fundbox

300 Montgomery St.

Suite 900

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| San Fransisco | CA | 94104 |

Business Loan

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number       _ _ _ _

| 3.39 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                          **$72,702.00**

GE Steel Pool LLC

3905 Rainer St.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Irving | TX | 75062 |

Vendor

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number       _ _ _ _

| 3.40 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                          **$7,500.00**

Gloria Stennett

6711 Historic View Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Dallas | TX | 75236 |

Customer

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number       2  1  4  3

Debtor    **MerLux Pools LLC**                                     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| 3.41 | Nonpriority creditor's name and mailing address |
|---|---|

| | As of the petition filing date, the claim is: | **$519.96** |

Grainger

1305 N. Interestate 35E

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Carrollton                    TX        75006            Supplier

Date or dates debt was incurred    2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    2   5   7   7

---

| 3.42 | Nonpriority creditor's name and mailing address |
|---|---|

| | As of the petition filing date, the claim is: | **$1,330.87** |

Grainger

1305 N. Interestate 35E

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Carrollton                    TX        75006            Supplier

Date or dates debt was incurred    2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    8   9   6   6

---

| 3.43 | Nonpriority creditor's name and mailing address |
|---|---|

| | As of the petition filing date, the claim is: | **$119.36** |

Grainger

1305 N. Interestate 35E

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Carrollton                    TX        75006            Supplier

Date or dates debt was incurred    2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    9   9   9   8

---

| 3.44 | Nonpriority creditor's name and mailing address |
|---|---|

| | As of the petition filing date, the claim is: | **$665.54** |

Grainger

1305 N. Interestate 35E

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Carrollton                    TX        75006            Supplier

Date or dates debt was incurred    2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    6   7   5   9

| Debtor | **MerLux Pools LLC** | | Case number (if known) | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.45   Nonpriority creditor's name and mailing address**

Grainger

1305 N. Interstate 35E

Carrollton                    TX        75006

Date or dates debt was incurred        2022

Last 4 digits of account number        0  7  0  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier

**Is the claim subject to offset?**
☑ No
☐ Yes

**$82.25**

---

**3.46   Nonpriority creditor's name and mailing address**

Heidi & Wesley Porter

12550 Verwood Circle

Farmers Branch                TX        75234

Date or dates debt was incurred

Last 4 digits of account number        2  2  0  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer

**Is the claim subject to offset?**
☑ No
☐ Yes

**$40,000.00**

---

**3.47   Nonpriority creditor's name and mailing address**

Home Depot Credit Services

P.O. Box 7903420

St. Louis                     MO        63179

Date or dates debt was incurred

Last 4 digits of account number        8  3  1  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

**$14,878.72**

---

**3.48   Nonpriority creditor's name and mailing address**

Intuit/Paycycle, Inc.

6884 Sierra Center Parkway

Reno                          NV        89511

Date or dates debt was incurred

Last 4 digits of account number        0  2  1  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**$21,085.18**

---

Debtor   **MerLux Pools LLC**                                            Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.49   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,950.00 |
|---|---|---|

**James & Vika Bonamy**

**13524 Fishing Hole Ln.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Haslet**                    **TX**    **76052**        **Customer**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2  2  3  1**

---

| 3.50   Nonpriority creditor's name and mailing address | | $7,500.00 |
|---|---|---|

**Janet Kobylka**

**10220 Cimmaron Trail**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                    **TX**    **75243**        **Customer**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2  1  3  9**

---

| 3.51   Nonpriority creditor's name and mailing address | | $29,020.00 |
|---|---|---|

**Jason & Jessica Hills**

**2612 Green Oak Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Carrollton**                **TX**    **75010**        **Customer**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2  2  1  8**

---

| 3.52   Nonpriority creditor's name and mailing address | | $35,000.00 |
|---|---|---|

**Jennifer Six**

**2104 Benjamin Creek Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Little Elm**                **TX**    **75068**        **Customer**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2  2  1  3**

---

Debtor __MerLux Pools LLC_____     Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.                    Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $98,000.00 |
|---|---|---|---|

Check all that apply.

**Jimmy & Stefanie Thomas**
**2401 Simpson Ln.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Customer**

**Mansfield**          **TX**    **76063**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __2__ __2__ __3__ __2__

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $112,000.00 |
|---|---|---|---|

Check all that apply.

**Jonathan Burgos**
**748 Wild Flower Ln.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Customer**

**Princeton**          **TX**    **75407**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __2__ __2__ __2__ __6__

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,750.00 |
|---|---|---|---|

Check all that apply.

**Khalil Issa**
**2601 Coble Court**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Customer**

**Bedford**          **TX**    **76021**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __2__ __2__ __3__ __9__

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,655.33 |
|---|---|---|---|

Check all that apply.

**Leeroy Jordan Lumber Company**
**11529 Emerald St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplier**

**Dallas**          **TX**    **75229**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

Debtor   **MerLux Pools LLC**                                           Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.                    **Amount of claim**

| 3.57 | Nonpriority creditor's name and mailing address |
|---|---|

Leslie's Poolmart Inc.

PO BOx 501162

_____

St. Louis                          MO      63150

Date or dates debt was incurred

Last 4 digits of account number      9   3   8   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplier**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,800.00**

---

| 3.58 | Nonpriority creditor's name and mailing address |
|---|---|

Lisa Brackett

3 Roaring Creek Ct.

_____

Trophy Club                        TX      76262

Date or dates debt was incurred

Last 4 digits of account number      2   2   2   7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Customer**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$8,000.00**

---

| 3.59 | Nonpriority creditor's name and mailing address |
|---|---|

Living Earth

Dept 730004

PO Box 660919

Dallas                             TX      75266

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplier**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,180.86**

---

| 3.60 | Nonpriority creditor's name and mailing address |
|---|---|

Lori Vaispour

4528 Rustic Ridge Ct.

_____

The Colony                         TX      75056

Date or dates debt was incurred

Last 4 digits of account number      2   2   1   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Customer**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$30,000.00**

Debtor **MerLux Pools LLC** _____ Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address |
|---|---|

Manish Goyal

2160 Longmont Ln.

_____

Prosper        TX     75078

Date or dates debt was incurred

Last 4 digits of account number    2 1 2 5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer

Is the claim subject to offset?
☑ No
☐ Yes

**$25,500.00**

---

| 3.62 | Nonpriority creditor's name and mailing address |
|---|---|

Marc Pieroni

3318 Bluffview Dr.

_____

Garland        TX     75043

Date or dates debt was incurred

Last 4 digits of account number    2 2 1 1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer

Is the claim subject to offset?
☑ No
☐ Yes

**$35,000.00**

---

| 3.63 | Nonpriority creditor's name and mailing address |
|---|---|

Marco Atonio Rico

3708 Sydney St.

_____

Fort Worth        TX     76119

Date or dates debt was incurred

Last 4 digits of account number    R L U X

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$20,000.00**

---

| 3.64 | Nonpriority creditor's name and mailing address |
|---|---|

Mark & Natalie Hasbani

4238 Merrell Rd.

_____

Dallas        TX     75229

Date or dates debt was incurred

Last 4 digits of account number    2 2 2 4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer

Is the claim subject to offset?
☑ No
☐ Yes

**$43,023.00**

Debtor __**MerLux Pools LLC**_____   Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

| 3.65 | Nonpriority creditor's name and mailing address |

**Michael Alacala**

**2021 Livingston**

_____

**Flower Mound**              **TX**      **75028**

Date or dates debt was incurred _____

Last 4 digits of account number   **R  L  U  X**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,000.00**

---

| 3.66 | Nonpriority creditor's name and mailing address |

**Midway Urban Village LLC**

**4050 McEwen Rd.**

_____

**Farmers Branch**            **TX**      **75244**

Date or dates debt was incurred _____

Last 4 digits of account number   **R  L  U  X**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Broken Lease**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$55,903.76**

---

| 3.67 | Nonpriority creditor's name and mailing address |

**Monreal Rebar Contractors LLC**

**1221 W. Broadus St.**

_____

**Ft Worth**                  **TX**      **76115**

Date or dates debt was incurred _____

Last 4 digits of account number   _  _  _  _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$33,207.50**

---

| 3.68 | Nonpriority creditor's name and mailing address |

**Munguia Pulido Plumbing**

**3403 Jasper Dr.**

_____

**Grand Prairie**             **TX**      **75052**

Date or dates debt was incurred _____

Last 4 digits of account number   **R  L  U  X**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$20,000.00**

---

Debtor __**MerLux Pools LLC**_____   Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address |

**Namrata & Premal Bathia**

**1731 Lincoln Rd.**

_____

**Lucas**                    **TX**      **75002**

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**   **2  2  0  7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**$35,000.00**

| 3.70 | Nonpriority creditor's name and mailing address |

**New Champion Concrete**

**7007 S FM 5**

_____

**Aledo**                    **TX**      **76008**

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,525.00**

| 3.71 | Nonpriority creditor's name and mailing address |

**Newest Construction Group, LLC**

**1603 Pleasant Run**

_____

**Keller**                    **TX**      **76248**

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$55,491.00**

| 3.72 | Nonpriority creditor's name and mailing address |

**Niko Leinonen**

**341 Kle Dr.**

_____

**Coppell**                    **TX**      **75019**

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**   **2  2  4  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**$24,600.00**

Debtor  **MerLux Pools LLC**  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.  **Amount of claim**

**3.73** Nonpriority creditor's name and mailing address

**Noble Tile Supply Inc.**

**11215 Shady Trail**

**Dallas**      **TX**      **75229**

Date or dates debt was incurred

Last 4 digits of account number    **0   2   1   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,541.00**

---

**3.74** Nonpriority creditor's name and mailing address

**Patrick & Sara Shirey**

**1701 Forest Pakr Dr.**

**Prosper**      **TX**      **75078**

Date or dates debt was incurred

Last 4 digits of account number    **2   2   3   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,000.00**

---

**3.75** Nonpriority creditor's name and mailing address

**Pitney Bowes**

**2225 American Drive**

**Neenah**      **WI**      **54956-1005**

Date or dates debt was incurred

Last 4 digits of account number    **5   8   7   0**

Office equipment lease for postal meter

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract/Lease**

Is the claim subject to offset?
☑ No
☐ Yes

‡AltTextForUnknown

---

**3.76** Nonpriority creditor's name and mailing address

**Pitney Bowes**

**2225 American Drive**

**Neenah**      **WI**      **54956-1005**

Date or dates debt was incurred

Last 4 digits of account number    **8   6   8   2**

Office equipment lease for postal meter

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Contract/Lease**

Is the claim subject to offset?
☑ No
☐ Yes

‡AltTextForUnknown

---

Debtor   **MerLux Pools LLC** _____   Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

| 3.77 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | | |AltTextForUnknown |

**PNC Equipment Finance**
Check all that apply.

**655 Business Center Dr.**
☐ Contingent

**Suite 250**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Horsham**               **PA**      **19044**      **Contract/Lease**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number   **9  9  2  4**      ☑ No
☐ Yes

**Equipment lease for MT-100 Mini Bobcat**

---

| 3.78 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | | $97,800.00 |

**Precision Gunite, LLC**
Check all that apply.

**522 Benson Ln.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Roanoake**              **TX**      **76262**      **Vendor**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number   **R  0  0  1**      ☑ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | | $389.74 |

**Principal Life Insurance Company**
Check all that apply.

**Group Benefits**
☐ Contingent

**711 High Street**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Des Moines**            **IA**      **50392**      **Contract/Lease**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number   **0  0  0  1**      ☑ No
☐ Yes

**Business insurance contract**

---

| 3.80 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | | $6,202.69 |

**QDI Stone Dallas LLC**
Check all that apply.

**2605 Frewood Dr.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                **TX**      **75220**      **Supplier**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number   **O  O  L  S**      ☑ No
☐ Yes

---

Debtor  **MerLux Pools LLC**                                        Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.                 **Amount of claim**

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $458.58 |
|---|---|---|---|

**Reliant Energy Retail Services**

**P.O. Box 650475**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Dallas**            **TX**    **75265**          Contract/Lease

Date or dates debt was incurred              Is the claim subject to offset?
                                             ☑ No
Last 4 digits of account number  **0  5  6  7**   ☐ Yes

**Business utility contract**

---

| 3.82 | Nonpriority creditor's name and mailing address | | $18,500.00 |
|---|---|---|---|

**Roberto RIncon**

**2525 Highway 360 #1117**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Eueless**          **TX**    **76039**          Vendor

Date or dates debt was incurred              Is the claim subject to offset?
                                             ☑ No
Last 4 digits of account number  _ _ _ _     ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | | $26,470.00 |
|---|---|---|---|

**Saeed & Maryam Razdar-Sanagoo**

**1943 Ro Blanco Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Frisco**           **TX**    **75033**          Customer

Date or dates debt was incurred              Is the claim subject to offset?
                                             ☑ No
Last 4 digits of account number  **2  2  3  7**   ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | | $2,085.00 |
|---|---|---|---|

**Sammy Dorsey**

**1017 Bannach Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Arlington**         **TX**    **76001**          Customer

Date or dates debt was incurred              Is the claim subject to offset?
                                             ☑ No
Last 4 digits of account number  **2  2  3  4**   ☐ Yes

---

Debtor   **MerLux Pools LLC**                                    Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.          **Amount of claim**

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,440.00** |
|---|---|---|---|

**Scarborough Specialties**

10501 Indiana Ave.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Lubbock                    TX        79432          Vendor

Date or dates debt was incurred          **Is the claim subject to offset?**

Last 4 digits of account number   R  L  U  X       ☑ No
                                                    ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,160.00** |
|---|---|---|---|

**Scott & Kimberly Lauer**

3304 Dustin Trail

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Hurst                      TX        76054          **Customer**

Date or dates debt was incurred          **Is the claim subject to offset?**

Last 4 digits of account number   2  2  3  5       ☑ No
                                                    ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,651.00** |
|---|---|---|---|

**SCP Distributors LLC**

PO BOx 54200

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

New Orleans                LA        70154          **Supplier**

Date or dates debt was incurred          **Is the claim subject to offset?**

Last 4 digits of account number   0  3  3  6       ☑ No
                                                    ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,395.00** |
|---|---|---|---|

**Shawn & Jennifer Gill**

813 Patio St.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Aubrey                     TX        76227          **Customer**

Date or dates debt was incurred          **Is the claim subject to offset?**

Last 4 digits of account number   2  2  2  3       ☑ No
                                                    ☐ Yes

---

Debtor   **MerLux Pools LLC**                                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.89**   Nonpriority creditor's name and mailing address

Shawn Kremer

1513 Evening Primrose Dr.

_____

Mansfield                           TX      76063

Date or dates debt was incurred    _____

Last 4 digits of account number    2   2   4   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer

Is the claim subject to offset?
☑ No
☐ Yes

**$28,470.00**

---

**3.90**   Nonpriority creditor's name and mailing address

Sherwin Williams

2121 W. University Dr.

_____

Denton                              TX      76201

Date or dates debt was incurred    _____

Last 4 digits of account number    2   1   5   1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier

Is the claim subject to offset?
☑ No
☐ Yes

**$105.72**

---

**3.91**   Nonpriority creditor's name and mailing address

Stephen Platek

5913 Myrtle Ln.

_____

Frisco                              TX      75036

Date or dates debt was incurred    _____

Last 4 digits of account number    2   1   1   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Customer

Is the claim subject to offset?
☑ No
☐ Yes

**$73,767.47**

---

**3.92**   Nonpriority creditor's name and mailing address

Sunny & Seema Patel

559 Richwoods Dr.

_____

Flower Mound                        TX      75028

Date or dates debt was incurred    _____

Last 4 digits of account number    2   2   1   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer

Is the claim subject to offset?
☑ No
☐ Yes

**$50,000.00**

---

Debtor   **MerLux Pools LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.93**   Nonpriority creditor's name and mailing address

**Toronjo & Prosser Law**

**8150 N. Central Expressway**

**Suite 975**

_____

**Dallas**                          **TX**   **75206**

Date or dates debt was incurred   **11/29/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Attorney Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,500.00**

**3.94**   Nonpriority creditor's name and mailing address

**Travis Bowles & Ryan Delargarza**

**1843 Pueblo St.**

_____

**Dallas**                          **TX**   **75212**

Date or dates debt was incurred   _____

Last 4 digits of account number   **2  1  4  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,000.00**

**3.95**   Nonpriority creditor's name and mailing address

**ULine**

**PO Box 88741**

_____

**Chicago**                        **IL**   **60681-1741**

Date or dates debt was incurred   **2022**

Last 4 digits of account number   **9  4  7  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,111.96**

**3.96**   Nonpriority creditor's name and mailing address

**ULine**

**PO Box 88741**

_____

**Chicago**                        **IL**   **60681-1741**

Date or dates debt was incurred   _____

Last 4 digits of account number   **1  7  6  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$73.50**

Debtor    **MerLux Pools LLC**                                   Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.          Amount of claim

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $320.18 |

**ULine**                                                    ☐ Contingent

**PO Box 88741**                                             ☐ Unliquidated

                                                             ☐ Disputed

                                                             **Basis for the claim:**

Chicago                          IL      60681-1741           Vendor

Date or dates debt was incurred   **2022**                   **Is the claim subject to offset?**

Last 4 digits of account number   **8   5   0   5**          ☑ No
                                                             ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $61.26 |

**UPS**                                                      ☐ Contingent

**PO Box 650116**                                            ☐ Unliquidated

                                                             ☐ Disputed

                                                             **Basis for the claim:**

Dallas                           TX      75265-0116          Vendor

Date or dates debt was incurred   **2022**                   **Is the claim subject to offset?**

Last 4 digits of account number   **3   4   5   2**          ☑ No
                                                             ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,700.00 |

**Vari Sales Corp.**                                         ☐ Contingent

**PO BOx 3588**                                              ☐ Unliquidated

                                                             ☐ Disputed

                                                             **Basis for the claim:**

Coppell                          TX      75019               Vendor

Date or dates debt was incurred                              **Is the claim subject to offset?**

Last 4 digits of account number   **R   0   0   1**          ☑ No
                                                             ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $22,052.00 |

**Vega Decorative Concrete**                                 ☐ Contingent

**109 Pruett St.**                                           ☐ Unliquidated

                                                             ☐ Disputed

                                                             **Basis for the claim:**

Blue Ridge                       TX      75424               Vendor

Date or dates debt was incurred                              **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __               ☑ No
                                                             ☐ Yes

Debtor   **MerLux Pools LLC**                                         Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| 3.101 | Nonpriority creditor's name and mailing address |
|---|---|

**Verizon**

**PO Box 408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,411.18**

**Newark**                 **NJ**     **07101-0408**

Basis for the claim:
**Contract/Lease**

Date or dates debt was incurred

Last 4 digits of account number     **0   0   0   1**

**Business wireless contract**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address |
|---|---|

**Water Work Solutions**

**2102 Houseley Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,595.00**

**Dallas**                  **TX**     **75228**

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address |
|---|---|

**Wex Bank**

**QT Quiktrip**

**PO Box 4337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,475.36**

**Carol Stream**            **IL**     **60197**

Basis for the claim:
**Credit Card**

Date or dates debt was incurred

Last 4 digits of account number     **0   8   6   2**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address |
|---|---|

**Wheat Lumber Co.**

**809 South Doll;ey St.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,361.24**

**Grapevine**               **TX**     **76051**

Basis for the claim:
**Supplier**

Date or dates debt was incurred

Last 4 digits of account number     **0   0   0   3**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor      **MerLux Pools LLC**                                          Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.          **Amount of claim**

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,314.00** |

**White cap**                                              Check all that apply.

**PO Box 4944**                                            ☐ Contingent

**Building D. Suite 180**                                  ☐ Unliquidated
                                                           ☐ Disputed

                                                           **Basis for the claim:**

**Orlando**                        **FL**    **32802**     **Supplier**

**Date or dates debt was incurred**                        **Is the claim subject to offset?**

**Last 4 digits of account number**     **5   8   3   8**   ☑ No
                                                           ☐ Yes

Debtor   **MerLux Pools LLC**                                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **4050 MUV, LLC**<br>c/o Friedman & Feiger<br>5301 Spring Valley Road<br>Suite 200<br>Dallas         TX     75254 | Line   **3.66**<br>☐ Not listed.  Explain: | _ _ _ _ |
| **4.2** **Aaron Rocha**<br>1485 Snyder Court<br><br>Lucas         TX     75002 | Line _____<br>☑ Not listed.  Explain:<br>    **Customer** | 2  1  5  0 |
| **4.3** **Abargile Meir & Estela Dominguez**<br>1500 Sara Cove<br><br>Lucas         TX     75002 | Line _____<br>☑ Not listed.  Explain:<br>    **Customer** | 2  1  2  1 |
| **4.4** **Alex Heredia**<br>7242 May Hall Drive<br><br>Frisco         TX     75034 | Line _____<br>☑ Not listed.  Explain:<br>    **Customer** | 2  1  4  5 |
| **4.5** **Ally Financial**<br>PO Box 380902<br><br>Bloomington    MN     55438<br>Business vehicle lease for 2021 Ford F-150 | Line _____<br>☑ Not listed.  Explain:<br>    **Contract/Lease** | 4  9  7  3 |
| **4.6** **Amanda & Terry Shephard**<br>11521 Twining Branch Circle<br><br>Haslett         TX     76052 | Line _____<br>☑ Not listed.  Explain:<br>    **Customer** | 2  1  6  0 |

Debtor   **MerLux Pools LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.7**  **Andrew Hazel**<br>**6400 Glenhollow Drive**<br><br>**Plano**          **TX**    **75093** | Line _____<br>☑ Not listed.  Explain:<br>    **Customer** | **2   1   5   9** |
| **4.8**  **Andrew Williams**<br>**660 Alexandrite Dr.**<br><br>**Oak Pointe**     **TX**    **75068** | Line _____<br>☑ Not listed.  Explain:<br>    **Customer** | **2   1   2   8** |
| **4.9**  **Antone & Marsha THompson**<br>**7201 Faught Rd.**<br><br>**Argyle**         **TX**    **76226** | Line _____<br>☑ Not listed.  Explain:<br>    **Customer** | **2   2   2   9** |
| **4.10**  **Anusha Raavi**<br>**3444 Begonia Ln.**<br><br>**Irving**         **TX**    **75038** | Line _____<br>☑ Not listed.  Explain:<br>    **Customer** | **2   1   5   8** |
| **4.11**  **Asha & Kalyan Indoori**<br>**8055 Wine Barrell Lane**<br><br>**Frisco**         **TX**    **75035** | Line _____<br>☑ Not listed.  Explain:<br>    **Customer** | **2   1   5   5** |
| **4.12**  **Billie & Keith Glazner**<br>**1521 Chesterfield Dr.**<br><br>**Carrollton**      **TX**    **75007** | Line _____<br>☑ Not listed.  Explain:<br>    **Customer** | **2   2   0   6** |
| **4.13**  **Brandon & Sarah Fisher**<br>**3619 French Creek Dr.**<br><br>**Heartland**      **TX**    **75126** | Line _____<br>☑ Not listed.  Explain:<br>    **Customer** | **2   2   1   0** |

Debtor     **MerLux Pools LLC**                                    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.14** **Chance Jobe**<br>8113 Yacht Club Dr.<br><br>Rowlett              TX      75089 | Line _____<br>☑ Not listed.  Explain:<br>  Customer | 2  2  1  6 |
| **4.15** **David Colvin & Vicente Verduzco**<br>630 N. Hampton Rd.<br><br>Dallas               TX      75208 | Line _____<br>☑ Not listed.  Explain:<br>  Customer | 2  1  2  9 |
| **4.16** **Edward & Sherille Rivera**<br>201 monticello Dr.<br><br>Mansfield            TX      76063 | Line _____<br>☑ Not listed.  Explain:<br>  Customer | 2  2  2  0 |
| **4.17** **Friedman & Feiger**<br>5301 Spring Valley Road<br>Suite 200<br><br>Dallas               TX      75254 | Line ___3.66___<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.18** **Gasper Law PLLC**<br>1408 N. Riverfront Blvd., Suite 323<br><br>Dallas               TX      75207 | Line ___3.54___<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.19** **Gasper Law PLLC**<br>1408 N. Riverfront Blvd., Suite 323<br><br>Dallas               TX      75207 | Line ___3.53___<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.20** **Gasper Law PLLC**<br>1408 N. Riverfront Blvd., Suite 323<br><br>Dallas               TX      75207 | Line ___3.46___<br>☐ Not listed.  Explain: | __ __ __ __ |

| Debtor | **MerLux Pools LLC** | | Case number (if known) | |

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.21** **Gasper Law PLLC** 1408 N. Riverfront Blvd. Suite 323 **Dallas** **TX** **75207** | Line __3.23__ ☐ Not listed. Explain: | __ __ __ __ |
| **4.22** **James Bohr** 429 Bronzewood Ln. **Fort Worth** **TX** **76131** | Line _____ ☑ Not listed. Explain: **Customer** | _2_ _1_ _3_ _3_ |
| **4.23** **Jason & Jonie Coleman** 4322 Cobalt Bloom Ct. **Arlington** **TX** **75050** | Line _____ ☑ Not listed. Explain: **Customer** | _2_ _2_ _3_ _3_ |
| **4.24** **John Ngumba** 14716 Lost Wagon St. **New Fairview** **TX** **76247** | Line _____ ☑ Not listed. Explain: **Customer** | _2_ _2_ _0_ _4_ |
| **4.25** **John Shaffer & Christy Raomaine** 1101 Bellevue Dr. **Princeton** **TX** **75407** | Line _____ ☑ Not listed. Explain: **Customer** | _2_ _1_ _3_ _4_ |
| **4.26** **Larry & Kyle Scirotto-Bradley** 939 N. Buckner Blvd. **Dallas** **TX** **75218** | Line _____ ☑ Not listed. Explain: **Customer** | _2_ _2_ _4_ _5_ |
| **4.27** **Law Office of Kenneth M. Stillman** 11300 N. Central Expressway Suite 408 **Dallas** **TX** **75243** | Line __3.91__ ☐ Not listed. Explain: | __ __ __ __ |

Debtor    **MerLux Pools LLC**        Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.28**   **Marcus Nelson**

4015 North FM 51

Weatherford    TX    76083

Line _____

☑ Not listed. Explain:
   **Customer**

<u>2</u> <u>1</u> <u>4</u> <u>5</u>

---

**4.29**   **Mark Mack**

3312 Kelsey Court

Flower Mound    TX    75028

Line _____

☑ Not listed. Explain:
   **Customer**

<u>2</u> <u>2</u> <u>4</u> <u>6</u>

---

**4.30**   **Marshal Presley & Pipal PLLC**

2615 E. Southlake Blvd., Suite 200

Southlake    TX    76092

Line   3.67

☐ Not listed. Explain:

__ __ __ __

---

**4.31**   **Matthew & Kate Lockhart-Dozois**

3598 Arrowwood Dr.

Frisco    TX    75033

Line _____

☑ Not listed. Explain:
   **Customer**

<u>2</u> <u>2</u> <u>0</u> <u>9</u>

---

**4.32**   **Michele Moore**

122 Springfield Ln.

Waxahachie    TX    75165

Line _____

☑ Not listed. Explain:
   **Customer**

<u>2</u> <u>2</u> <u>1</u> <u>4</u>

---

**4.33**   **Pete & Donna Dipasqua**

12073 Blackburn Way

Farmers Branch    TX    75234

Line _____

☑ Not listed. Explain:
   **Customer**

<u>2</u> <u>2</u> <u>0</u> <u>5</u>

---

**4.34**   **Ryan Setty OConnor**

2001 Oak Bluff Dr.

Arlington    TX    76006

Line _____

☑ Not listed. Explain:
   **Notice Only**

__ __ __ __

Debtor    **MerLux Pools LLC** _____    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.35** **Saul Lico** 1030 Hope Valley Pkwy. _____ Roanoke    **TX**    76262 | Line _____ ☑ Not listed. Explain: **Customer** | **2  1  5  6** |
| **4.36** **Thomas & Lea Ann Bryant** 1426 Oliver Creek Ln. _____ Justin    **TX**    76247 | Line _____ ☑ Not listed. Explain: **Customer** | **2  2  4  7** |
| **4.37** **Wendy harris** 400 Water Ln. _____ Mansfield    **TX**    76063 | Line _____ ☑ Not listed. Explain: **Customer** | **2  1  3  5** |

Debtor    **MerLux Pools LLC**                              Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

                                                                    **Total of claim amounts**

5a.  **Total claims from Part 1**                          5a.  _____ **$0.00**

5b.  **Total claims from Part 2**                          5b. **+**  _____ **$2,067,474.84**

5c.  **Total of Parts 1 and 2**                            5c.  | **$2,067,474.84** |
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name      **MerLux Pools LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number                                              Chapter    **7**
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
   (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other
   parties with whom the debtor has an executory
   contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Business vehicle lease for 2021 Ford F-150<br>**Contract to be REJECTED** | Ally Financial |  |  |
|-----|-----|-----|-----|-----|-----|
|  |  |  | PO Box 380902 |  |  |
|  | State the term remaining |  |  |  |  |
|  | List the contract number of any government contract |  | Bloomington | MN | 55438 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Business vehicle lease for 2022 Ford F-250<br>**Contract to be REJECTED** | Ally Financial |  |  |
|  |  |  | PO Box 380902 |  |  |
|  | State the term remaining |  |  |  |  |
|  | List the contract number of any government contract |  | Bloomington | MN | 55438 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Business vehicle lease for 2021 Nissan NV2500HD<br>**Contract to be REJECTED** | Ally Financial |  |  |
|  |  |  | PO Box 380902 |  |  |
|  | State the term remaining |  |  |  |  |
|  | List the contract number of any government contract |  | Bloomington | MN | 55438 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Business vehicle lease for 2021 Chevrolet Spark<br>**Contract to be REJECTED** | Ally Financial |  |  |
|  |  |  | PO Box 380902 |  |  |
|  | State the term remaining |  |  |  |  |
|  | List the contract number of any government contract |  | Bloomington | MN | 55438 |

Debtor   **MerLux Pools LLC** _____   Case number (if known) _____

▮ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Business vehicle lease for 2021 Toyota Tacoma**<br>**Contract to be REJECTED** | **Ally Financial** | |
| | State the term remaining | | **PO Box 380902** | |
| | List the contract number of any government contract | | **Bloomington**   **MN**   **55438** | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Business vehicle lease for 2022 Mercedes GLE**<br>**Contract to be REJECTED** | **Ally Financial** | |
| | State the term remaining | | **PO Box 380902** | |
| | List the contract number of any government contract | | **Bloomington**   **MN**   **55438** | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for 1088 Texan Trail, Grapevine, TX 76051**<br>**Contract to be REJECTED** | **Basler Properties, LLC**<br>**c/o Michael Basler**<br>**1090 Texan Trail** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Grapevine**   **TX**   **76051** | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **Business equipment lease for 2021 Caterpillar 249D3 Compact Track Loaser**<br>**Contract to be REJECTED** | **Caterpillar Financial Services Corporati**<br>**2120 West End Ave.**<br>**PO Box 340001** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Nashville**   **TN**   **37203-0001** | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | **Business equipment trailer lease**<br>**Contract to be REJECTED** | **Currency Express Financing**<br>**575 Anton Blvd.**<br>**12th Floor** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Costa Mesa**   **CA**   **92626** | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | **Office equipment lease for Wideformat Printer/Plotter**<br>**Contract to be REJECTED** | **Datamax Inc.**<br>**PO Box 2235** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **St. Louis**   **MO**   **63109** | |

Debtor   **MerLux Pools LLC**                                    Case number (if known) _____

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Office equipment lease for office Printer<br>**Contract to be REJECTED** | Datamax Inc. | |
| | | | PO Box 2235 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | St. Louis | MO | 63109 |

| | | | | |
|---|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Office equipment lease for postal meter<br>**Contract to be REJECTED** | Pitney Bowes | |
| | | | 2225 American Drive | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Neenah | WI | 54956-1005 |

| | | | | |
|---|---|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Office equipment lease for postal meter<br>**Contract to be REJECTED** | Pitney Bowes | |
| | | | 2225 American Drive | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Neenah | WI | 54956-1005 |

| | | | | |
|---|---|---|---|---|
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease for MT-100 Mini Bobcat<br>**Contract to be REJECTED** | PNC Equipment Finance | |
| | | | 655 Business Center Dr. | |
| | | | Suite 250 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Horsham | PA | 19044 |

| | | | | |
|---|---|---|---|---|
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Business insurance contract<br>**Contract to be REJECTED**<br>**Contract is in DEFAULT** | Principal Life Insurance Company | |
| | | | Group Benefits | |
| | | | 711 High Street | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Des Moines | IA | 50392 |

| | | | | |
|---|---|---|---|---|
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Business utility contract<br>**Contract to be REJECTED**<br>**Contract is in DEFAULT** | Reliant Energy Retail Services | |
| | | | P.O. Box 650475 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Dallas | TX | 75265 |

Debtor    **MerLux Pools LLC**                                          Case number (if known) _____

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Business wireless contract<br>**Contract to be REJECTED** | Verizon |  |  |
|------|---|---|---|---|---|
|  |  |  | **PO Box 408** |  |  |
|  | State the term remaining | _____ |  |  |  |
|  | List the contract number of any government contract | _____ | **Newark** | **NJ** | **07101-0408** |

**Fill in this information to identify the case:**

Debtor name        **MerLux Pools LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| **2.1 Jared Hall** | 1719 Caddo St. #105<br>Number   Street<br><br>Dallas            TX   75204<br>City             State  ZIP Code | Fundbox | ☐ D<br>☑ E/F<br>☐ G |
| **2.2 Jared Hall** | 1717 Caddo St. #105<br>Number   Street<br><br>Dallas            TX   75204<br>City             State  ZIP Code | Ally Financial | ☐ D<br>☐ E/F<br>☑ G |
| **2.3 Jared Hall** | 1717 Caddo St. #105<br>Number   Street<br><br>Dallas            TX   75204<br>City             State  ZIP Code | Ally Financial | ☐ D<br>☐ E/F<br>☑ G |
| **2.4 Jared Hall** | 1717 Caddo St. #105<br>Number   Street<br><br>Dallas            TX   75204<br>City             State  ZIP Code | Ally Financial | ☐ D<br>☐ E/F<br>☑ G |
| **2.5 Jared Hall** | 1717 Caddo St. #105<br>Number   Street<br><br>Dallas            TX   75204<br>City             State  ZIP Code | Ally Financial | ☐ D<br>☐ E/F<br>☑ G |

| Debtor | **MerLux Pools LLC** | Case number (if known) | |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.6 | **Jared Hall** | 1717 Caddo St. #105<br>Number      Street | | **Ally Financial** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Dallas**<br>City | **TX**   **75204**<br>State   ZIP Code | | |
| 2.7 | **Jared Hall** | 1717 Caddo St. #105<br>Number      Street | | **Ally Financial** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Dallas**<br>City | **TX**   **75204**<br>State   ZIP Code | | |
| 2.8 | **Jared Hall** | 1719 Caddo St. #105<br>Number      Street | | **Basler Properties, LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Dallas**<br>City | **TX**   **75204**<br>State   ZIP Code | | |
| 2.9 | **Jared Hall** | 1717 Caddo St. #105<br>Number      Street | | **SCP Distributors LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Dallas**<br>City | **TX**   **75204**<br>State   ZIP Code | | |
| 2.10 | **Jared Hall** | 1717 Caddo St. #105<br>Number      Street | | **Basler Properties, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Dallas**<br>City | **TX**   **75204**<br>State   ZIP Code | | |
| 2.11 | **Ryan Setty OConnor** | 2001 Oak Bluff Dr.<br>Number      Street | | **Ally Financial** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Arlington**<br>City | **TX**   **76006**<br>State   ZIP Code | | |
| 2.12 | **Ryan Setty OConnor** | 2001 Oak Bluff Dr.<br>Number      Street | | **Ally Financial** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Arlington**<br>City | **TX**   **76006**<br>State   ZIP Code | | |

Debtor    **MerLux Pools LLC**_____    Case number (if known) _____

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| **Name** | **Mailing address** | | | **Name** | *Check all schedules that apply:* |
| 2.13 **Ryan Setty OConnor** | 2001 Oak Bluff Dr.<br>Number    Street | | | **Ally Financial** | ☐ D<br>☐ E/F<br>☑ G |
| | Arlington<br>City | **TX**<br>State | 76006<br>ZIP Code | | |
| 2.14 **Ryan Setty OConnor** | 2001 Oak Bluff Dr.<br>Number    Street | | | **Ally Financial** | ☐ D<br>☐ E/F<br>☑ G |
| | Arlington<br>City | **TX**<br>State | 76006<br>ZIP Code | | |
| 2.15 **Ryan Setty OConnor** | 2001 Oak Bluff Dr.<br>Number    Street | | | **Ally Financial** | ☐ D<br>☐ E/F<br>☑ G |
| | Arlington<br>City | **TX**<br>State | 76006<br>ZIP Code | | |
| 2.16 **Ryan Setty OConnor** | 2001 Oak Bluff Dr.<br>Number    Street | | | **Ally Financial** | ☐ D<br>☐ E/F<br>☑ G |
| | Arlington<br>City | **TX**<br>State | 76006<br>ZIP Code | | |
| 2.17 **Ryan Setty OConnor** | 2001 Oak Bluff Dr.<br>Number    Street | | | **Basler Properties, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | Arlington<br>City | **TX**<br>State | 76006<br>ZIP Code | | |
| 2.18 **Ryan Setty OConnor** | 2001 Oak Bluff Dr.<br>Number    Street | | | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| | Arlington<br>City | **TX**<br>State | 76006<br>ZIP Code | | |
| 2.19 **Ryan Setty OConnor** | 2001 Oak Bluff Dr.<br>Number    Street | | | **SCP Distributors LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | Arlington<br>City | **TX**<br>State | 76006<br>ZIP Code | | |

Debtor    **MerLux Pools LLC**                                          Case number (if known) _____

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| Name | Mailing address | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.20  **Ryan Setty OConnor** | **2001 Oak Bluff Dr.**<br>Number      Street | | **Bank of America** | ☐  D<br>☑  E/F<br>☐  G |
| | **Arlington**                    **TX    76006**<br>City                         State   ZIP Code | | | |

**Fill in this information to identify the case:**

Debtor Name **MerLux Pools LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
         Copy line 88 from Schedule A/B................................................................................................................ | **$0.00** |

    1b.  **Total personal property:**
         Copy line 91A from Schedule A/B.............................................................................................................. | **$158,300.00** |

    1c.  **Total of all property**
         Copy line 92 from Schedule A/B................................................................................................................ | **$158,300.00** |

### Part 2:   Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................................... | **$167,185.59** |

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................................ | **$0.00** |

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................. | **+  $2,067,474.84** |

4.  **Total liabilities**
    Lines 2 + 3a + 3b..................................................................................................................................... | **$2,234,660.43** |

**Fill in this information to identify the case and this filing:**

Debtor Name **MerLux Pools LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/15/2022**
    MM / DD / YYYY

**X** **/s/ Ryan Setty-O'Connor**
    Signature of individual signing on behalf of debtor

    **Ryan Setty-O'Connor**
    Printed name

    **Managing Member**
    Position or relationship to debtor

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **MerLux Pools LLC** |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From **01/01/2022**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$4,470,658.61** |
| **For prior year:** | From **01/01/2021**<br>MM / DD / YYYY | to | **12/31/2021**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,188,952.80** |
| **For the year before that:** | From **01/01/2020**<br>MM / DD / YYYY | to | **12/31/2020**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | **BlueCross BlueShield of Texas**<br>Creditor's name<br>**PO Box 655730**<br>Street<br><br>**Dallas**          **TX**   **75265**<br>City          State   ZIP Code | 9/13/2022 | $21,586.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Insurance** |

Debtor     **MerLux Pools LLC**                                             Case number (if known) _____
           Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.2. **Monreal Rebar Contractors LLC**<br>Creditor's name<br>**1221 W. Broadus St.**<br>Street<br><br>**Ft Worth**    **TX**    **76115**<br>City   State   ZIP Code | 9/13/2022 | $9,224.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. **SCP Distributors LLC**<br>Creditor's name<br>**PO BOx 54200**<br>Street<br><br>**New Orleans**    **LA**    **70154**<br>City   State   ZIP Code | 09/19/2022 | $56,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.4. **GE Steel Pool LLC**<br>Creditor's name<br>**3905 Rainer St.**<br>Street<br><br>**Irving**    **TX**    **75062**<br>City   State   ZIP Code | 09/21/2022 | $25,569.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.5. **Fly Tile & Plaster**<br>Creditor's name<br>**7161 San Francisco Trail**<br>Street<br><br>**Fort Worth**    **TX**    **76131**<br>City   State   ZIP Code | 09/23/2022 | $11,319.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.6. **New Champion Concrete**<br>Creditor's name<br>**7007 S FM 5**<br>Street<br><br>**Aledo**    **TX**    **76008**<br>City   State   ZIP Code | 09/26/2022 | $14,572.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.7. **Precision Gunite, LLC**<br>Creditor's name<br>**522 Benson Ln.**<br>Street<br><br>**Roanoake**    **TX**    **76262**<br>City   State   ZIP Code | 09/26/2022 | $9,640.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.8. **SCP Distributors LLC**<br>Creditor's name<br>**PO BOx 54200**<br>Street<br><br>**New Orleans**    **LA**    **70154**<br>City   State   ZIP Code | 09/28/2022 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor   **MerLux Pools LLC**                                   Case number (if known) _____
     Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.9. **Newest Construction Group, LLC**
Creditor's name
**1603 Pleasant Run**
Street

**Keller**    **TX**   **76248**
City    State  ZIP Code

Dates: 09/29/2022

Total amount or value: $14,898.00

Reasons for payment or transfer
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

3.10. **SCP Distributors LLC**
Creditor's name
**PO BOx 54200**
Street

**New Orleans**   **LA**   **70154**
City    State  ZIP Code

Dates: 10/04/2022

Total amount or value: $16,365.23

Reasons for payment or transfer
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

3.11. **New Champion Concrete**
Creditor's name
**7007 S FM 5**
Street

**Aledo**    **TX**   **76008**
City    State  ZIP Code

Dates: 10/05/2022

Total amount or value: $24,218.00

Reasons for payment or transfer
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

3.12. **Aquabella**
Creditor's name
**Attn:  Credit Department**
Street
**11906 Brittmoore Park Dr.**

**Houston**   **TX**   **77041**
City    State  ZIP Code

Dates: 10/05/2022

Total amount or value: $7,259.48

Reasons for payment or transfer
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

3.13. **Alliance Pro Electric, LP**
Creditor's name
**15578 Highway 114**
Street

**Justin**    **TX**   **76247**
City    State  ZIP Code

Dates: 10/11/2022

Total amount or value: $43,060.35

Reasons for payment or transfer
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

3.14. **Roberto RIncon**
Creditor's name
**2525 Highway 360 #1117**
Street

**Eueless**   **TX**   **76039**
City    State  ZIP Code

Dates: 10/12/2022

Total amount or value: $7,541.09

Reasons for payment or transfer
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

3.15. **New Champion Concrete**
Creditor's name
**7007 S FM 5**
Street

**Aledo**    **TX**   **76008**
City    State  ZIP Code

Dates: 10/24/2022

Total amount or value: $21,495.00

Reasons for payment or transfer
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

| Debtor | **MerLux Pools LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| Creditor's name and address | | | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|

3.16. **Terra Excavation & Demolition Co.**
Creditor's name
**1088 Texan Trail**
Street

**Grapevine**   **TX**   **76051**
City   State   ZIP Code

**Dates** 09/13/2022

**Total amount or value** $7,500.00

**Reasons for payment or transfer**
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

3.17. **Jomex**
Creditor's name
**3028 Dahlia Dr.**
Street

**Dallas**   **TX**   **75216**
City   State   ZIP Code

**Dates** 9/14/2022

**Total amount or value** $14,200.00

**Reasons for payment or transfer**
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

3.18. **Jomex**
Creditor's name
**3028 Dahlia Dr.**
Street

**Dallas**   **TX**   **75216**
City   State   ZIP Code

**Dates** 10/10/2022

**Total amount or value** $10,923.00

**Reasons for payment or transfer**
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

3.19. **Pacheco Steel**
Creditor's name
**1017 Harlan St.**
Street

**Irving**   **TX**   **75060**
City   State   ZIP Code

**Dates** 10/18/2022

**Total amount or value** $10,000.00

**Reasons for payment or transfer**
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

3.20. **Terra Excavatio & Demolition Co.**
Creditor's name
**1088 Texan Trail**
Street

**Grapevine**   **TX**   **76051**
City   State   ZIP Code

**Dates** 10/18/2022

**Total amount or value** $10,000.00

**Reasons for payment or transfer**
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

3.21. **Jomex**
Creditor's name
**3028 Dahlia Dr.**
Street

**Dallas**   **TX**   **75216**
City   State   ZIP Code

**Dates** 10/25/2022

**Total amount or value** $12,666.00

**Reasons for payment or transfer**
Check all that apply
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

Debtor     **MerLux Pools LLC**                                    Case number (if known) _____
               Name

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:     Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:     Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Black Tie Auction Recipient**<br>Recipient's name | Debtor auctioned off a $100k pool build for cost. Cost appx. $50k | 11/2021 | **$50,000.00** |

Street

City                          State    ZIP Code

Recipient's relationship to debtor
**None**

Debtor  **MerLux Pools LLC**_____  Case number (if known) _____
　　　　Name

## Part 5:　Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:　Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Toronjo & Prosser Law** | | **11/29/2022** | **$1,162.00** |

**Address**

8150 N. Central Expressway
Street
**Suite 975**

| **Dallas** | **TX** | **75206** |
|---|---|---|
| City | State | ZIP Code |

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:　Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy | | |
|---|---|---|---|---|---|
| 14.1. **4050 McEwen Rd.** | | | From | **01/2021** | To　**11/2021** |
| Street | | | | | |
| **Suite 7101** | | | | | |
| **Dallas** | **TX** | **75244** | | | |
| City | State | ZIP Code | | | |

Debtor   **MerLux Pools LLC**                                    Case number (if known) _____
         Name

---

**Part 8:**   **Health Care Bankruptcies**

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

**Part 9:**   **Personally Identifiable Information**

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
   ☑ No.  Go to Part 10.
   ☐ Yes.  Fill in below:

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor  **MerLux Pools LLC**                                      Case number (if known) _____
Name

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

### Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

### Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Debtor | **MerLux Pools LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | | | | **If any books of account and records are unavailable, explain why** |

26c.1. **Ryan Setty-O'Connor**
Name
**2001 Oak Bluff Dr.**
Street

| **Arlington** | **TX** | **76006** |
|---|---|---|
| City | State | ZIP Code |

| **Name and address** | | | | **If any books of account and records are unavailable, explain why** |

26c.2. **Jared Hall**
Name
**1717 Caddo St. #105**
Street

| **Dallas** | **TX** | **75204** |
|---|---|---|
| City | State | ZIP Code |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ryan Setty-O'Connor** | **2001 Oak Bluff Dr. Arlington, TX 76006** | Member | 50% |
| **Jared Hall** | **1717 Caddo St. #105 Dallas, TX 75204** | Member | 50% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor    **MerLux Pools LLC**                                    Case number (if known) _____
          Name

**30. Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Ryan Setty-O'Connor**<br>Name<br>**2001 Oak Bluff Dr.**<br>Street<br><br>**Arlington**      **TX**   **76006**<br>City            State   ZIP Code<br><br>**Relationship to debtor**<br>**Owner** | **Salary**<br>**$77,945.37** | **Semi-monthly** | **Services provided** |
| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.2. **Jared Hall**<br>Name<br>**1717 Caddo St. #105**<br>Street<br><br>**Dallas**        **TX**   **75204**<br>City            State   ZIP Code<br><br>**Relationship to debtor**<br>**Owner** | **Salary**<br>**$77,945.37** | **Semi-monthly** | **Services provided** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☑ No
    ☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☑ No
    ☐ Yes. Identify below.

Debtor   **MerLux Pools LLC**                                         Case number (if known) _____
         Name

## Part 14:   Signature and Declaration

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/15/2022**
          MM / DD / YYYY

**X** **/s/ Ryan Setty-O'Connor**                                    Printed name **Ryan Setty-O'Connor**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re  **MerLux Pools LLC**                                    Case No. _____

                                                             Chapter    **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................ | **$5,662.00** |
| Prior to the filing of this statement I have received...................................................... | **$1,162.00** |
| Balance Due.................................................................................................................. | **$4,500.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 12/15/2022 | /s/ Derek K. Prosser | |
| --- | --- | --- |
| Date | Derek K. Prosser | Bar No.  24086889 |
| | Toronjo & Prosser Law | |
| | 6440 N. Central Expressway | |
| | Suite 104 | |
| | Dallas, Texas 75206 | |
| | Phone: (214) 609-8787 / Fax: (866) 640-7043 | |

/s/ Ryan Setty-O'Connor

*Ryan Setty-O'Connor*
*Managing Member*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **MerLux Pools LLC**                                             CASE NO

                                                                                        CHAPTER     **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date __12/15/2022__                                    Signature  __/s/ Ryan Setty-O'Connor__
                                                                                  *Ryan Setty-O'Connor*
                                                                                  *Managing Member*

Date _____             Signature  _____

4050 MUV, LLC
c/o Friedman & Feiger
5301 Spring Valley Road
Suite 200
Dallas, TX 75254

4Imprint, Inc.
25303 Network Place
Chicago, IL 60673-1253

Aaron Rocha
1485 Snyder Court
Lucas, TX 75002

Abargile Meir & Estela Dominguez
1500 Sara Cove
Lucas, TX 75002

Alan Hopper
5007 Bradford Dr.
Dallas, TX 76051

Alert 360
P.O. Box 21031
Tulsa, OK 74121-1031

Alex Heredia
7242 May Hall Drive
Frisco, TX 75034

Alliance Pro Electric, LP
15578 Highway 114
Justin, TX 76247

Allstar Masonry & Construction
2319 W. Newton Circle
Irving, TX 75062

Ally Financial
PO Box 380902
Bloomington, MN 55438


Amanda & Terry Shephard
11521 Twining Branch Circle
Haslett, TX 76052


Ambius
PO Box 14086
Reading, PA 19612


American Express
P.O. Box 981531
El Paso, TX 79998-1531


Andrew Hazel
6400 Glenhollow Drive
Plano, TX 75093


Andrew Williams
660 Alexandrite Dr.
Oak Pointe, TX 75068


Angel Marrero
533 Tuscany Dr.
Forney, TX 75126


Angel Nava
501 N. Main St.
Weatherford, TX 76086


Anjali & Paul Thottakara
1044 St. Francis Ln.
Flower Mound, TX 75028

Antone & Marsha THompson
7201 Faught Rd.
Argyle, TX 76226


Anusha Raavi
3444 Begonia Ln.
Irving, TX 75038


Aquabella
Attn:  Credit Department
11906 Brittmoore Park Dr.
Houston, TX 77041


Aramark Uniforms
PO Box 731676
Dallas, TX 75373


Asha & Kalyan Indoori
8055 Wine Barrell Lane
Frisco, TX 75035


ATD Concrete Coatings
616 E. Ave J.
Grand Prairie, TX 75050


Bank of America
P.O. Box 982238
El Paso, TX 79998


Basler Properties, LLC
c/o Michael Basler
1090 Texan Trail
Grapevine, TX 76051


Billie & Keith Glazner
1521 Chesterfield Dr.
Carrollton, TX 75007

BlueCross BlueShield of Texas
PO Box 655730
Dallas, TX 75265


Brandon & Sarah Fisher
3619 French Creek Dr.
Heartland, TX 75126


Burlington Building Materials, Inc.
8001 Bent Branch Dr.
Irving, TX 75063


Candelario Davila
1419 S. Montreal Ave.
Dallas, TX 75208


Caterpillar Financial Services Corporati
2120 West End Ave.
PO Box 340001
Nashville, TN 37203-0001


Chance Jobe
8113 Yacht Club Dr.
Rowlett, TX 75089


Chase
Southwest Rapid Rewards
PO Box 15123
Wilmington, DE 19850-5123


Chase Ink
PO Box 15123
Wilmington, DE 19850-5123


Cherise & Kenneith Johnson
9004 Ridge River Way
Fort Worth, TX 76131

Corporate Billing LLC
Dept. 100
PO Box 830604
Birmingham, AL 35283


Courtney & Mathew Rice
1454 Oliver Creek Ln.
Justin, TX 76247


Currency Express Financing
575 Anton Blvd.
12th Floor
Costa Mesa, CA 92626


Datamax Inc.
PO Box 2235
St. Louis, MO 63109


David Colvin & Vicente Verduzco
630 N. Hampton Rd.
Dallas, TX 75208


David Lockey
4158 Briargrove Lane
Dallas, TX 75287


Dean & Heidi Knipping
2902 Acacia Dr.
Heartland, TX 75216


Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197


Dell Financial Services
One Dell Way
Round Rock, TX 78682

Edward & Sherille Rivera
201 monticello Dr.
Mansfield, TX 76063


Erica & Shadqunta Patton-Towns
2501 Penshurts Court
Celina, TX 75009


Erin & Samuel Rice
2253 Hideaway Pointe Dr.
Little ELm, TX 75068


Faber CNK Stone
2207 Joe Field Rd.
Dallas, TX 75229


Ferguson
2682 West Euless Blvd.
Euless, TX 76040


Fly Tile & Plaster
7161 San Francisco Trail
Fort Worth, TX 76131


Friedman & Feiger
5301 Spring Valley Road
Suite 200
Dallas, TX 75254


Fundbox
300 Montgomery St.
Suite 900
San Fransisco, CA 94104


Gasper Law PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, TX 75207

Gasper Law PLLC
1408 N. Riverfront Blvd.
Suite 323
Dallas, TX 75207

GE Steel Pool LLC
3905 Rainer St.
Irving, TX 75062

Gloria Stennett
6711 Historic View Dr.
Dallas, TX 75236

Grainger
1305 N. Interestate 35E
Carrollton, TX 75006

Heidi & Wesley Porter
12550 Verwood Circle
Farmers Branch, TX 75234

Home Depot Credit Services
P.O. Box 7903420
St. Louis, MO 63179

Intuit/Paycycle, Inc.
6884 Sierra Center Parkway
Reno, NV 89511

James & Vika Bonamy
13524 Fishing Hole Ln.
Haslet, TX 76052

James Bohr
429 Bronzewood Ln.
Fort Worth, TX 76131

Janet Kobylka
10220 Cimmaron Trail
Dallas, TX 75243


Jared Hall
1719 Caddo St. #105
Dallas, TX 75204


Jared Hall
1717 Caddo St. #105
Dallas, TX 75204


Jason & Jessica Hills
2612 Green Oak Dr.
Carrollton, TX 75010


Jason & Jonie Coleman
4322 Cobalt Bloom Ct.
Arlington, TX 75050


Jennifer Six
2104 Benjamin Creek Dr.
Little Elm, TX 75068


Jimmy & Stefanie Thomas
2401 Simpson Ln.
Mansfield, TX 76063


John Ngumba
14716 Lost Wagon St.
New Fairview, TX 76247


John Shaffer & Christy Raomaine
1101 Bellevue Dr.
Princeton, TX 75407

Jonathan Burgos
748 Wild Flower Ln.
Princeton, TX 75407


Khalil Issa
2601 Coble Court
Bedford, TX 76021


Larry & Kyle Scirotto-Bradley
939 N. Buckner Blvd.
Dallas, TX 75218


Law Office of Kenneth M. Stillman
11300 N. Central Expressway
Suite 408
Dallas, TX 75243


Leeroy Jordan Lumber Company
11529 Emerald St.
Dallas, TX 75229


Leslie's Poolmart Inc.
PO BOx 501162
St. Louis, MO 63150


Lisa Brackett
3 Roaring Creek Ct.
Trophy Club, TX 76262


Living Earth
Dept 730004
PO Box 660919
Dallas, TX 75266


Lori Vaispour
4528 Rustic Ridge Ct.
The Colony, TX 75056

Manish Goyal
2160 Longmont Ln.
Prosper, TX 75078

Marc Pieroni
3318 Bluffview Dr.
Garland, TX 75043

Marco Atonio Rico
3708 Sydney St.
Fort Worth, TX 76119

Marcus Nelson
4015 North FM 51
Weatherford, TX 76083

Mark & Natalie Hasbani
4238 Merrell Rd.
Dallas, TX 75229

Mark Mack
3312 Kelsey Court
Flower Mound, TX 75028

Marshal Presley & Pipal PLLC
2615 E. Southlake Blvd., Suite 200
Southlake, TX 76092

Matthew & Kate Lockhart-Dozois
3598 Arrowwood Dr.
Frisco, TX 75033

Michael Alacala
2021 Livingston
Flower Mound, TX 75028

Michele Moore
122 Springfield Ln.
Waxahachie, TX 75165


Midway Urban Village LLC
4050 McEwen Rd.
Farmers Branch, TX 75244


Monreal Rebar Contractors LLC
1221 W. Broadus St.
Ft Worth, TX 76115


Munguia Pulido Plumbing
3403 Jasper Dr.
Grand Prairie, TX 75052


Namrata & Premal Bathia
1731 Lincoln Rd.
Lucas, TX 75002


New Champion Concrete
7007 S FM 5
Aledo, TX 76008


Newest Construction Group, LLC
1603 Pleasant Run
Keller, TX 76248


Niko Leinonen
341 Kle Dr.
Coppell, TX 75019


Noble Tile Supply Inc.
11215 Shady Trail
Dallas, TX 75229

Patrick & Sara Shirey
1701 Forest Pakr Dr.
Prosper, TX 75078


Pete & Donna Dipasqua
12073 Blackburn Way
Farmers Branch, TX 75234


Pitney Bowes
2225 American Drive
Neenah, WI 54956-1005


PNC Equipment Finance
655 Business Center Dr.
Suite 250
Horsham, PA 19044


Precision Gunite, LLC
522 Benson Ln.
Roanoake, TX 76262


Principal Life Insurance Company
Group Benefits
711 High Street
Des Moines, IA 50392


QDI Stone Dallas LLC
2605 Frewood Dr.
Dallas, TX 75220


Reliant Energy Retail Services
P.O. Box 650475
Dallas, TX 75265


Roberto RIncon
2525 Highway 360 #1117
Eueless, TX 76039

Ryan Setty OConnor
2001 Oak Bluff Dr.
Arlington, TX 76006


Saeed & Maryam Razdar-Sanagoo
1943 Ro Blanco Dr.
Frisco, TX 75033


Sammy Dorsey
1017 Bannach Dr.
Arlington, TX 76001


Saul Lico
1030 Hope Valley Pkwy.
Roanoke, TX 76262


Scarborough Specialties
10501 Indiana Ave.
Lubbock, TX 79432


Scott & Kimberly Lauer
3304 Dustin Trail
Hurst, TX 76054


SCP Distributors LLC
PO BOx 54200
New Orleans, LA 70154


Shawn & Jennifer Gill
813 Patio St.
Aubrey, TX 76227


Shawn Kremer
1513 Evening Primrose Dr.
Mansfield, TX 76063

Sherwin Williams
2121 W. University Dr.
Denton, TX 76201


Stephen Platek
5913 Myrtle Ln.
Frisco, TX 75036


Sunny & Seema Patel
559 Richwoods Dr.
Flower Mound, TX 75028


Thomas & Lea Ann Bryant
1426 Oliver Creek Ln.
Justin, TX 76247


Toronjo & Prosser Law
8150 N. Central Expressway
Suite 975
Dallas, Texas 75206


Travis Bowles & Ryan Delargarza
1843 Pueblo St.
Dallas, TX 75212


Truist Loan Services
MC:  100-50-02-57
PO Box 2306
Wilson, NC 27894


ULine
PO Box 88741
Chicago, IL 60681-1741


UPS
PO Box 650116
Dallas, TX 75265-0116

Vari Sales Corp.
PO BOx 3588
Coppell, TX 75019


Vega Decorative Concrete
109 Pruett St.
Blue Ridge, TX 75424


Verizon
PO Box 408
Newark, NJ 07101-0408


Water Work Solutions
2102 Houseley Dr.
Dallas, TX 75228


Wendy harris
400 Water Ln.
Mansfield, TX 76063


Wex Bank
QT Quiktrip
PO Box 4337
Carol Stream, IL 60197


Wheat Lumber Co.
809 South Doll;ey St.
Grapevine, TX 76051


White cap
PO Box 4944
Building D. Suite 180
Orlando, FL 32802

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    §
         §
**MerLux Pools LLC**    §    Case No. _____
         §
        Debtor(s)    §    Chapter  **7**_____

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts] --*
    I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑   *[Only include if petitioner is a corporation, partnership or limited liability company] --*
    I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: **12/15/2022**    **/s/ Ryan Setty-O'Connor**_____
                 Ryan Setty-O'Connor
                 Managing Member
                 **Complete EIN: 85-4081445**_____

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: **12/15/2022**_____                 **/s/ Derek K. Prosser**_____
                                            Derek K. Prosser, Attorney for Debtor

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy

12/22

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

|   | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Ryan**<br>First Name<br><br>**P.**<br>Middle Name<br><br>**Setty-O'Connor**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and "doing business as" names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Ryan**<br>First Name<br><br>**P.**<br>Middle Name<br><br>**Setty**<br>Last Name<br><br>_____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |

Debtor 1    **Ryan P. Setty-O'Connor**

Case number (if known) _____

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**3.** Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)

xxx – xx – _9_ _2_ _3_ _9_

OR

9xx – xx – ___ ___ ___ ___

xxx – xx – ___ ___ ___ ___

OR

9xx – xx – ___ ___ ___ ___

**4.** Your Employer Identification Number (EIN), if any.

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5.** Where you live

If Debtor 2 lives at a different address:

**2001 Oak Bluff Dr.**
Number    Street

_____

_____

Number    Street

_____

_____

**Arlington**          **TX**    **76006**
City                State    ZIP Code

**Tarrant**
County

City                State    ZIP Code

County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

Number    Street

Number    Street

P.O. Box

P.O. Box

City                State    ZIP Code

City                State    ZIP Code

**6.** Why you are choosing this district to file for bankruptcy

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

---

**7.** The chapter of the Bankruptcy Code you are choosing to file under

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1 **Ryan P. Setty-O'Connor** _____ Case number (if known) _____

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

☑ Yes.

Debtor **MerLux Pools LLC** _____ Relationship to you **Debtor's Business**

District **Northern District of Dallas** ___ When **12/16/2022** Case number, **22-43082**
MM / DD / YYYY   if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
MM / DD / YYYY   if known

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any
_____

Number    Street
_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

City _____ State ____ ZIP Code _____

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No
☐ Yes. What is the hazard? _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed? _____

Where is the property? _____
                       Number    Street

City _____ State ____ ZIP Code _____

Debtor 1    **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Ryan P. Setty-O'Connor                                                    Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1 **Ryan P. Setty-O'Connor** Case number (if known)

| Part 7: | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.


X _____          X _____
  Ryan P. Setty-O'Connor, Debtor 1             Signature of Debtor 2

  Executed on **09/25/2023**                   Executed on _____
            MM / DD / YYYY                                  MM / DD / YYYY

Debtor 1   **Ryan P. Setty-O'Connor**                          Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** _____          Date **09/25/2023**
Signature of Attorney for Debtor                       MM / DD / YYYY

**Derek K. Prosser** _____
Printed name

**Toronjo & Prosser Law** _____
Firm Name

**6440 N. Central Expressway** _____
Number          Street

**Suite 104** _____

_____

**Dallas** _____          **TX** ____      **75206** _____
City                                  State       ZIP Code

Contact phone   **(214) 609-8787** _____          Email address **dprosser@t-plaw.com** _____

**24086889** _____
Bar number                                 State

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Ryan | P. | Setty-O'Connor |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

| 1.1. | What is the property? Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| **2001 Oak Bluff Dr.** | ☑ Single-family home | |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | **Current value of the entire property?**    **Current value of the portion you own?** |
| | ☐ Condominium or cooperative | |
| **Arlington**    **TX**   **76006** | ☐ Manufactured or mobile home | $350,000.00      $350,000.00 |
| City     State   ZIP Code | ☐ Land | |
| | ☐ Investment property | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| **Tarrant** | ☐ Timeshare | |
| County | ☐ Other _____ | |
| | | **Joint With Survivorship** |
| **Homestead** | **Who has an interest in the property?** Check one. | |
| | ☐ Debtor 1 only | ☑ **Check if this is community property** (see instructions) |
| | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | |
| | **Other information you wish to add about this item, such as local property identification number:** _____ | |

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................➔

$350,000.00

Debtor 1 **Ryan P. Setty-O'Connor**      Case number (if known) _____

| Part 2: | Describe Your Vehicles |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. | |
|---|---|---|---|---|
| Make: | GMC | Check one. | | |
| Model: | Sierra HD | ☐ Debtor 1 only | | |
| Year: | 2021 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | | ☑ At least one of the debtors and another | $50,000.00 | $50,000.00 |
| Other information: | | | | |
| **2021 GMC Sierra HD** | | ☑ Check if this is community property (see instructions) | | |

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. | |
|---|---|---|---|---|
| Make: | Jeep | Check one. | | |
| Model: | Wrangler | ☐ Debtor 1 only | | |
| Year: | 2021 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | | ☑ At least one of the debtors and another | $1.00 | $1.00 |
| Other information: | | | | |
| **2021 Jeep Wrangler (leased in non-filing spouse's name only)** | | ☑ Check if this is community property (see instructions) | | |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................** ➔ **$50,001.00**

| Part 3: | Describe Your Personal and Household Items |

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe..... | See continuation page(s). |     **$8,350.00**

**7. Electronics**
Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe..... | TVs, cell phones, soundbars, computer, iPad |     **$1,200.00**

Debtor 1    **Ryan P. Setty-O'Connor**         Case number (if known) _____

**8. Collectibles of value**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.... [_____]     _____

**9. Equipment for sports and hobbies**
Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe.... [_____]     _____

**10. Firearms**
Examples: Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe..... | **Handguns (2)** |     **$500.00**

**11. Clothes**
Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..... | **Misc. used mens' clothing, footwear, accessories, etc.** |     **$1,500.00**

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..... | **Wedding bands** |     **$1,000.00**

**13. Non-farm animals**
Examples: Dogs, cats, birds, horses

☐ No
☑ Yes. Describe..... | **Dogs (2), cat** |     **$30.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific
information............. [_____]     _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**..................................................................................................... ➔    **$12,580.00**

---

**Part 4:**    **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?       **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**16. Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes................................................................................................................................. Cash: .........................   **$200.00**

Debtor 1   **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

**17. Deposits of money**

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | American Airlines CU - checking account (non-filing spouse xxx0050) | $174.04 |
| 17.2. | Checking account: | American Airlines CU - checking account (joint account xxx0050) | $220.59 |
| 17.3. | Savings account: | **NASA FCU - Savings account** | $5.55 |
| 17.4. | Savings account: | American Airlines CU - share account (non-filing spouse xxx0000) | $0.26 |
| 17.5. | Savings account: | American Airlines CU - share account (joint account xxx0000) | $212.93 |

**18. Bonds, mutual funds, or publicly traded stocks**

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes............................     Institution or issuer name:

| | |
|---|---|
| **5 shares of American Airlines stock** | $280.77 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them..........................   Name of entity:                                   % of ownership:

| | | |
|---|---|---|
| MerLux Pools LLC (filed for chapter 7 bankruptcy, case no. 22-43082 on 12/16/2022) | 50% | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........................   Issuer name:

**21. Retirement or pension accounts**

Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.     Type of account:     Institution name:

| | | |
|---|---|---|
| 401(k) or similar plan: | **401(k) - American Airlines CU** | $46,689.96 |
| 401(k) or similar plan: | **Evolve Therapy Service - 401(k) (non-filing spouse)** | $3,107.61 |

Debtor 1    **Ryan P. Setty-O'Connor**      Case number (if known) _____

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes............................      Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................   Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____
State: _____
Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

Debtor 1    **Ryan P. Setty-O'Connor**                                      Case number (if known) _____

**31. Interests in insurance policies**

Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Term policy - through work (debtor) | Non-filing spouse | $1.00 |
| Term policy - through work (non-filing spouse) | Debtor | $1.00 |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No

☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

Examples: Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim.......

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim.......

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...........................................................................................** → **$50,893.71**

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.   List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**

Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe..

Debtor 1    **Ryan P. Setty-O'Connor**          Case number (if known) _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

   ☑ No
   ☐ Yes. Describe..

**41. Inventory**

   ☑ No
   ☐ Yes. Describe..

**42. Interests in partnerships or joint ventures**

   ☑ No
   ☐ Yes. Describe..... Name of entity:               % of ownership:

**43. Customer lists, mailing lists, or other compilations**

   ☑ No
   ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
         ☐ No
         ☐ Yes. Describe....

**44. Any business-related property you did not already list**

   ☑ No
   ☐ Yes. Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**......................................................................................... ➔    **$0.00**

---

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ☑ No. Go to Part 7.
   ☐ Yes. Go to line 47.

                                                           **Current value of the portion you own?**
                                                            Do not deduct secured
                                                            claims or exemptions.

**47. Farm animals**
   *Examples:* Livestock, poultry, farm-raised fish

   ☑ No
   ☐ Yes...

**48. Crops--either growing or harvested**

   ☑ No
   ☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

   ☑ No
   ☐ Yes...

**50. Farm and fishing supplies, chemicals, and feed**

   ☑ No
   ☐ Yes...

Debtor 1   **Ryan P. Setty-O'Connor** _____   Case number (if known) _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information.............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.....................................................................→  $0.00

---

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
Examples: Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**.............................→  $0.00

---

**Part 8:   List the Totals of Each Part of this Form**

| | | |
|---|---|---|
| 55. Part 1: Total real estate, line 2........................................................................................→ | | $350,000.00 |
| 56. Part 2: Total vehicles, line 5 | $50,001.00 | |
| 57. Part 3: Total personal and household items, line 15 | $12,580.00 | |
| 58. Part 4: Total financial assets, line 36 | $50,893.71 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 | + $0.00 | |
| 62. **Total personal property.**   Add lines 56 through 61................. | $113,474.71 | Copy personal property total → + $113,474.71 |
| 63. **Total of all property on Schedule A/B.**   Add line 55 + line 62............................................................ | | $463,474.71 |

Debtor 1    **Ryan P. Setty-O'Connor**                                   Case number (if known) _____

6.    **Household goods and furnishings (details):**

| | |
|---|---|
| Living room:  couch, chairs, coffee table | $1,000.00 |
| Family room:  sectional sofa, coffee table, tv stand | $2,000.00 |
| Dining room:  table & chairs, hutch cabinet | $1,000.00 |
| Refrigerator | $500.00 |
| Misc. small kitchen appliances, electronics, dishes, pots & pans, etc. | $350.00 |
| Washer & dryer | $500.00 |
| Bedroom 1:  bed, dresser, nightstands, side table, chair | $1,000.00 |
| Bedroom 2:  bed, dresser, nightstand | $500.00 |
| Bedroom 3:  desk, chair, storage | $500.00 |
| Garage:  refrigerator, misc. storage | $200.00 |
| Patio:  grill | $300.00 |
| Stand alone hot tub | $500.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ryan** | **P.** | **Setty-O'Connor** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                                                04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Homestead**<br>Line from *Schedule A/B*: **1.1** | **$350,000.00** | ☑ **$88,944.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2021 GMC Sierra HD**<br>Line from *Schedule A/B*: **3.1** | **$50,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2021 Jeep Wrangler (leased in non-filing spouse's name only)**<br>Line from *Schedule A/B*: **3.2** | **$1.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **Ryan P. Setty-O'Connor** _____    Case number (if known) _____

| Part 2: | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Living room: couch, chairs, coffee table**<br>Line from *Schedule A/B*: **6** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Family room: sectional sofa, coffee table, tv stand**<br>Line from *Schedule A/B*: **6** | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Dining room: table & chairs, hutch cabinet**<br>Line from *Schedule A/B*: **6** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Refrigerator**<br>Line from *Schedule A/B*: **6** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Misc. small kitchen appliances, electronics, dishes, pots & pans, etc.**<br>Line from *Schedule A/B*: **6** | $350.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Washer & dryer**<br>Line from *Schedule A/B*: **6** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Bedroom 1: bed, dresser, nightstands, side table, chair**<br>Line from *Schedule A/B*: **6** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Bedroom 2: bed, dresser, nightstand**<br>Line from *Schedule A/B*: **6** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Bedroom 3: desk, chair, storage**<br>Line from *Schedule A/B*: **6** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

Debtor 1    **Ryan P. Setty-O'Connor**                                            Case number (if known) _____

| Part 2: | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Garage: refrigerator, misc. storage**<br>Line from *Schedule A/B*: **6** | $200.00 | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Patio: grill**<br>Line from *Schedule A/B*: **6** | $300.00 | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Stand alone hot tub**<br>Line from *Schedule A/B*: **6** | $500.00 | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**TVs, cell phones, soundbars, computer, iPad**<br>Line from *Schedule A/B*: **7** | $1,200.00 | ☑ **$1,200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**Handguns (2)**<br>Line from *Schedule A/B*: **10** | $500.00 | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description:<br>**Misc. used mens' clothing, footwear, accessories, etc.**<br>Line from *Schedule A/B*: **11** | $1,500.00 | ☑ **$1,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description:<br>**Wedding bands**<br>Line from *Schedule A/B*: **12** | $1,000.00 | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description:<br>**Dogs (2), cat**<br>Line from *Schedule A/B*: **13** | $30.00 | ☑ **$30.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) |
| Brief description:<br>**401(k) - American Airlines CU**<br>Line from *Schedule A/B*: **21** | $46,689.96 | ☑ **$46,689.96**<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0021 |

Debtor 1    **Ryan P. Setty-O'Connor**                              Case number (if known) _____

| Part 2: | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Evolve Therapy Service - 401(k) (non-filing spouse)**<br>Line from *Schedule A/B:*___**21** | $3,107.61 | ☑ ____$3,107.61____<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Term policy - through work (debtor)**<br>Line from *Schedule A/B:*___**31** | $1.00 | ☑ _____$1.00_____<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Term policy - through work (non-filing spouse)**<br>Line from *Schedule A/B:*___**31** | $1.00 | ☑ _____$1.00_____<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

**Fill in this information to identify your case:**

Debtor 1  **Ryan**          **P.**          **Setty-O'Connor**
          First Name      Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)                                                              ☐ Check if this is an
                                                                            amended filing

### Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**
    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1**<br><br>**NewRez - Shellpoint**<br>Creditor's name<br>**55 Beattie Place Suite 600**<br>Number  Street | Describe the property that<br>secures the claim:<br>**Homestead** | $261,056.00 | $350,000.00 | |

As of the date you file, the claim is: Check all that apply.
☐ Contingent

**Greenville     SC    29601**
City          State  ZIP Code

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim relates
    to a community debt

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Deed of Trust**

Date debt was incurred  **5/12/2020**     Last 4 digits of account number     **0   6   9   9**

Add the dollar value of your entries in Column A on this page. Write
that number here:                              **$261,056.00**

| Debtor 1 | Ryan P. Setty-O'Connor | | Case number (if known) | | |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.2**

Truist Loan Services
Creditor's name
MC: 100-50-02-57
Number    Street
PO Box 2306

Describe the property that secures the claim:
**2021 GMC Sierra 2500 HD**

$81,748.05 — $50,000.00 — $31,748.05

Wilson    NC    27894
City       State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Purchase Money**

Date debt was incurred ___    Last 4 digits of account number  1  0  0  1

Vehicle loan of MerLux Pools LLC (personally guaranteed)

Add the dollar value of your entries in Column A on this page. Write that number here:  $81,748.05

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $342,804.05

**Fill in this information to identify your case:**

| Debtor 1 | Ryan | P. | Setty-O'Connor |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

| | |
|---|---|
| Priority Creditor's Name | Last 4 digits of account number ___ ___ ___ ___ |
| Number      Street | When was the debt incurred? _____ |
| | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| City      State      ZIP Code | ☐ Disputed |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

---

**4.1**                                                                                                                 **$7,906.84**

**4Imprint, Inc.**
Nonpriority Creditor's Name
**25303 Network Place**
Number          Street

**Chicago**                    **IL**      **60673-1253**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **7  4  5  0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Vendor**

Vendor debt of MerLux Pools LLC (may or may not be personally liable)

---

**4.2**                                                                                                                 **$52,542.50**

**Alan Hopper**
Nonpriority Creditor's Name
**5007 Bradford Dr.**
Number          Street

**Dallas**                    **TX**      **76051**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **2  2  3  6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Customer**

Customer liability of MerLux Pools LLC (may or may not be personally liable)

---

Debtor 1 **Ryan P. Setty-O'Connor**      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.3**

    **$879.79**

**Alert 360**
Nonpriority Creditor's Name
**P.O. Box 21031**
Number    Street

_____

**Tulsa**      **OK**   **74121-1031**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **6   1   2   0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Vendor**

**Vendor debt of MerLux Pools LLC (may or may not be personally liable)**

---

**4.4**

    **$8,566.74**

**Alert 360/Guardian Security**
Nonpriority Creditor's Name
**c/o Rosenthal Morgan and Thomas, Inc.**
Number    Street
**514 Earth City Plaza, Suite 220**

_____

**St. Louis**      **MO**   **63045**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Vendor**

**Vendor debt of MerLux Pools LLC (may or may not be personally liable)**

---

Debtor 1    **Ryan P. Setty-O'Connor**                                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.5**

**$63,122.50**

**Alliance Pro Electric, LP**
Nonpriority Creditor's Name
**15578 Highway 114**
Number       Street

Last 4 digits of account number    R   0   0   1

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Justin**                        **TX      76247**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Vendor**

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

**4.6**

**$632.00**

**Allstar Masonry & Construction**
Nonpriority Creditor's Name
**2319 W. Newton Circle**
Number       Street

Last 4 digits of account number    R   L   U   X

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Irving**                        **TX      75062**
City                              State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Vendor**

**Vendor debt of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1   **Ryan P. Setty-O'Connor**        Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.7**

tForUnknown

**Ally Financial**
Nonpriority Creditor's Name
**PO Box 380902**
Number    Street

_____

**Bloomington**      **MN**    **55438**
City         State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **4**   **9**   **9**   **2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Contract/Lease**

**Business vehicle lease for 2022 Ford F-250 for MerLux Pools LLC (personally guaranteed)**

**4.8**

tForUnknown

**Ally Financial**
Nonpriority Creditor's Name
**PO Box 380902**
Number    Street

_____

**Bloomington**      **MN**    **55438**
City         State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **4**   **8**   **6**   **3**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Contract/Lease**

**Business vehicle lease for 2021 Nissan NV2500HD for Merlux Pools LLC (personally guaranteed)**

Debtor 1    **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.9**

**tForUnknown**

**Ally Financial**
Nonpriority Creditor's Name
**PO Box 380902**
Number     Street

**Bloomington**          **MN**     **55438**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    4   9   7   9

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Contract/Lease**

**Business vehicle lease for 2021 Chevrolet Spark for Merlux Pools LLC (personally guaranteed)**

**4.10**

**tForUnknown**

**Ally Financial**
Nonpriority Creditor's Name
**PO Box 380902**
Number     Street

**Bloomington**          **MN**     **55438**
City                     State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    5   0   4   6

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Contract/Lease**

**Business vehicle lease for 2021 Toyota Tacoma for Merlux Pools LLC (personally guaranteed)**

Debtor 1   **Ryan P. Setty-O'Connor** _____   Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.11**

tForUnknown

**Ally Financial**
Nonpriority Creditor's Name
**PO Box 380902**
Number    Street

_____
_____

**Bloomington**              **MN**    **55438**
City                         State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   4  9  9  9
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Contract/Lease**

**Business vehicle lease for 2022 Mercedes GLE for Merlux Pools LLC (personally guaranteed)**

**4.12**

**$3,200.00**

**Ambius**
Nonpriority Creditor's Name
**PO Box 14086**
Number    Street

_____
_____

**Reading**                  **PA**    **19612**
City                         State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   4  5  6  1
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Vendor**

**Vendor debt of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1 **Ryan P. Setty-O'Connor** _____     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.13 |

**$90,415.74**

**American Express**
Nonpriority Creditor's Name
P.O. Box 981531
Number        Street

_____

_____

**El Paso**                    **TX**      **79998-1531**
City                           State    ZIP Code

**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **1   0   0   2**
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Card**

**Business credit card of MerLux Pools LLC (may or may not be personally liable)**

| 4.14 |

**$30,050.00**

**Angel Marrero**
Nonpriority Creditor's Name
**533 Tuscany Dr.**
Number        Street

_____

_____

**Forney**                     **TX**      **75126**
City                           State    ZIP Code

**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **2   2   2   8**
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Customer**

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1  **Ryan P. Setty-O'Connor** _____  Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.15**

**$6,300.00**

**Angel Nava**
Nonpriority Creditor's Name
**501 N. Main St.**
Number     Street

_____

_____

**Weatherford**          **TX**     **76086**
City                     State    ZIP Code

**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Vendor**

Vendor debt of MerLux Pools LLC (may or may not be personally liable)

**4.16**

**$33,400.00**

**Anjali & Paul Thottakara**
Nonpriority Creditor's Name
**1044 St. Francis Ln.**
Number     Street

_____

_____

**Flower Mound**          **TX**     **75028**
City                     State    ZIP Code

**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **2   2   3   0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

Debtor 1   **Ryan P. Setty-O'Connor** _____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.17**

$17,435.00

**Antone & Marsha Thompson**
Nonpriority Creditor's Name
**7201 Faught Rd.**
Number      Street
_____
_____

**Argyle**                **TX**   **76226**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **6   2   J   4**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Customer**

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

**4.18**

$5,055.00

**Apple Card - GS Bank**
Nonpriority Creditor's Name
**P.O. Box 7247**
Number      Street
_____
_____

**Philadelphia**          **PA**   **19170**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**4.19**

$17,381.77

**Aquabella**
Nonpriority Creditor's Name
**Attn:  Credit Department**
Number      Street
**11906 Brittmoore Park Dr.**
_____

**Houston**               **TX**   **77041**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **2   7   4   7**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Supplier**

**Supplier debt of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1     **Ryan P. Setty-O'Connor**                                         Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

<div style="float:right">

**Total claim**

</div>

**4.20**                                                                        **$2,900.00**

**Aramark Uniforms**

Nonpriority Creditor's Name

**PO Box 731676**

Number     Street

**Dallas**                    **TX**    **75373**

City                          State   ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   8   6   1   1

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Vendor**

**Vendor debt of MerLux Pools LLC (may or may not be personally liable)**

**4.21**                                                                        **$7,593.50**

**ATD Concrete Coatings**

Nonpriority Creditor's Name

**616 E. Ave J.**

Number     Street

**Grand Prairie**             **TX**    **75050**

City                          State   ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   O   O   L   S

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Supplier**

**Supplier debt of MerLux Pools LLC (may or may not be personally liable)**

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 11

Debtor 1   **Ryan P. Setty-O'Connor** _____   Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.22**

**Bank of America**
Nonpriority Creditor's Name
**P.O. Box 982238**
Number     Street

_____

**El Paso**                    **TX     79998**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**tForUnknown**

**Last 4 digits of account number    7   8   5   8**

**When was the debt incurred?    2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

**Business credit card of MerLux Pools LLC (may or may not be personally liable)**

**4.23**

**Basler Properties, LLC**
Nonpriority Creditor's Name
**c/o Michael Basler**
Number     Street
**1090 Texan Trail**

_____

**Grapevine**                  **TX     76051**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**$13,024.00**

**Last 4 digits of account number    _  _  _  _**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Contract/Lease**

**Commercial lease of MerLux Pools LLC for 1088 Texan Trail, Grapevine, TX 76051 (personally guaranteed)**

Debtor 1    **Ryan P. Setty-O'Connor** _____    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.24

**$16,295.02**

**BlueCross BlueShield of Texas**
Nonpriority Creditor's Name
**PO Box 655730**
Number        Street

_____

**Dallas**                    **TX    75265**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6   5   9   5**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Insurance**

**Business contract of MerLux Pools LLC (may or may not be personally liable)**

4.25

**$3,600.00**

**Burlington Building Materials, Inc.**
Nonpriority Creditor's Name
**8001 Bent Branch Dr.**
Number        Street

_____

**Irving**                    **TX    75063**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Supplier**

**Supplier debt of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1    **Ryan P. Setty-O'Connor** _____    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.26 | | $10,000.00 |
|---|---|---|

**Candelario Davila**
Nonpriority Creditor's Name
**1419 S. Montreal Ave.**
Number        Street
_____

**Dallas**                    **TX**      **75208**
City                          State    ZIP Code

**Who incurred the debt?**      Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   2  2  0  1

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

| 4.27 | | $51,437.54 |
|---|---|---|

**Caterpillar Financial Services Corporati**
Nonpriority Creditor's Name
**2120 West End Ave.**
Number        Street
**PO Box 340001**
_____

**Nashville**                  **TN**     **37203-0001**
City                          State    ZIP Code

**Who incurred the debt?**      Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   7  1  9  9

**When was the debt incurred?**   12/21/21

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Purchase Money**

Business equipment loan of MerLux Pools LLC (may or may not be personally liable)

Debtor 1   **Ryan P. Setty-O'Connor**                       Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.28**

**$20,629.28**

**Chase**
Nonpriority Creditor's Name
**Southwest Rapid Rewards**
Number   Street
**PO Box 15123**

**Wilmington**      **DE**     **19850-5123**
City            State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **1**   **2**   **8**   **9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

**Business credit card of MerLux Pools LLC (may or may not be personally liable)**

**4.29**

**$44,163.94**

**Chase Ink**
Nonpriority Creditor's Name
**PO Box 15123**
Number   Street

**Wilmington**      **DE**     **19850-5123**
City            State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **1**   **3**   **7**   **0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

**Business credit card of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1   **Ryan P. Setty-O'Connor**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.30

**$2,500.00**

**Cherise & Kenneith Johnson**
Nonpriority Creditor's Name
9004 Ridge River Way
Number      Street

Last 4 digits of account number      2   2   1   2

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Fort Worth**               **TX**     **76131**
City                         State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

4.31

**$1,200.00**

**Corporate Billing LLC**
Nonpriority Creditor's Name
Dept. 100
Number      Street
PO Box 830604

Last 4 digits of account number      5   1   9   4

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Birmingham**               **AL**     **35283**
City                         State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Trade Payable**

Trade payable debt of MerLux Pools LLC (may or may not be personally liable)

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**                          page 16

Debtor 1    **Ryan P. Setty-O'Connor**                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
| --- | --- |

| 4.32 | |

**$15,000.00**

**Courtney & Mathew Rice**
Nonpriority Creditor's Name
**1454 Oliver Creek Ln.**
Number        Street

**Justin**                         **TX**     **76247**
City                          State    ZIP Code

**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    2   2   0   2

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

| 4.33 | |

**$9,000.00**

**Currency Express Financing**
Nonpriority Creditor's Name
**575 Anton Blvd.**
Number        Street
**12th Floor**

**Costa Mesa**              **CA**     **92626**
City                          State    ZIP Code

**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    7   0   0   0

**When was the debt incurred?**    11/2021

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Purchase Money**

**Business equipment loan of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1  **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.34**

**$15,000.00**

**Datamax Inc.**
Nonpriority Creditor's Name
**PO Box 2235**
Number        Street

**St. Louis**                    **MO**    **63109**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**    **03/15/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Equipment Lease**

Business equipment loan of MerLux Pools LLC (may or may not be personally liable)

**4.35**

**$10,000.00**

**Datamax Inc.**
Nonpriority Creditor's Name
**PO Box 2235**
Number        Street

**St. Louis**                    **MO**    **63109**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**    **03/15/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Equipment Lease**

Business equipment loan of MerLux Pools LLC (may or may not be personally liable)

Debtor 1     Ryan P. Setty-O'Connor

Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| 4.36 | | | Total claim |
|---|---|---|---|
| | | | $37,725.00 |

**David Lockey**
Nonpriority Creditor's Name

**4158 Briargrove Lane**
Number    Street

**Dallas**                    **TX**    **75287**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    2   2   4   3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

| 4.37 | | | $22,110.00 |
|---|---|---|---|

**Dean & Heidi Knipping**
Nonpriority Creditor's Name

**2902 Acacia Dr.**
Number    Street

**Heartland**                 **TX**    **75216**
City                     State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    2   2   4   2

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

Debtor 1     **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.38**

**$14,330.02**

| | |
|---|---|
| **Dell Business Credit** | **Last 4 digits of account number**  1  3  4  7 |
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ |
| **Payment Processing Center** | |
| Number     Street | **As of the date you file, the claim is:** Check all that apply. |
| **PO Box 5275** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Carol Stream**          **IL     60197** | |
| City                        State      ZIP Code | **Type of NONPRIORITY unsecured claim:** |
| **Who incurred the debt?**     Check one. | ☐ Student loans |
| ☐ Debtor 1 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 2 only | that you did not report as priority claims |
| ☐ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ At least one of the debtors and another | ☑ Other. Specify |
| ☐ Check if this claim is for a community debt | **Credit Card** |

**Is the claim subject to offset?**
☑ No
☐ Yes

Business credit card of MerLux Pools LLC (may or may not be personally liable)

**4.39**

**$829.00**

| | |
|---|---|
| **Dell Financial Services** | **Last 4 digits of account number**  __  3  4  7 |
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ |
| **One Dell Way** | |
| Number     Street | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Round Rock**          **TX     78682** | |
| City                        State      ZIP Code | **Type of NONPRIORITY unsecured claim:** |
| **Who incurred the debt?**     Check one. | ☐ Student loans |
| ☐ Debtor 1 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 2 only | that you did not report as priority claims |
| ☐ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ At least one of the debtors and another | ☑ Other. Specify |
| ☐ Check if this claim is for a community debt | **Credit Card** |

**Is the claim subject to offset?**
☑ No
☐ Yes

Business credit card of MerLux Pools LLC (may or may not be personally liable)

Debtor 1 **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.40

**$4,720.00**

**Erica & Shadqunta Patton-Towns**
Nonpriority Creditor's Name
**2501 Penshurts Court**
Number     Street

**Celina**                          **TX**      **75009**
City                                State    ZIP Code
**Who incurred the debt?**          Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **2   2   3   8**
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Customer**

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

4.41

**$6,500.00**

**Erin & Samuel Rice**
Nonpriority Creditor's Name
**2253 Hideaway Pointe Dr.**
Number     Street

**Little ELm**                      **TX**      **75068**
City                                State    ZIP Code
**Who incurred the debt?**          Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **2   2   2   5**
**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Customer**

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1    **Ryan P. Setty-O'Connor** _____    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.42

**$7,482.16**

**Faber CNK Stone**
Nonpriority Creditor's Name
**2207 Joe Field Rd.**
Number      Street
_____
_____

**Dallas**                    **TX**    **75229**
City                             State    ZIP Code

**Who incurred the debt?**      Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **X   0   0   1**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Supplier**

**Supplier debt of MerLux Pools LLC (may or may not be personally liable)**

4.43

**$405.94**

**Ferguson**
Nonpriority Creditor's Name
**2682 West Euless Blvd.**
Number      Street
_____
_____

**Euless**                    **TX**    **76040**
City                             State    ZIP Code

**Who incurred the debt?**      Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **2   0   8   9**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Supplier**

**Supplier debt of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1   **Ryan P. Setty-O'Connor**        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.44 | | **$6,134.00** |
|---|---|---|

**Fly Tile & Plaster**
Nonpriority Creditor's Name
**7161 San Francisco Trail**
Number    Street

_____

**Fort Worth**      **TX**    **76131**
City           State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Vendor**

Vendor debt of MerLux Pools LLC (may or may not be personally liable)

| 4.45 | | **$57,511.26** |
|---|---|---|

**Fundbox**
Nonpriority Creditor's Name
**300 Montgomery St.**
Number    Street
**Suite 900**

_____

**San Fransisco**      **CA**    **94104**
City           State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Business Loan**

Business loan of MerLux Pools LLC (may or may not be personally liable)

Debtor 1     **Ryan P. Setty-O'Connor**                                Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

**4.46**

                                                          **$72,702.00**

**GE Steel Pool LLC**
Nonpriority Creditor's Name
**3905 Rainer St.**
Number    Street

**Irving**             **TX**     **75062**
City                   State     ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Vendor**

**Vendor debt of MerLux Pools LLC (may or may not be personally liable)**

**4.47**

                                                           **$7,500.00**

**Gloria Stennett**
Nonpriority Creditor's Name
**6711 Historic View Dr.**
Number    Street

**Dallas**             **TX**     **75236**
City                   State     ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **2   1   4   3**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Customer**

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1   **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.48**

**$519.96**

**Grainger**
Nonpriority Creditor's Name
**1305 N. Interestate 35E**
Number      Street

_____

**Carrollton**                **TX**      **75006**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **2   5   7   7**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Supplier**

**Supplier debt of MerLux Pools LLC (may or may not be personally liable)**

**4.49**

**$1,330.87**

**Grainger**
Nonpriority Creditor's Name
**1305 N. Interestate 35E**
Number      Street

_____

**Carrollton**                **TX**      **75006**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **8   9   6   6**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Supplier**

**Supplier debt of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1   **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.50

**$119.36**

**Grainger**
Nonpriority Creditor's Name
**1305 N. Interestate 35E**
Number      Street

_____

**Carrollton**            **TX**      **75006**
City                      State    ZIP Code
**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **9   9   9   8**
**When was the debt incurred?**   **2022**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Supplier**

**Supplier debt of MerLux Pools LLC (may or may not be personally liable)**

4.51

**$665.54**

**Grainger**
Nonpriority Creditor's Name
**1305 N. Interestate 35E**
Number      Street

_____

**Carrollton**            **TX**      **75006**
City                      State    ZIP Code
**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **6   7   5   9**
**When was the debt incurred?**   **2022**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Supplier**

**Supplier debt of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1   **Ryan P. Setty-O'Connor**                              Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.52**                                                                        **$82.25**

**Grainger**
Nonpriority Creditor's Name
**1305 N. Interestate 35E**
Number        Street



**Carrollton**                        **TX**      **75006**
City                              State    ZIP Code
**Who incurred the debt?**          Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0   7   0   0**

When was the debt incurred?     **2022**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Supplier**

Supplier debt of MerLux Pools LLC (may or may not be personally liable)

**4.53**                                                                        **$40,000.00**

**Heidi & Wesley Porter**
Nonpriority Creditor's Name
**12550 Verwood Circle**
Number        Street



**Farmers Branch**                    **TX**      **75234**
City                              State    ZIP Code
**Who incurred the debt?**          Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2   2   0   3**

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

Debtor 1    **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.54

**$14,878.72**

**Home Depot Credit Services**
Nonpriority Creditor's Name
**P.O. Box 7903420**
Number      Street


**St. Louis**                    **MO**      **63179**
City                         State     ZIP Code
**Who incurred the debt?**        Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8   3   1   7**
**When was the debt incurred?**    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**Business credit card of MerLux Pools LLC (may or may not be personally liable)**

4.55

**$66,464.50**

**Intuit/Paycycle, Inc.**
Nonpriority Creditor's Name
**6884 Sierra Center Parkway**
Number      Street


**Reno**                         **NV**      **89511**
City                         State     ZIP Code
**Who incurred the debt?**        Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0   2   1   2**
**When was the debt incurred?**    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Vendor**

**Vendor debt of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1    **Ryan P. Setty-O'Connor** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |

4.56

| **$36,950.00** |

**James & Vika Bonamy**
Nonpriority Creditor's Name
**13524 Fishing Hole Ln.**
Number      Street
_____
_____

**Haslet**                          **TX      76052**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number    2   2   3   1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

4.57

| **$7,500.00** |

**Janet Kobylka**
Nonpriority Creditor's Name
**10220 Cimmaron Trail**
Number      Street
_____
_____

**Dallas**                          **TX      75243**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number    2   1   3   9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

Debtor 1    **Ryan P. Setty-O'Connor**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.58 | | **$29,020.00** |
|---|---|---|

**Jason & Jessica Hills**
Nonpriority Creditor's Name
**2612 Green Oak Dr.**
Number        Street
_____

**Carrollton**                    **TX**    **75010**
City                              State   ZIP Code

**Who incurred the debt?**        Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   2  2  1  8

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Customer**

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

| 4.59 | | **$35,000.00** |
|---|---|---|

**Jennifer Six**
Nonpriority Creditor's Name
**2104 Benjamin Creek Dr.**
Number        Street
_____

**Little Elm**                    **TX**    **75068**
City                              State   ZIP Code

**Who incurred the debt?**        Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   2  2  1  3

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Customer**

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1    **Ryan P. Setty-O'Connor**                                Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.60

**$98,000.00**

**Jimmy & Stefanie Thomas**
Nonpriority Creditor's Name
**2401 Simpson Ln.**
Number      Street

**Mansfield**                    **TX**      **76063**
City                             State    ZIP Code
**Who incurred the debt?**       Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number    2   2   3   2**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Customer**

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

4.61

**tForUnknown**

**John P. Hendrickson**
Nonpriority Creditor's Name
**c/o Travis Gasper**
Number      Street
**1408 N. Riverfront Blvd.**

**Suite 323**

**Dallas**                       **TX**      **75207**
City                             State    ZIP Code
**Who incurred the debt?**       Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number    2   9   3   0**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Lawsuit**

4.62

**$112,000.00**

**Jonathan Burgos**
Nonpriority Creditor's Name
**748 Wild Flower Ln.**
Number      Street

**Princeton**                    **TX**      **75407**
City                             State    ZIP Code
**Who incurred the debt?**       Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number    2   2   2   6**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Customer**

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1    **Ryan P. Setty-O'Connor** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

---

### 4.63

| | **$26,603.00** |

**JPMCB Card Services**
Nonpriority Creditor's Name
P.O. Box 15369
Number        Street

_____

Wilmington                    DE      19850
City                          State   ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    4   6   6   3
**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Card**

---

### 4.64

| | **$2,189.00** |

**JPMCB Card Services**
Nonpriority Creditor's Name
P.O. Box 15369
Number        Street

_____

Wilmington                    DE      19850
City                          State   ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    0   4   2   7
**When was the debt incurred?**    2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Card**

---

### 4.65

| | **$27,750.00** |

**Khalil Issa**
Nonpriority Creditor's Name
2601 Coble Court
Number        Street

_____

Bedford                       TX      76021
City                          State   ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    2   2   3   9
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

Debtor 1   **Ryan P. Setty-O'Connor** _____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**$3,655.33**

4.66

| | |
|---|---|
| **Leeroy Jordan Lumber Company** | **Last 4 digits of account number** _ _ _ _ |
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ |
| **11529 Emerald St.** | |
| Number        Street | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **Dallas**              **TX**    **75229** | ☐ Disputed |
| City                    State   ZIP Code | |
| **Who incurred the debt?**   Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Student loans |
| ☐ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 1 and Debtor 2 only | that you did not report as priority claims |
| ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Check if this claim is for a community debt | ☑ Other. Specify |
| | **Supplier** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

**Supplier debt of MerLux Pools LLC (may or may not be personally liable)**

4.67

**$1,800.00**

| | |
|---|---|
| **Leslie's Poolmart Inc.** | **Last 4 digits of account number**  9  3  8  4 |
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ |
| **PO BOx 501162** | |
| Number        Street | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **St. Louis**          **MO**    **63150** | ☐ Disputed |
| City                    State   ZIP Code | |
| **Who incurred the debt?**   Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Student loans |
| ☐ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 1 and Debtor 2 only | that you did not report as priority claims |
| ☐ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Check if this claim is for a community debt | ☑ Other. Specify |
| | **Supplier** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

**Supplier debt of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1    **Ryan P. Setty-O'Connor** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.68

**tForUnknown**

**Liberty Mutual**
Nonpriority Creditor's Name
**PO Box 91013**
Number       Street
_____
_____
**Chicago**                    **IL      60680**
City                           State   ZIP Code
**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   _ _ _ _

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Insurance Contract**

Insurance contract of MerLux Pools LLC (may or may not be personally liable)

4.69

**$8,000.00**

**Lisa Brackett**
Nonpriority Creditor's Name
**3 Roaring Creek Ct.**
Number       Street
_____
_____
**Trophy Club**                **TX      76262**
City                           State   ZIP Code
**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   2 2 2 7

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

Debtor 1    **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.70**                                                                              **$4,180.86**

**Living Earth**                                    **Last 4 digits of account number**  ___ ___ ___ ___
Nonpriority Creditor's Name
**Dept 730004**                                     **When was the debt incurred?** _____
Number    Street
**PO Box 660919**                                   **As of the date you file, the claim is:** Check all that apply.
                                                    ☐ Contingent
                                                    ☐ Unliquidated
_____                ☐ Disputed
**Dallas**                  **TX**   **75266**
City                  State    ZIP Code             **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.             ☐ Student loans
☐ Debtor 1 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                        that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another           ☑ Other. Specify
☐ Check if this claim is for a community debt          **Supplier**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Supplier debt of MerLux Pools LLC (may or may not be personally liable)**

**4.71**                                                                              **$30,000.00**

**Lori Vaispour**                                   **Last 4 digits of account number**  **2  2  1  9**
Nonpriority Creditor's Name
**4528 Rustic Ridge Ct.**                           **When was the debt incurred?** _____
Number    Street
_____                **As of the date you file, the claim is:** Check all that apply.
                                                    ☐ Contingent
                                                    ☐ Unliquidated
_____                ☐ Disputed
**The Colony**              **TX**   **75056**
City                  State    ZIP Code             **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.             ☐ Student loans
☐ Debtor 1 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                        that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another           ☑ Other. Specify
☐ Check if this claim is for a community debt          **Customer**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

**4.72**                                                                              **$695.00**

**Macys/Citibank NA**                               **Last 4 digits of account number**  **9  0  5  8**
Nonpriority Creditor's Name
**PO Box 6789**                                     **When was the debt incurred?** **2016**
Number    Street
_____                **As of the date you file, the claim is:** Check all that apply.
                                                    ☐ Contingent
                                                    ☐ Unliquidated
_____                ☐ Disputed
**Sioux Falls**             **SD**   **57117**
City                  State    ZIP Code             **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.             ☐ Student loans
☑ Debtor 1 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                        that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another           ☑ Other. Specify
☐ Check if this claim is for a community debt          **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    **Ryan P. Setty-O'Connor**          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.73

**$25,500.00**

**Manish Goyal**
Nonpriority Creditor's Name
**2160 Longmont Ln.**
Number    Street

_____

**Prosper**        **TX**    **75078**
City          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    2   1   2   5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Customer**

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

### 4.74

**$35,000.00**

**Marc Pieroni**
Nonpriority Creditor's Name
**3318 Bluffview Dr.**
Number    Street

_____

**Garland**        **TX**    **75043**
City          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    2   2   1   1

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Customer**

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1   **Ryan P. Setty-O'Connor**            Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.75

**$20,000.00**

**Marco Atonio Rico**
Nonpriority Creditor's Name
**3708 Sydney St.**
Number    Street

**Fort Worth**      **TX**    **76119**
City         State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **R**   **L**   **U**   **X**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Vendor**

Vendor debt of MerLux Pools LLC (may or may not be personally liable)

4.76

**$43,023.00**

**Mark & Natalie Hasbani**
Nonpriority Creditor's Name
**4238 Merrell Rd.**
Number    Street

**Dallas**      **TX**    **75229**
City         State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2**   **2**   **2**   **4**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

Debtor 1     **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.77**

**$12,000.00**

**Michael Alacala**
Nonpriority Creditor's Name
**2021 Livingston**
Number          Street

**Flower Mound**          **TX**     **75028**
City                      State   ZIP Code

**Who incurred the debt?**      Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **R   L   U   X**

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Vendor**

**Vendor debt of MerLux Pools LLC (may or may not be personally liable)**

---

**4.78**

**$55,903.76**

**Midway Urban Village LLC**
Nonpriority Creditor's Name
**4050 McEwen Rd.**
Number          Street

**Farmers Branch**          **TX**     **75244**
City                      State   ZIP Code

**Who incurred the debt?**      Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     **R   L   U   X**

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Broken Lease**

**Business lease of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1    **Ryan P. Setty-O'Connor**        Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

4.79

**$33,207.50**

| | |
|---|---|
| **Monreal Rebar Contractors LLC** | **Last 4 digits of account number**   __ __ __ __ |
| Nonpriority Creditor's Name | |
| **1221 W. Broadus St.** | **When was the debt incurred?** _____ |
| Number    Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Ft Worth**      **TX**    **76115** | |
| City      State    ZIP Code | **Type of NONPRIORITY unsecured claim:** |
| **Who incurred the debt?**    Check one. | ☐ Student loans |
| ☐ Debtor 1 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 2 only |      that you did not report as priority claims |
| ☐ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ At least one of the debtors and another | ☑ Other. Specify |
| ☐ **Check if this claim is for a community debt** |      **Vendor** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

**Vendor debt of MerLux Pools LLC (may or may not be personally liable)**

4.80

**$20,000.00**

| | |
|---|---|
| **Munguia Pulido Plumbing** | **Last 4 digits of account number**   **R**   **L**   **U**   **X** |
| Nonpriority Creditor's Name | |
| **3403 Jasper Dr.** | **When was the debt incurred?** _____ |
| Number    Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Grand Prairie**      **TX**    **75052** | |
| City      State    ZIP Code | **Type of NONPRIORITY unsecured claim:** |
| **Who incurred the debt?**    Check one. | ☐ Student loans |
| ☐ Debtor 1 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 2 only |      that you did not report as priority claims |
| ☐ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ At least one of the debtors and another | ☑ Other. Specify |
| ☐ **Check if this claim is for a community debt** |      **Vendor** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

**Vendor debt of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1    **Ryan P. Setty-O'Connor**                  Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.81

**$35,000.00**

**Namrata & Premal Bathia**
Nonpriority Creditor's Name
**1731 Lincoln Rd.**
Number    Street

**Lucas**            **TX**    **75002**
City            State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **2**   **2**   **0**   **7**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

### 4.82

**$55,073.00**

**Nasa FCU**
Nonpriority Creditor's Name
**Attn: Loan Servicing Dept.**
Number    Street
**500 Prince Georges Blvd.**

**Upper Marlboro**        **MD**    **20774**
City            State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ **2**   **1**
**When was the debt incurred?**    **2020**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Unsecured Loan**

### 4.83

**$983.00**

**Nebraska Furniture Mart**
Nonpriority Creditor's Name
**P.O. Box 3456**
Number    Street

**Omaha**            **NE**    **68103**
City            State    ZIP Code
**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **3**   **2**   **4**   **2**
**When was the debt incurred?**    **2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

Debtor 1    **Ryan P. Setty-O'Connor**        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.84**                             **$25,525.00**

**New Champion Concrete**
Nonpriority Creditor's Name
**7007 S FM 5**
Number    Street
_____

**Aledo**            **TX**    **76008**
City              State    ZIP Code
**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Supplier**

Supplier debt of MerLux Pools LLC (may or may not be personally liable)

**4.85**                             **$55,491.00**

**Newest Construction Group, LLC**
Nonpriority Creditor's Name
**1603 Pleasant Run**
Number    Street
_____

**Keller**           **TX**    **76248**
City              State    ZIP Code
**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
     **Vendor**

Vendor debt of MerLux Pools LLC (may or may not be personally liable)

Debtor 1    **Ryan P. Setty-O'Connor**                                   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.86

**$24,600.00**

**Niko Leinonen**
Nonpriority Creditor's Name
**341 Kie Dr.**
Number        Street

**Coppell**                        **TX**        **75019**
City                                State      ZIP Code
**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    2   2   4   0

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Customer**

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

4.87

**$3,541.00**

**Noble Tile Supply Inc.**
Nonpriority Creditor's Name
**11215 Shady Trail**
Number        Street

**Dallas**                          **TX**        **75229**
City                                State      ZIP Code
**Who incurred the debt?**     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    0   2   1   1

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Supplier**

**Supplier debt of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1    **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|-------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**$30,000.00**

4.88

**Patrick & Sara Shirey**
Nonpriority Creditor's Name
1701 Forest Pakr Dr.
Number        Street
_____

_____

**Prosper**                    **TX**      **75078**
City                          State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    2   2   3   1
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Customer**

**Potential customer liability of MerLux Pools LLC (may or may not be personally liable)**

4.89

**tForUnknown**

**Pitney Bowes**
Nonpriority Creditor's Name
2225 American Drive
Number        Street
_____

_____

**Neenah**                    **WI**      **54956-1005**
City                          State    ZIP Code
**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    5   8   7   0
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Contract/Lease**

**Office equipment lease for postal meter of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1    **Ryan P. Setty-O'Connor**                                Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

4.90

**tForUnknown**

**Pitney Bowes**
Nonpriority Creditor's Name
**2225 American Drive**
Number        Street

_____

Last 4 digits of account number    8  6  8  2

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Neenah                    **WI**    **54956-1005**
City                        State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Contract/Lease**

Office equipment lease for postal meter of MerLux Pools LLC (may or may not be personally liable)

4.91

**tForUnknown**

**PNC Equipment Finance**
Nonpriority Creditor's Name
**655 Business Center Dr.**
Number      Street
**Suite 250**

_____

Last 4 digits of account number    9  9  2  4

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Horsham                    **PA**    **19044**
City                        State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Contract/Lease**

Equipment lease for MT-100 Mini Bobcat for MerLux Pools LLC (may or may not be personally liable)

Debtor 1     **Ryan P. Setty-O'Connor**                                     Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**$97,800.00**

4.92

| | |
|---|---|
| **Precision Gunite, LLC** | **Last 4 digits of account number**   R   0   0   1 |
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ |
| 522 Benson Ln. | |
| Number      Street | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **Roanoake**          **TX**    **76262** | ☐ Disputed |
| City                 State    ZIP Code | **Type of NONPRIORITY unsecured claim:** |
| **Who incurred the debt?**   Check one. | ☐ Student loans |
| ☐ Debtor 1 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 2 only | that you did not report as priority claims |
| ☐ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ At least one of the debtors and another | ☑ Other. Specify |
| ☐ Check if this claim is for a community debt | **Vendor** |

**Is the claim subject to offset?**
☑ No
☐ Yes

Vendor debt of MerLux Pools LLC (may or may not be personally liable)

4.93

**$389.74**

| | |
|---|---|
| **Principal Life Insurance Company** | **Last 4 digits of account number**   0   0   0   1 |
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ |
| **Group Benefits** | |
| Number      Street | **As of the date you file, the claim is:** Check all that apply. |
| 711 High Street | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Des Moines**        **IA**    **50392** | |
| City                 State    ZIP Code | **Type of NONPRIORITY unsecured claim:** |
| **Who incurred the debt?**   Check one. | ☐ Student loans |
| ☐ Debtor 1 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 2 only | that you did not report as priority claims |
| ☐ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ At least one of the debtors and another | ☑ Other. Specify |
| ☐ Check if this claim is for a community debt | **Contract/Lease** |

**Is the claim subject to offset?**
☑ No
☐ Yes

Business insurance contract for MerLux Pools LLC (may or may not be personally liable)

Debtor 1 **Ryan P. Setty-O'Connor** _____ Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.94**

**$6,202.69**

**QDI Stone Dallas LLC**
Nonpriority Creditor's Name
**2605 Frewood Dr.**
Number     Street
_____
_____
**Dallas**              **TX**    **75220**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **O   O   L   S**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Supplier**

Supplier debt of MerLux Pools LLC (may or may not be personally liable)

**4.95**

**tForUnknown**

**Quest Diagnostics**
Nonpriority Creditor's Name
**P.O. Box 740779**
Number     Street
_____
_____
**Cincinnati**          **OH**    **45274-0779**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **9   1   2   6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Medical Bill**

**4.96**

**$458.58**

**Reliant Energy Retail Services**
Nonpriority Creditor's Name
**P.O. Box 650475**
Number     Street
_____
_____
**Dallas**              **TX**    **75265**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **0   5   6   7**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Contract/Lease**

Business utility contract for MerLux Pools LLC (may or may not be personally liable)

Debtor 1  **Ryan P. Setty-O'Connor**                          Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.97 |

$18,500.00

**Roberto Rincon**
Nonpriority Creditor's Name
2525 Highway 360 #1117
Number        Street

_____

| Eueless | | TX | 76039 |
| City | | State | ZIP Code |

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Vendor**

Vendor debt of MerLux Pools LLC (may or may not be personally liable)

| 4.98 |

$26,470.00

**Saeed & Maryam Razdar-Sanagoo**
Nonpriority Creditor's Name
1943 Ro Blanco Dr.
Number        Street

_____

| Frisco | | TX | 75033 |
| City | | State | ZIP Code |

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   2  2  3  7

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

Debtor 1    **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |
|---|

4.99

**$2,085.00**

**Sammy Dorsey**
Nonpriority Creditor's Name
1017 Bannach Dr.
Number      Street

_____

Arlington              TX      76001
City                        State    ZIP Code

**Who incurred the debt?**      Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    2  2  3  4
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

4.100

**$5,440.00**

**Scarborough Specialties**
Nonpriority Creditor's Name
10501 Indiana Ave.
Number      Street

_____

Lubbock                TX      79432
City                        State    ZIP Code

**Who incurred the debt?**      Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    R  L  U  X
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Vendor**

Vendor debt of MerLux Pools LLC (may or may not be personally liable)

Debtor 1    **Ryan P. Setty-O'Connor** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.101**

**$2,160.00**

**Scott & Kimberly Lauer**
Nonpriority Creditor's Name
**3304 Dustin Trail**
Number        Street
_____

| **Hurst** | | **TX** | **76054** |
City | | State | ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    2  2  3  5
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

**4.102**

**$73,133.87**

**SCP Distributors LLC**
Nonpriority Creditor's Name
**PO BOx 54200**
Number        Street
_____

| **New Orleans** | | **LA** | **70154** |
City | | State | ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    0  3  3  6
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Supplier**

Supplier debt of MerLux Pools LLC (may or may not be personally liable)

Debtor 1    **Ryan P. Setty-O'Connor** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.103**

$44,395.00

**Shawn & Jennifer Gill**
Nonpriority Creditor's Name
813 Patio St.
Number        Street

_____

_____

Aubrey                        **TX     76227**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number    2   2   2   3**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

---

**4.104**

$28,470.00

**Shawn Kremer**
Nonpriority Creditor's Name
1513 Evening Primrose Dr.
Number        Street

_____

_____

Mansfield                     **TX     76063**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number    2   2   4   1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

---

Debtor 1   **Ryan P. Setty-O'Connor** _____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.105 | |
|---|---|
| | **$105.72** |

**Sherwin Williams**
Nonpriority Creditor's Name
2121 W. University Dr.
Number       Street

_____

| Denton | **TX** | **76201** |
| City | State | ZIP Code |

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number   2   1   5   1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Supplier**

Supplier debt of MerLux Pools LLC (may or may not be personally liable)

| 4.106 | |
|---|---|
| | **tForUnknown** |

**State Auto Mutual Insurance Co.**
Nonpriority Creditor's Name
c/o Brown & Joseph, PPC
Number       Street
One Pierce Place

Suite 700 W

| Itasca | **IL** | **60143** |
| City | State | ZIP Code |

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Insurance Contract**

Insurance obligation of MerLux Pools LLC (may or may not be personally liable)

Debtor 1 **Ryan P. Setty-O'Connor**                     Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.107

**$73,767.47**

**Stephen Platek**
Nonpriority Creditor's Name
5913 Myrtle Ln.
Number      Street

Frisco                          **TX**      **75036**
City                      State      ZIP Code
**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   2  1  1  2
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

### 4.108

**$50,000.00**

**Sunny & Seema Patel**
Nonpriority Creditor's Name
559 Richwoods Dr.
Number      Street

Flower Mound                    **TX**      **75028**
City                      State      ZIP Code
**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   2  2  1  5
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

### 4.109

**$3,500.00**

**Toronjo & Prosser Law**
Nonpriority Creditor's Name
6440 N. Central Expressway
Number      Street
Suite 104

Dallas                          **TX**      **75206**
City                      State      ZIP Code
**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**   **11/29/2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Attorney Fees**

Debtor 1  **Ryan P. Setty-O'Connor** _____   Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.110 | |
|---|---|

**\$25,000.00**

Travis Bowles & Ryan Delargarza
Nonpriority Creditor's Name
1843 Pueblo St.
Number     Street

Dallas                                      **TX      75212**
City                          State    ZIP Code
Who incurred the debt?     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **2   1   4   6**
When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Customer**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

| 4.111 | |
|---|---|

**\$3,111.96**

ULine
Nonpriority Creditor's Name
PO Box 88741
Number     Street

Chicago                                    **IL      60681-1741**
City                          State    ZIP Code
Who incurred the debt?     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **9   4   7   0**
When was the debt incurred?     **2022**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Vendor**

Vendor debt of MerLux Pools LLC (may or may not be personally liable)

Debtor 1    **Ryan P. Setty-O'Connor**                                           Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.112 |

$73.50

ULine                                               **Last 4 digits of account number**    1   7   6   6
Nonpriority Creditor's Name
PO Box 88741                                        **When was the debt incurred?** _____
Number    Street
                                                    **As of the date you file, the claim is:** Check all that apply.
                                                    ☐ Contingent
                                                    ☐ Unliquidated
Chicago                    IL        60681-1741     ☐ Disputed
City                      State     ZIP Code
Who incurred the debt?    Check one.                **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                     ☐ Student loans
☐ Debtor 2 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                            that you did not report as priority claims
☐ At least one of the debtors and another           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt        ☑ Other. Specify
                                                        **Vendor**
Is the claim subject to offset?
☑ No
☐ Yes

**Vendor debt of MerLux Pools LLC (may or may not be personally liable)**

| 4.113 |

$320.18

ULine                                               **Last 4 digits of account number**    8   5   0   5
Nonpriority Creditor's Name
PO Box 88741                                        **When was the debt incurred?**    2022
Number    Street
                                                    **As of the date you file, the claim is:** Check all that apply.
                                                    ☐ Contingent
                                                    ☐ Unliquidated
Chicago                    IL        60681-1741     ☐ Disputed
City                      State     ZIP Code
Who incurred the debt?    Check one.                **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                     ☐ Student loans
☐ Debtor 2 only                                     ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                            that you did not report as priority claims
☐ At least one of the debtors and another           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt        ☑ Other. Specify
                                                        **Vendor**
Is the claim subject to offset?
☑ No
☐ Yes

**Vendor debt of MerLux Pools LLC (may or may not be personally liable)**

Official Form 106E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page 54

Debtor 1    Ryan P. Setty-O'Connor _____    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.114 | | **$61.26** |
|---|---|---|

**UPS**
Nonpriority Creditor's Name
PO Box 650116
Number        Street
_____

Dallas                          TX     75265-0116
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    3   4   5   2
**When was the debt incurred?**    2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
      **Vendor**

Vendor debt of MerLux Pools LLC (may or may not be personally liable)

| 4.115 | | **$6,700.00** |
|---|---|---|

**Vari Sales Corp.**
Nonpriority Creditor's Name
PO BOx 3588
Number        Street
_____

Coppell                         TX     75019
City                          State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    R   0   0   1
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
      **Vendor**

Vendor debt of MerLux Pools LLC (may or may not be personally liable)

Debtor 1    **Ryan P. Setty-O'Connor**             Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.116 | | **$22,052.00** |
|---|---|---|

**Vega Decorative Concrete**
Nonpriority Creditor's Name

109 Pruett St.
Number    Street

**Blue Ridge**      **TX**    **75424**
City           State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Vendor**

Vendor debt of MerLux Pools LLC (may or may not be personally liable)

| 4.117 | | **$4,411.18** |
|---|---|---|

**Verizon**
Nonpriority Creditor's Name

PO Box 408
Number    Street

**Newark**      **NJ**    **07101-0408**
City           State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    0   0   0   1

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Contract/Lease**

Business wireless contract for MerLux Pools LLC (may or may not be personally guaranteed)

Debtor 1    **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.118 | |   $8,595.00

**Water Work Solutions**
Nonpriority Creditor's Name
**2102 Houseley Dr.**
Number        Street

_____

**Dallas**               **TX**     **75228**
City                           State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Vendor**

**Vendor debt of MerLux Pools LLC (may or may not be personally liable)**

| 4.119 | |   $9,475.36

**Wex Bank**
Nonpriority Creditor's Name
**QT Quiktrip**
Number        Street
**PO Box 4337**

_____

**Carol Stream**          **IL**     **60197**
City                           State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   0  8  6  2

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**Business credit card of MerLux Pools LLC (may or may not be personally liable)**

Debtor 1  **Ryan P. Setty-O'Connor** _____   Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |

4.120

$7,361.24

**Wheat Lumber Co.**
Nonpriority Creditor's Name
809 South Doll;ey St.
Number      Street

_____

_____

**Grapevine            TX     76051**
City                    State    ZIP Code
Who incurred the debt?     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number     0   0   0   3**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Supplier**

Supplier debt of MerLux Pools LLC (may or may not be personally liable)

4.121

$2,314.00

**White Cap**
Nonpriority Creditor's Name
PO Box 4944
Number      Street
Building D. Suite 180

_____

**Orlando                FL     32802**
City                    State    ZIP Code
Who incurred the debt?     Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Last 4 digits of account number     5   8   3   8**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Supplier**

Supplier debt of MerLux Pools LLC (may or may not be personally liable)

Debtor 1  **Ryan P. Setty-O'Connor**                    Case number (if known) _____

## Part 3:  List Others to Be Notified About a Debt That You Already Listed

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**4050 MUV, LLC** _____
Name
**c/o Friedman & Feiger** _____
Number        Street
**5301 Spring Valley Road**

**Suite 200**

**Dallas**          **TX**    **75254**
City            State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.78**   of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Aaron Rocha** _____
Name
**1485 Snyder Court** _____
Number        Street

**Lucas**          **TX**    **75002**
City            State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2  1  5  0**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

---

**Abargile Meir & Estela Dominguez**
Name
**1500 Sara Cove** _____
Number        Street

**Lucas**          **TX**    **75002**
City            State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2  1  2  1**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

---

**Alex Heredia** _____
Name
**7242 May Hall Drive** _____
Number        Street

**Frisco**          **TX**    **75034**
City            State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2  1  4  5**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

---

**Ally Financial** _____
Name
**PO Box 380902** _____
Number        Street

**Bloomington**      **MN**    **55438**
City            State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **4  9  7  3**

Business vehicle lease for 2021 Ford F-150 for Merlux Pools LLC (personally guaranteed)

Debtor 1    **Ryan P. Setty-O'Connor**                                Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Amanda & Terry Shephard**
Name
**11521 Twining Branch Circle**
Number      Street

**Haslett**                    **TX**    **76052**
City                          State    ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
Customer                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2   1   6   0**

---

**Andrew Hazel**
Name
**6400 Glenhollow Drive**
Number      Street

**Plano**                      **TX**    **75093**
City                          State    ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
Customer                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2   1   5   9**

---

**Andrew Williams**
Name
**660 Alexandrite Dr.**
Number      Street

**Oak Pointe**                 **TX**    **75068**
City                          State    ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
Customer                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2   1   2   8**

---

**Anusha Raavi**
Name
**3444 Begonia Ln.**
Number      Street

**Irving**                     **TX**    **75038**
City                          State    ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
Customer                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2   1   5   8**

---

**Asha & Kalyan Indoori**
Name
**8055 Wine Barrell Lane**
Number      Street

**Frisco**                     **TX**    **75035**
City                          State    ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
Customer                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2   1   5   5**

---

**Billie & Keith Glazner**
Name
**1521 Chesterfield Dr.**
Number      Street

**Carrollton**                 **TX**    **75007**
City                          State    ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
Customer                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2   2   0   6**

---

Debtor 1   **Ryan P. Setty-O'Connor**                           Case number (if known) _____

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Brandon & Sarah Fisher**
Name
3619 French Creek Dr.
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2   2   1   0**

Heartland            **TX**   **75126**
City                 State   ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

---

**Chance Jobe**
Name
8113 Yacht Club Dr.
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2   2   1   6**

Rowlett              **TX**   **75089**
City                 State   ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

---

**Credit Internatioonal Corporation**
Name
PO Box 1268
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.55** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Bothwell             **WA**   **98041**
City                 State   ZIP Code

---

**David Colvin & Vicente Verduzco**
Name
630 N. Hampton Rd.
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2   1   2   9**

Dallas               **TX**   **75208**
City                 State   ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

---

**Edward & Sherille Rivera**
Name
201 monticello Dr.
Number      Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2   2   2   0**

Mansfield            **TX**   **76063**
City                 State   ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

---

**Friedman & Feiger**
Name
5301 Spring Valley Road
Number      Street
Suite 200

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.78** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Dallas               **TX**   **75254**
City                 State   ZIP Code

Debtor 1    **Ryan P. Setty-O'Connor**                      Case number (if known) _____

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Gasper Law PLLC**
Name
**1408 N. Riverfront Blvd., Suite 323**
Number    Street

**Dallas**          **TX**    **75207**
City             State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.62** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Gasper Law PLLC**
Name
**1408 N. Riverfront Blvd., Suite 323**
Number    Street

**Dallas**          **TX**    **75207**
City             State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.60** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Gasper Law PLLC**
Name
**1408 N. Riverfront Blvd., Suite 323**
Number    Street

**Dallas**          **TX**    **75207**
City             State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.53** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Gasper Law PLLC**
Name
**1408 N. Riverfront Blvd.**
Number    Street
**Suite 323**

**Dallas**          **TX**    **75207**
City             State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.26** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**James Bohr**
Name
**429 Bronzewood Ln.**
Number    Street

**Fort Worth**       **TX**    **76131**
City             State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   _2_ _1_ _3_ _3_

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

---

**Jason & Jonie Coleman**
Name
**4322 Cobalt Bloom Ct.**
Number    Street

**Arlington**        **TX**    **75050**
City             State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   _2_ _2_ _3_ _3_

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

---

Debtor 1   **Ryan P. Setty-O'Connor**                                     Case number (if known) _____

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

**John Ngumba**
Name
14716 Lost Wagon St.
Number        Street

New Fairview          **TX**    **76247**
City                  State     ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2   2   0   4**

---

**John Shaffer & Christy Raomaine**
Name
1101 Bellevue Dr.
Number        Street

Princeton             **TX**    **75407**
City                  State     ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2   1   3   4**

---

**Larry & Kyle Scirotto-Bradley**
Name
939 N. Buckner Blvd.
Number        Street

Dallas                **TX**    **75218**
City                  State     ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2   2   4   5**

---

**Law Office of Kenneth M. Stillman**
Name
11300 N. Central Expressway
Number        Street
Suite 408

Dallas                **TX**    **75243**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.107** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Marcus Nelson**
Name
4015 North FM 51
Number        Street

Weatherford           **TX**    **76083**
City                  State     ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2   1   4   5**

---

**Mark A. Kirkorsky**
Name
1119 S. Southern Ave.
Number        Street
Suite 200

Mesa                  **AZ**    **85210**
City                  State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.102** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

Debtor 1    **Ryan P. Setty-O'Connor**             Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Mark Mack**
Name
3312 Kelsey Court
Number   Street

Flower Mound    **TX**    **75028**
City        State    ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2**   **2**   **4**   **6**

---

**Marshal Presley & Pipal PLLC**
Name
2615 E. Southlake Blvd., Suite 200
Number   Street

Southlake    **TX**    **76092**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.79** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
               ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Matthew & Kate Lockhart-Dozois**
Name
3598 Arrowwood Dr.
Number   Street

Frisco    **TX**    **75033**
City        State    ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2**   **2**   **0**   **9**

---

**McCarthy, Burgess & Wolff**
Name
26000 Cannon Rd.
Number   Street

Cleveland    **OH**    **44146**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.54** of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
               ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Michele Moore**
Name
122 Springfield Ln.
Number   Street

Waxahachie    **TX**    **75165**
City        State    ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2**   **2**   **1**   **4**

---

**Pete & Donna Dipasqua**
Name
12073 Blackburn Way
Number   Street

Farmers Branch    **TX**    **75234**
City        State    ZIP Code

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2**   **2**   **0**   **5**

Debtor 1    **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Saul Lico**
Name

**1030 Hope Valley Pkwy.**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Roanoke**          **TX**    **76262**
City              State    ZIP Code

Last 4 digits of account number    **2   1   5   6**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

---

**SCP Pool Corp.**
Name

**7610 Northshore Pl.**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.102** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**North Little Rock**    **AR**    **72118**
City              State    ZIP Code

Last 4 digits of account number    __ __ __ __

---

**Thomas & Lea Ann Bryant**
Name

**1426 Oliver Creek Ln.**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Justin**          **TX**    **76247**
City              State    ZIP Code

Last 4 digits of account number    **2   2   4   7**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

---

**Wendy Harris**
Name

**400 Water Ln.**
Number    Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Customer**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Mansfield**          **TX**    **76063**
City              State    ZIP Code

Last 4 digits of account number    **2   1   3   5**

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

Debtor 1  **Ryan P. Setty-O'Connor** _____    Case number (if known) _____

6.   Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
     28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|                                |     |                                                                                    |       | **Total claim** |
|--------------------------------|-----|------------------------------------------------------------------------------------|-------|-----------------|
| Total claims<br>from Part 1    | 6a. | **Domestic support obligations**                                                   | 6a.   | **$0.00**       |
|                                | 6b. | **Taxes and certain other debts you owe the government**                           | 6b.   | **$0.00**       |
|                                | 6c. | **Claims for death or personal injury while you were intoxicated**                 | 6c.   | **$0.00**       |
|                                | 6d. | **Other.** Add all other priority unsecured claims.  Write that amount here.        | 6d. + | **$0.00**       |
|                                | 6e. | **Total.** Add lines 6a through 6d.                                                 | 6d.   | **$0.00**       |

|                                |     |                                                                                                          |       | **Total claim**    |
|--------------------------------|-----|----------------------------------------------------------------------------------------------------------|-------|--------------------|
| Total claims<br>from Part 2    | 6f. | **Student loans**                                                                                        | 6f.   | **$0.00**          |
|                                | 6g. | **Obligations arising out of a separation agreement or divorce<br>that you did not report as priority claims** | 6g.   | **$0.00**          |
|                                | 6h. | **Debts to pension or profit-sharing plans, and other similar<br>debts**                                  | 6h.   | **$0.00**          |
|                                | 6i. | **Other.** Add all other nonpriority unsecured claims.  Write that amount here.                            | 6i. + | **$2,341,785.94**  |
|                                | 6j. | **Total.** Add lines 6f through 6i.                                                                       | 6j.   | **$2,341,785.94**  |

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | Ryan | P. | Setty-O'Connor |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   Person or company with whom you have the contract or lease

   State what the contract or lease is for

| 2.1 | Ally Financial | | | Business vehicle lease for 2021 Ford F-150 for |
|---|---|---|---|---|
| | Name | | | **MerLux Pools LLC** |
| | PO Box 380902 | | | **Contract to be REJECTED** |
| | Number   Street | | | |
| | Bloomington | MN | 55438 | |
| | City | State | ZIP Code | |

| 2.2 | Ally Financial | | | Business vehicle lease for 2022 Ford F-250 for |
|---|---|---|---|---|
| | Name | | | **MerLux Pools LLC** |
| | PO Box 380902 | | | **Contract to be REJECTED** |
| | Number   Street | | | |
| | Bloomington | MN | 55438 | |
| | City | State | ZIP Code | |

| 2.3 | Ally Financial | | | Business vehicle lease for 2021 Nissan NV2500HD |
|---|---|---|---|---|
| | Name | | | for **MerLux Pools LLC** |
| | PO Box 380902 | | | **Contract to be REJECTED** |
| | Number   Street | | | |
| | Bloomington | MN | 55438 | |
| | City | State | ZIP Code | |

| 2.4 | Ally Financial | | | Business vehicle lease for 2021 Chevrolet Spark for |
|---|---|---|---|---|
| | Name | | | **MerLux Pools LLC** |
| | PO Box 380902 | | | **Contract to be REJECTED** |
| | Number   Street | | | |
| | Bloomington | MN | 55438 | |
| | City | State | ZIP Code | |

| 2.5 | Ally Financial | | | Business vehicle lease for 2021 Toyota Tacoma for |
|---|---|---|---|---|
| | Name | | | **MerLux Pools LLC** |
| | PO Box 380902 | | | **Contract to be REJECTED** |
| | Number   Street | | | |
| | Bloomington | MN | 55438 | |
| | City | State | ZIP Code | |

Debtor 1   **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.6**   **Ally Financial**
Name
PO Box 380902
Number   Street

Bloomington     **MN**    **55438**
City        State    ZIP Code

**Business vehicle lease for 2022 Mercedes GLE for MerLux Pools LLC**
**Contract to be REJECTED**

**2.7**   **Basler Properties, LLC**
Name
c/o **Michael Basler**
Number   Street
1090 **Texan Trail**

Grapevine     **TX**    **76051**
City        State    ZIP Code

**Commercial lease for 1088 Texan Trail, Grapevine, TX 76051 for MerLux Pools LLC**
**Contract to be REJECTED**

**2.8**   **Caterpillar Financial Services Corporati**
Name
2120 **West End Ave.**
Number   Street
PO Box **340001**

Nashville     **TN**    **37203-0001**
City        State    ZIP Code

**Business equipment lease for 2021 Caterpillar 249D3 Compact Track Loaser for MerLux Pools LLC**
**Contract to be REJECTED**

**2.9**   **Currency Express Financing**
Name
575 **Anton Blvd.**
Number   Street
12th **Floor**

Costa Mesa     **CA**    **92626**
City        State    ZIP Code

**Business equipment trailer lease for MerLux Pools LLC**
**Contract to be REJECTED**

**2.10**   **Datamax Inc.**
Name
PO Box **2235**
Number   Street

St. Louis     **MO**    **63109**
City        State    ZIP Code

**Office equipment lease for Wideformat Printer/Plotter for MerLux Pools LLC**

**Contract to be REJECTED**

**2.11**   **Datamax Inc.**
Name
PO Box **2235**
Number   Street

St. Louis     **MO**    **63109**
City        State    ZIP Code

**Office equipment lease for office Printer for MerLux Pools LLC**
**Contract to be REJECTED**

**2.12**   **Pitney Bowes**
Name
2225 **American Drive**
Number   Street

Neenah     **WI**    **54956-1005**
City        State    ZIP Code

**Office equipment lease for postal meter for MerLux Pools LLC**
**Contract to be REJECTED**

**2.13**   **Pitney Bowes**
Name
2225 **American Drive**
Number   Street

Neenah     **WI**    **54956-1005**
City        State    ZIP Code

**Office equipment lease for postal meter for MerLux Pools LLC**
**Contract to be REJECTED**

Debtor 1    Ryan P. Setty-O'Connor                                             Case number (if known) _____

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | | | What the contract or lease is for |
|---|---|---|---|
| 2.14 | **PNC Equipment Finance** | | Equipment lease for MT-100 Mini Bobcat for MerLux Pools LLC |
| | Name | | **Contract to be REJECTED** |
| | 655 Business Center Dr. | | |
| | Number    Street | | |
| | Suite 250 | | |
| | Horsham | PA    19044 | |
| | City | State    ZIP Code | |
| 2.15 | **Principal Life Insurance Company** | | Business insurance contract for MerLux Pools LLC |
| | Name | | **Contract to be REJECTED** |
| | Group Benefits | | **Contract is in DEFAULT** |
| | Number    Street | | |
| | 711 High Street | | |
| | Des Moines | IA    50392 | |
| | City | State    ZIP Code | |
| 2.16 | **Reliant Energy Retail Services** | | Business utility contract for MerLux Pools LLC |
| | Name | | **Contract to be REJECTED** |
| | P.O. Box 650475 | | **Contract is in DEFAULT** |
| | Number    Street | | |
| | Dallas | TX    75265 | |
| | City | State    ZIP Code | |
| 2.17 | Verizon | | Business wireless contract for MerLux Pools LLC |
| | Name | | **Contract to be REJECTED** |
| | PO Box 408 | | |
| | Number    Street | | |
| | Newark | NJ    07101-0408 | |
| | City | State    ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ryan | P. | Setty-O'Connor |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

### Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors?   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. Within the last 8 years, have you lived in a community property state or territory? *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes

   In which community state or territory did you live?      **Texas**      Fill in the name and current address of that person.

   **Zachary W. Setty-O'Connor**
   Name of your spouse, former spouse, or legal equivalent
   **2001 Oak Bluff Dr.**
   Number      Street

   | | | |
   |---|---|---|
   | **Arlington** | **TX** | **76006** |
   | City | State | ZIP Code |

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* Your codebtor

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   **3.1** **Jared Hall**
   Name
   **1717 Caddo St. #105**
   Number      Street

   | | | |
   |---|---|---|
   | **Dallas** | **TX** | **75204** |
   | City | State | ZIP Code |

   ☐ Schedule D, line _____
   ☑ Schedule E/F, line **4.102**
   ☐ Schedule G, line _____
   **SCP Distributors LLC**

Debtor 1    Ryan P. Setty-O'Connor                Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.2**    Jared Hall
Name

1717 Caddo St. #105
Number    Street

| Dallas | TX | 75204 |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.23**
☐ Schedule G, line _____
**Basler Properties, LLC**

---

**3.3**    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

| Grapevine | TX | 76051 |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.1**
☐ Schedule G, line _____
**4Imprint, Inc.**

---

**3.4**    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

| Grapevine | TX | 76051 |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.2**
☐ Schedule G, line _____
**Aaron Rocha**

---

**3.5**    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

| Grapevine | TX | 76051 |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.3**
☐ Schedule G, line _____
**Abargile Meir & Estela Dominguez**

---

**3.6**    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

| Grapevine | TX | 76051 |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.2**
☐ Schedule G, line _____
**Alan Hopper**

---

**3.7**    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

| Grapevine | TX | 76051 |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.3**
☐ Schedule G, line _____
**Alert 360**

---

**3.8**    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

| Grapevine | TX | 76051 |
|---|---|---|
| City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.4**
☐ Schedule G, line _____
**Alert 360/Guardian Security**

Debtor 1    **Ryan P. Setty-O'Connor**                                        Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**                                          Column 2: **The creditor to whom you owe the debt**

                                                                    Check all schedules that apply:

| 3.9 | MerLux Pools LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line **5.4** |
| | 1088 Texan Trail | | | ☐ Schedule G, line _____ |
| | Number   Street | | | **Alex Heredia** |
| | Grapevine | TX | 76051 | |
| | City | State | ZIP Code | |

| 3.10 | MerLux Pools LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line **4.5** |
| | 1088 Texan Trail | | | ☐ Schedule G, line _____ |
| | Number   Street | | | **Alliance Pro Electric, LP** |
| | Grapevine | TX | 76051 | |
| | City | State | ZIP Code | |

| 3.11 | MerLux Pools LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line **4.6** |
| | 1088 Texan Trail | | | ☐ Schedule G, line _____ |
| | Number   Street | | | **Allstar Masonry & Construction** |
| | Grapevine | TX | 76051 | |
| | City | State | ZIP Code | |

| 3.12 | MerLux Pools LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line **5.5** |
| | 1088 Texan Trail | | | ☐ Schedule G, line _____ |
| | Number   Street | | | **Ally Financial** |
| | Grapevine | TX | 76051 | |
| | City | State | ZIP Code | |

| 3.13 | MerLux Pools LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line **4.7** |
| | 1088 Texan Trail | | | ☐ Schedule G, line _____ |
| | Number   Street | | | **Ally Financial** |
| | Grapevine | TX | 76051 | |
| | City | State | ZIP Code | |

| 3.14 | MerLux Pools LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line **4.8** |
| | 1088 Texan Trail | | | ☐ Schedule G, line _____ |
| | Number   Street | | | **Ally Financial** |
| | Grapevine | TX | 76051 | |
| | City | State | ZIP Code | |

| 3.15 | MerLux Pools LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line **4.9** |
| | 1088 Texan Trail | | | ☐ Schedule G, line _____ |
| | Number   Street | | | **Ally Financial** |
| | Grapevine | TX | 76051 | |
| | City | State | ZIP Code | |

Debtor 1    Ryan P. Setty-O'Connor _____          Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  **Your codebtor**                              Column 2:  **The creditor to whom you owe the debt**

                                                          Check all schedules that apply:

**3.16**  **MerLux Pools LLC**
Name
**1088 Texan Trail**
Number    Street

☐  Schedule D, line _____
☑  Schedule E/F, line  **4.10**
☐  Schedule G, line _____
**Ally Financial**

**Grapevine**          **TX**      **76051**
City                State      ZIP Code

**3.17**  **MerLux Pools LLC**
Name
**1088 Texan Trail**
Number    Street

☐  Schedule D, line _____
☑  Schedule E/F, line  **4.11**
☐  Schedule G, line _____
**Ally Financial**

**Grapevine**          **TX**      **76051**
City                State      ZIP Code

**3.18**  **MerLux Pools LLC**
Name
**1088 Texan Trail**
Number    Street

☐  Schedule D, line _____
☑  Schedule E/F, line  **5.6**
☐  Schedule G, line _____
**Amanda & Terry Shephard**

**Grapevine**          **TX**      **76051**
City                State      ZIP Code

**3.19**  **MerLux Pools LLC**
Name
**1088 Texan Trail**
Number    Street

☐  Schedule D, line _____
☑  Schedule E/F, line  **4.12**
☐  Schedule G, line _____
**Ambius**

**Grapevine**          **TX**      **76051**
City                State      ZIP Code

**3.20**  **MerLux Pools LLC**
Name
**1088 Texan Trail**
Number    Street

☐  Schedule D, line _____
☑  Schedule E/F, line  **4.13**
☐  Schedule G, line _____
**American Express**

**Grapevine**          **TX**      **76051**
City                State      ZIP Code

**3.21**  **MerLux Pools LLC**
Name
**1088 Texan Trail**
Number    Street

☐  Schedule D, line _____
☑  Schedule E/F, line  **5.7**
☐  Schedule G, line _____
**Andrew Hazel**

**Grapevine**          **TX**      **76051**
City                State      ZIP Code

**3.22**  **MerLux Pools LLC**
Name
**1088 Texan Trail**
Number    Street

☐  Schedule D, line _____
☑  Schedule E/F, line  **5.8**
☐  Schedule G, line _____
**Andrew Williams**

**Grapevine**          **TX**      **76051**
City                State      ZIP Code

Debtor 1   **Ryan P. Setty-O'Connor**

Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

3.23   MerLux Pools LLC
Name

1088 Texan Trail
Number      Street

_____

Grapevine _____ **TX** ___ **76051**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.14**
☐ Schedule G, line _____
**Angel Marrero**

---

3.24   **MerLux Pools LLC**
Name

1088 Texan Trail
Number      Street

_____

Grapevine _____ **TX** ___ **76051**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.15**
☐ Schedule G, line _____
**Angel Nava**

---

3.25   MerLux Pools LLC
Name

1088 Texan Trail
Number      Street

_____

Grapevine _____ **TX** ___ **76051**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.16**
☐ Schedule G, line _____
**Anjali & Paul Thottakara**

---

3.26   MerLux Pools LLC
Name

1088 Texan Trail
Number      Street

_____

Grapevine _____ **TX** ___ **76051**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.17**
☐ Schedule G, line _____
**Antone & Marsha Thompson**

---

3.27   MerLux Pools LLC
Name

1088 Texan Trail
Number      Street

_____

Grapevine _____ **TX** ___ **76051**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **5.9**
☐ Schedule G, line _____
**Anusha Raavi**

---

3.28   MerLux Pools LLC
Name

1088 Texan Trail
Number      Street

_____

Grapevine _____ **TX** ___ **76051**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.19**
☐ Schedule G, line _____
**Aquabella**

---

3.29   MerLux Pools LLC
Name

1088 Texan Trail
Number      Street

_____

Grapevine _____ **TX** ___ **76051**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.20**
☐ Schedule G, line _____
**Aramark Uniforms**

---

Debtor 1    Ryan P. Setty-O'Connor                                    Case number (if known) _____

| **Additional Page to List More Codebtors** |

Column 1:  Your codebtor

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.30**  MerLux Pools LLC
Name

1088 Texan Trail
Number        Street

Grapevine                    TX        76051
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.10**
☐ Schedule G, line _____
Asha & Kalyan Indoori

**3.31**  MerLux Pools LLC
Name

1088 Texan Trail
Number        Street

Grapevine                    TX        76051
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.21**
☐ Schedule G, line _____
**ATD Concrete Coatings**

**3.32**  MerLux Pools LLC
Name

1088 Texan Trail
Number        Street

Grapevine                    TX        76051
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.22**
☐ Schedule G, line _____
**Bank of America**

**3.33**  MerLux Pools LLC
Name

1088 Texan Trail
Number        Street

Grapevine                    TX        76051
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.23**
☐ Schedule G, line _____
**Basler Properties, LLC**

**3.34**  MerLux Pools LLC
Name

1088 Texan Trail
Number        Street

Grapevine                    TX        76051
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.11**
☐ Schedule G, line _____
**Billie & Keith Glazner**

**3.35**  MerLux Pools LLC
Name

1088 Texan Trail
Number        Street

Grapevine                    TX        76051
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.24**
☐ Schedule G, line _____
**BlueCross BlueShield of Texas**

**3.36**  MerLux Pools LLC
Name

1088 Texan Trail
Number        Street

Grapevine                    TX        76051
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.12**
☐ Schedule G, line _____
**Brandon & Sarah Fisher**

Debtor 1    Ryan P. Setty-O'Connor                                    Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1: Your codebtor                                               Column 2: The creditor to whom you owe the debt

                                                                     Check all schedules that apply:

3.37    MerLux Pools LLC
        Name                                                         ☐ Schedule D, line _____
        1088 Texan Trail                                            ☑ Schedule E/F, line __4.25__
        Number    Street
                                                                    ☐ Schedule G, line _____
        Grapevine                    TX        76051               **Burlington Building Materials, Inc.**
        City                        State     ZIP Code

3.38    MerLux Pools LLC
        Name                                                         ☐ Schedule D, line _____
        1088 Texan Trail                                            ☑ Schedule E/F, line __4.26__
        Number    Street
                                                                    ☐ Schedule G, line _____
        Grapevine                    TX        76051               **Candelario Davila**
        City                        State     ZIP Code

3.39    MerLux Pools LLC
        Name                                                         ☐ Schedule D, line _____
        1088 Texan Trail                                            ☑ Schedule E/F, line __4.27__
        Number    Street
                                                                    ☐ Schedule G, line _____
        Grapevine                    TX        76051               **Caterpillar Financial Services Corporati**
        City                        State     ZIP Code

3.40    MerLux Pools LLC
        Name                                                         ☐ Schedule D, line _____
        1088 Texan Trail                                            ☑ Schedule E/F, line __5.13__
        Number    Street
                                                                    ☐ Schedule G, line _____
        Grapevine                    TX        76051               **Chance Jobe**
        City                        State     ZIP Code

3.41    MerLux Pools LLC
        Name                                                         ☐ Schedule D, line _____
        1088 Texan Trail                                            ☑ Schedule E/F, line __4.28__
        Number    Street
                                                                    ☐ Schedule G, line _____
        Grapevine                    TX        76051               **Chase**
        City                        State     ZIP Code

3.42    MerLux Pools LLC
        Name                                                         ☐ Schedule D, line _____
        1088 Texan Trail                                            ☑ Schedule E/F, line __4.29__
        Number    Street
                                                                    ☐ Schedule G, line _____
        Grapevine                    TX        76051               **Chase Ink**
        City                        State     ZIP Code

3.43    MerLux Pools LLC
        Name                                                         ☐ Schedule D, line _____
        1088 Texan Trail                                            ☑ Schedule E/F, line __4.30__
        Number    Street
                                                                    ☐ Schedule G, line _____
        Grapevine                    TX        76051               **Cherise & Kenneith Johnson**
        City                        State     ZIP Code

Debtor 1    Ryan P. Setty-O'Connor _____     Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1:  Your codebtor                                      Column 2:  **The creditor to whom you owe the debt**

                                                             Check all schedules that apply:

3.44  MerLux Pools LLC
      Name                                                   ☐  Schedule D, line _____
      1088 Texan Trail
      Number    Street                                       ☑  Schedule E/F, line  **4.31**

                                                             ☐  Schedule G, line _____
      Grapevine                    TX        76051           **Corporate Billing LLC**
      City                         State     ZIP Code

3.45  MerLux Pools LLC
      Name                                                   ☐  Schedule D, line _____
      1088 Texan Trail
      Number    Street                                       ☑  Schedule E/F, line  **4.32**

                                                             ☐  Schedule G, line _____
      Grapevine                    TX        76051           **Courtney & Mathew Rice**
      City                         State     ZIP Code

3.46  MerLux Pools LLC
      Name                                                   ☐  Schedule D, line _____
      1088 Texan Trail
      Number    Street                                       ☑  Schedule E/F, line  **4.33**

                                                             ☐  Schedule G, line _____
      Grapevine                    TX        76051           **Currency Express Financing**
      City                         State     ZIP Code

3.47  MerLux Pools LLC
      Name                                                   ☐  Schedule D, line _____
      1088 Texan Trail
      Number    Street                                       ☑  Schedule E/F, line  **4.34**

                                                             ☐  Schedule G, line _____
      Grapevine                    TX        76051           **Datamax Inc.**
      City                         State     ZIP Code

3.48  MerLux Pools LLC
      Name                                                   ☐  Schedule D, line _____
      1088 Texan Trail
      Number    Street                                       ☑  Schedule E/F, line  **4.35**

                                                             ☐  Schedule G, line _____
      Grapevine                    TX        76051           **Datamax Inc.**
      City                         State     ZIP Code

3.49  MerLux Pools LLC
      Name                                                   ☐  Schedule D, line _____
      1088 Texan Trail
      Number    Street                                       ☑  Schedule E/F, line  **5.15**

                                                             ☐  Schedule G, line _____
      Grapevine                    TX        76051           **David Colvin & Vicente Verduzco**
      City                         State     ZIP Code

3.50  MerLux Pools LLC
      Name                                                   ☐  Schedule D, line _____
      1088 Texan Trail
      Number    Street                                       ☑  Schedule E/F, line  **4.36**

                                                             ☐  Schedule G, line _____
      Grapevine                    TX        76051           **David Lockey**
      City                         State     ZIP Code

Debtor 1 **Ryan P. Setty-O'Connor**                                      Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**                                              Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| | | | |
|---|---|---|---|
| 3.51 | **MerLux Pools LLC** | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line **4.37** |
| | **1088 Texan Trail** | | |
| | Number      Street | | ☐ Schedule G, line _____ |
| | | | **Dean & Heidi Knipping** |
| | **Grapevine**          **TX**      **76051** | | |
| | City                   State    ZIP Code | | |

| | | | |
|---|---|---|---|
| 3.52 | **MerLux Pools LLC** | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line **4.38** |
| | **1088 Texan Trail** | | |
| | Number      Street | | ☐ Schedule G, line _____ |
| | | | **Dell Business Credit** |
| | **Grapevine**          **TX**      **76051** | | |
| | City                   State    ZIP Code | | |

| | | | |
|---|---|---|---|
| 3.53 | **MerLux Pools LLC** | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line **4.39** |
| | **1088 Texan Trail** | | |
| | Number      Street | | ☐ Schedule G, line _____ |
| | | | **Dell Financial Services** |
| | **Grapevine**          **TX**      **76051** | | |
| | City                   State    ZIP Code | | |

| | | | |
|---|---|---|---|
| 3.54 | **MerLux Pools LLC** | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line **5.16** |
| | **1088 Texan Trail** | | |
| | Number      Street | | ☐ Schedule G, line _____ |
| | | | **Edward & Sherille Rivera** |
| | **Grapevine**          **TX**      **76051** | | |
| | City                   State    ZIP Code | | |

| | | | |
|---|---|---|---|
| 3.55 | **MerLux Pools LLC** | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line **4.40** |
| | **1088 Texan Trail** | | |
| | Number      Street | | ☐ Schedule G, line _____ |
| | | | **Erica & Shadqunta Patton-Towns** |
| | **Grapevine**          **TX**      **76051** | | |
| | City                   State    ZIP Code | | |

| | | | |
|---|---|---|---|
| 3.56 | **MerLux Pools LLC** | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line **4.41** |
| | **1088 Texan Trail** | | |
| | Number      Street | | ☐ Schedule G, line _____ |
| | | | **Erin & Samuel Rice** |
| | **Grapevine**          **TX**      **76051** | | |
| | City                   State    ZIP Code | | |

| | | | |
|---|---|---|---|
| 3.57 | **MerLux Pools LLC** | | ☐ Schedule D, line _____ |
| | Name | | ☑ Schedule E/F, line **4.42** |
| | **1088 Texan Trail** | | |
| | Number      Street | | ☐ Schedule G, line _____ |
| | | | **Faber CNK Stone** |
| | **Grapevine**          **TX**      **76051** | | |
| | City                   State    ZIP Code | | |

Debtor 1    Ryan P. Setty-O'Connor _____    Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| | | | |
|---|---|---|---|
| 3.58 | MerLux Pools LLC | | |
| | Name | | |
| | 1088 Texan Trail | | |
| | Number      Street | | |
| | | | |
| | Grapevine | **TX** | 76051 |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.43**
☐ Schedule G, line _____
**Ferguson**

| | | | |
|---|---|---|---|
| 3.59 | MerLux Pools LLC | | |
| | Name | | |
| | 1088 Texan Trail | | |
| | Number      Street | | |
| | | | |
| | Grapevine | **TX** | 76051 |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.44**
☐ Schedule G, line _____
**Fly Tile & Plaster**

| | | | |
|---|---|---|---|
| 3.60 | MerLux Pools LLC | | |
| | Name | | |
| | 1088 Texan Trail | | |
| | Number      Street | | |
| | | | |
| | Grapevine | **TX** | 76051 |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.45**
☐ Schedule G, line _____
**Fundbox**

| | | | |
|---|---|---|---|
| 3.61 | MerLux Pools LLC | | |
| | Name | | |
| | 1088 Texan Trail | | |
| | Number      Street | | |
| | | | |
| | Grapevine | **TX** | 76051 |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.46**
☐ Schedule G, line _____
**GE Steel Pool LLC**

| | | | |
|---|---|---|---|
| 3.62 | MerLux Pools LLC | | |
| | Name | | |
| | 1088 Texan Trail | | |
| | Number      Street | | |
| | | | |
| | Grapevine | **TX** | 76051 |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.47**
☐ Schedule G, line _____
**Gloria Stennett**

| | | | |
|---|---|---|---|
| 3.63 | MerLux Pools LLC | | |
| | Name | | |
| | 1088 Texan Trail | | |
| | Number      Street | | |
| | | | |
| | Grapevine | **TX** | 76051 |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.48**
☐ Schedule G, line _____
**Grainger**

| | | | |
|---|---|---|---|
| 3.64 | MerLux Pools LLC | | |
| | Name | | |
| | 1088 Texan Trail | | |
| | Number      Street | | |
| | | | |
| | Grapevine | **TX** | 76051 |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.49**
☐ Schedule G, line _____
**Grainger**

Debtor 1    **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1:  **Your codebtor**                                    Column 2:  **The creditor to whom you owe the debt**

                                                                Check all schedules that apply:

3.65    **MerLux Pools LLC**
        Name                                                    ☐  Schedule D, line _____
        **1088 Texan Trail**
        Number      Street                                      ☑  Schedule E/F, line  **4.50**

                                                                ☐  Schedule G, line _____
        **Grapevine**                 **TX**    **76051**       **Grainger**
        City                          State     ZIP Code

3.66    **MerLux Pools LLC**
        Name                                                    ☐  Schedule D, line _____
        **1088 Texan Trail**
        Number      Street                                      ☑  Schedule E/F, line  **4.51**

                                                                ☐  Schedule G, line _____
        **Grapevine**                 **TX**    **76051**       **Grainger**
        City                          State     ZIP Code

3.67    **MerLux Pools LLC**
        Name                                                    ☐  Schedule D, line _____
        **1088 Texan Trail**
        Number      Street                                      ☑  Schedule E/F, line  **4.52**

                                                                ☐  Schedule G, line _____
        **Grapevine**                 **TX**    **76051**       **Grainger**
        City                          State     ZIP Code

3.68    **MerLux Pools LLC**
        Name                                                    ☐  Schedule D, line _____
        **1088 Texan Trail**
        Number      Street                                      ☑  Schedule E/F, line  **4.53**

                                                                ☐  Schedule G, line _____
        **Grapevine**                 **TX**    **76051**       **Heidi & Wesley Porter**
        City                          State     ZIP Code

3.69    **MerLux Pools LLC**
        Name                                                    ☐  Schedule D, line _____
        **1088 Texan Trail**
        Number      Street                                      ☑  Schedule E/F, line  **4.54**

                                                                ☐  Schedule G, line _____
        **Grapevine**                 **TX**    **76051**       **Home Depot Credit Services**
        City                          State     ZIP Code

3.70    **MerLux Pools LLC**
        Name                                                    ☐  Schedule D, line _____
        **1088 Texan Trail**
        Number      Street                                      ☑  Schedule E/F, line  **4.55**

                                                                ☐  Schedule G, line _____
        **Grapevine**                 **TX**    **76051**       **Intuit/Paycycle, Inc.**
        City                          State     ZIP Code

3.71    **MerLux Pools LLC**
        Name                                                    ☐  Schedule D, line _____
        **1088 Texan Trail**
        Number      Street                                      ☑  Schedule E/F, line  **4.56**

                                                                ☐  Schedule G, line _____
        **Grapevine**                 **TX**    **76051**       **James & Vika Bonamy**
        City                          State     ZIP Code

Debtor 1    Ryan P. Setty-O'Connor

Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1:  **Your codebtor**

Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

3.72   MerLux Pools LLC
Name

1088 Texan Trail
Number      Street

Grapevine               TX        76051
City                    State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.22**
☐ Schedule G, line _____
**James Bohr**

3.73   MerLux Pools LLC
Name

1088 Texan Trail
Number      Street

Grapevine               TX        76051
City                    State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.57**
☐ Schedule G, line _____
**Janet Kobylka**

3.74   MerLux Pools LLC
Name

1088 Texan Trail
Number      Street

Grapevine               TX        76051
City                    State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.58**
☐ Schedule G, line _____
**Jason & Jessica Hills**

3.75   MerLux Pools LLC
Name

1088 Texan Trail
Number      Street

Grapevine               TX        76051
City                    State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.23**
☐ Schedule G, line _____
**Jason & Jonie Coleman**

3.76   MerLux Pools LLC
Name

1088 Texan Trail
Number      Street

Grapevine               TX        76051
City                    State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.59**
☐ Schedule G, line _____
**Jennifer Six**

3.77   MerLux Pools LLC
Name

1088 Texan Trail
Number      Street

Grapevine               TX        76051
City                    State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.60**
☐ Schedule G, line _____
**Jimmy & Stefanie Thomas**

3.78   MerLux Pools LLC
Name

1088 Texan Trail
Number      Street

Grapevine               TX        76051
City                    State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.24**
☐ Schedule G, line _____
**John Ngumba**

Debtor 1     Ryan P. Setty-O'Connor                                    Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**                                            Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

3.79  MerLux Pools LLC
      Name
      1088 Texan Trail                                                 ☐ Schedule D, line _____
      Number     Street                                               ☑ Schedule E/F, line __5.25__

                                                                      ☐ Schedule G, line _____
      Grapevine                    TX         76051                   John Shaffer & Christy Raomaine
      City                         State      ZIP Code

3.80  MerLux Pools LLC
      Name                                                            ☐ Schedule D, line _____
      1088 Texan Trail                                               ☑ Schedule E/F, line __4.62__
      Number     Street
                                                                      ☐ Schedule G, line _____
      Grapevine                    TX         76051                   Jonathan Burgos
      City                         State      ZIP Code

3.81  MerLux Pools LLC
      Name                                                            ☐ Schedule D, line _____
      1088 Texan Trail                                               ☑ Schedule E/F, line __4.65__
      Number     Street
                                                                      ☐ Schedule G, line _____
      Grapevine                    TX         76051                   Khalil Issa
      City                         State      ZIP Code

3.82  MerLux Pools LLC
      Name                                                            ☐ Schedule D, line _____
      1088 Texan Trail                                               ☑ Schedule E/F, line __5.26__
      Number     Street
                                                                      ☐ Schedule G, line _____
      Grapevine                    TX         76051                   Larry & Kyle Scirotto-Bradley
      City                         State      ZIP Code

3.83  MerLux Pools LLC
      Name                                                            ☐ Schedule D, line _____
      1088 Texan Trail                                               ☑ Schedule E/F, line __4.66__
      Number     Street
                                                                      ☐ Schedule G, line _____
      Grapevine                    TX         76051                   Leeroy Jordan Lumber Company
      City                         State      ZIP Code

3.84  MerLux Pools LLC
      Name                                                            ☐ Schedule D, line _____
      1088 Texan Trail                                               ☑ Schedule E/F, line __4.67__
      Number     Street
                                                                      ☐ Schedule G, line _____
      Grapevine                    TX         76051                   Leslie's Poolmart Inc.
      City                         State      ZIP Code

3.85  MerLux Pools LLC
      Name                                                            ☐ Schedule D, line _____
      1088 Texan Trail                                               ☑ Schedule E/F, line __4.68__
      Number     Street
                                                                      ☐ Schedule G, line _____
      Grapevine                    TX         76051                   Liberty Mutual
      City                         State      ZIP Code

Official Form 106H                    **Schedule H: Your Codebtors**                               page 13

Debtor 1    Ryan P. Setty-O'Connor                                    Case number (if known) _____

### Additional Page to List More Codebtors

Column 1:  Your codebtor                                              Column 2:  The creditor to whom you owe the debt

                                                                      Check all schedules that apply:

3.86    Lux Pools LLC
        Name                                                          ☐  Schedule D, line _____

        1088 Texan Trail                                              ☑  Schedule E/F, line   4.69
        Number      Street
                                                                      ☐  Schedule G, line _____

        Grapevine                    TX        76051                  Lisa Brackett
        City                         State     ZIP Code

3.87    MerLux Pools LLC
        Name                                                          ☐  Schedule D, line _____

        1088 Texan Trail                                              ☑  Schedule E/F, line   4.70
        Number      Street
                                                                      ☐  Schedule G, line _____

        Grapevine                    TX        76051                  Living Earth
        City                         State     ZIP Code

3.88    MerLux Pools LLC
        Name                                                          ☐  Schedule D, line _____

        1088 Texan Trail                                              ☑  Schedule E/F, line   4.71
        Number      Street
                                                                      ☐  Schedule G, line _____

        Grapevine                    TX        76051                  Lori Vaispour
        City                         State     ZIP Code

3.89    MerLux Pools LLC
        Name                                                          ☐  Schedule D, line _____

        1088 Texan Trail                                              ☑  Schedule E/F, line   4.73
        Number      Street
                                                                      ☐  Schedule G, line _____

        Grapevine                    TX        76051                  Manish Goyal
        City                         State     ZIP Code

3.90    MerLux Pools LLC
        Name                                                          ☐  Schedule D, line _____

        1088 Texan Trail                                              ☑  Schedule E/F, line   4.74
        Number      Street
                                                                      ☐  Schedule G, line _____

        Grapevine                    TX        76051                  Marc Pieroni
        City                         State     ZIP Code

3.91    MerLux Pools LLC
        Name                                                          ☐  Schedule D, line _____

        1088 Texan Trail                                              ☑  Schedule E/F, line   4.75
        Number      Street
                                                                      ☐  Schedule G, line _____

        Grapevine                    TX        76051                  Marco Atonio Rico
        City                         State     ZIP Code

3.92    MerLux Pools LLC
        Name                                                          ☐  Schedule D, line _____

        1088 Texan Trail                                              ☑  Schedule E/F, line   5.28
        Number      Street
                                                                      ☐  Schedule G, line _____

        Grapevine                    TX        76051                  Marcus Nelson
        City                         State     ZIP Code

Debtor 1    Ryan P. Setty-O'Connor                                    Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1: Your codebtor                                               Column 2: The creditor to whom you owe the debt

                                                                      Check all schedules that apply:

3.93    MerLux Pools LLC
                                                                      ☐ Schedule D, line _____
        1088 Texan Trail
        Number     Street                                            ☑ Schedule E/F, line __4.76__

                                                                      ☐ Schedule G, line _____
        Grapevine                    TX        76051                 **Mark & Natalie Hasbani**
        City                         State     ZIP Code

3.94    MerLux Pools LLC
        Name                                                          ☐ Schedule D, line _____
        1088 Texan Trail
        Number     Street                                            ☑ Schedule E/F, line __5.30__

                                                                      ☐ Schedule G, line _____
        Grapevine                    TX        76051                 **Mark Mack**
        City                         State     ZIP Code

3.95    MerLux Pools LLC
        Name                                                          ☐ Schedule D, line _____
        1088 Texan Trail
        Number     Street                                            ☑ Schedule E/F, line __5.32__

                                                                      ☐ Schedule G, line _____
        Grapevine                    TX        76051                 **Matthew & Kate Lockhart-Dozois**
        City                         State     ZIP Code

3.96    MerLux Pools LLC
        Name                                                          ☐ Schedule D, line _____
        1088 Texan Trail
        Number     Street                                            ☑ Schedule E/F, line __4.77__

                                                                      ☐ Schedule G, line _____
        Grapevine                    TX        76051                 **Michael Alacala**
        City                         State     ZIP Code

3.97    MerLux Pools LLC
        Name                                                          ☐ Schedule D, line _____
        1088 Texan Trail
        Number     Street                                            ☑ Schedule E/F, line __5.34__

                                                                      ☐ Schedule G, line _____
        Grapevine                    TX        76051                 **Michele Moore**
        City                         State     ZIP Code

3.98    MerLux Pools LLC
        Name                                                          ☐ Schedule D, line _____
        1088 Texan Trail
        Number     Street                                            ☑ Schedule E/F, line __4.78__

                                                                      ☐ Schedule G, line _____
        Grapevine                    TX        76051                 **Midway Urban Village LLC**
        City                         State     ZIP Code

3.99    MerLux Pools LLC
        Name                                                          ☐ Schedule D, line _____
        1088 Texan Trail
        Number     Street                                            ☑ Schedule E/F, line __4.79__

                                                                      ☐ Schedule G, line _____
        Grapevine                    TX        76051                 **Monreal Rebar Contractors LLC**
        City                         State     ZIP Code

Debtor 1    Ryan P. Setty-O'Connor _____    Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: Your codebtor

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.100** MerLux Pools LLC

1088 Texan Trail
Number    Street

Grapevine                    **TX**    **76051**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.80**
☐ Schedule G, line _____
**Munguia Pulido Plumbing**

**3.101** MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine                    **TX**    **76051**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.81**
☐ Schedule G, line _____
**Namrata & Premal Bathia**

**3.102** MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine                    **TX**    **76051**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.84**
☐ Schedule G, line _____
**New Champion Concrete**

**3.103** MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine                    **TX**    **76051**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.85**
☐ Schedule G, line _____
**Newest Construction Group, LLC**

**3.104** MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine                    **TX**    **76051**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.86**
☐ Schedule G, line _____
**Niko Leinonen**

**3.105** MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine                    **TX**    **76051**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.87**
☐ Schedule G, line _____
**Noble Tile Supply Inc.**

**3.106** MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine                    **TX**    **76051**
City                         State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.88**
☐ Schedule G, line _____
**Patrick & Sara Shirey**

Debtor 1    Ryan P. Setty-O'Connor            Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: Your codebtor

Column 2: The creditor to whom you owe the debt

Check all schedules that apply:

**3.107** Lux Pools LLC

1088 Texan Trail
Number     Street

Grapevine        TX     76051
              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __5.35__
☐ Schedule G, line _____
**Pete & Donna Dipasqua**

**3.108** MerLux Pools LLC
Name

1088 Texan Trail
Number     Street

Grapevine        TX     76051
              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.89__
☐ Schedule G, line _____
**Pitney Bowes**

**3.109** MerLux Pools LLC
Name

1088 Texan Trail
Number     Street

Grapevine        TX     76051
              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.91__
☐ Schedule G, line _____
**PNC Equipment Finance**

**3.110** MerLux Pools LLC
Name

1088 Texan Trail
Number     Street

Grapevine        TX     76051
              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.92__
☐ Schedule G, line _____
**Precision Gunite, LLC**

**3.111** MerLux Pools LLC
Name

1088 Texan Trail
Number     Street

Grapevine        TX     76051
              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.93__
☐ Schedule G, line _____
**Principal Life Insurance Company**

**3.112** MerLux Pools LLC
Name

1088 Texan Trail
Number     Street

Grapevine        TX     76051
              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.94__
☐ Schedule G, line _____
**QDI Stone Dallas LLC**

**3.113** MerLux Pools LLC
Name

1088 Texan Trail
Number     Street

Grapevine        TX     76051
              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.96__
☐ Schedule G, line _____
**Reliant Energy Retail Services**

Debtor 1    Ryan P. Setty-O'Connor

Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: Your codebtor

Column 2: The creditor to whom you owe the debt

Check all schedules that apply:

3.114    Lux Pools LLC

1088 Texan Trail
Number    Street

Grapevine          TX      76051
                   State   ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.97__
- ☐ Schedule G, line _____
**Roberto Rincon**

3.115    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine          TX      76051
                   State   ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.98__
- ☐ Schedule G, line _____
**Saeed & Maryam Razdar-Sanagoo**

3.116    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine          TX      76051
                   State   ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.99__
- ☐ Schedule G, line _____
**Sammy Dorsey**

3.117    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine          TX      76051
                   State   ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __5.36__
- ☐ Schedule G, line _____
**Saul Lico**

3.118    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine          TX      76051
                   State   ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.100__
- ☐ Schedule G, line _____
**Scarborough Specialties**

3.119    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine          TX      76051
                   State   ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.101__
- ☐ Schedule G, line _____
**Scott & Kimberly Lauer**

3.120    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine          TX      76051
                   State   ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.102__
- ☐ Schedule G, line _____
**SCP Distributors LLC**

Debtor 1    Ryan P. Setty-O'Connor        Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: Your codebtor        Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.121**    MerLux Pools LLC

1088 Texan Trail
Number    Street

Grapevine      **TX**     **76051**
        State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.103**
☐ Schedule G, line _____
**Shawn & Jennifer Gill**

**3.122**    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine      **TX**     **76051**
        State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.104**
☐ Schedule G, line _____
**Shawn Kremer**

**3.123**    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine      **TX**     **76051**
        State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.105**
☐ Schedule G, line _____
**Sherwin Williams**

**3.124**    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine      **TX**     **76051**
        State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.107**
☐ Schedule G, line _____
**Stephen Platek**

**3.125**    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine      **TX**     **76051**
        State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.108**
☐ Schedule G, line _____
**Sunny & Seema Patel**

**3.126**    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine      **TX**     **76051**
        State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **5.38**
☐ Schedule G, line _____
**Thomas & Lea Ann Bryant**

**3.127**    MerLux Pools LLC
Name

1088 Texan Trail
Number    Street

Grapevine      **TX**     **76051**
        State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.110**
☐ Schedule G, line _____
**Travis Bowles & Ryan Delargarza**

Debtor 1    **Ryan P. Setty-O'Connor**                                          Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**                                          Column 2: **The creditor to whom you owe the debt**

                                                                     Check all schedules that apply:

3.128    **Lux Pools LLC**
                                                                     ☐ Schedule D, line _____
         **1088 Texan Trail**
         Number      Street                                          ☑ Schedule E/F, line **4.111**

                                                                     ☐ Schedule G, line _____
         **Grapevine**                  **TX**      **76051**        **ULine**
         City                           State       ZIP Code

3.129    **MerLux Pools LLC**
         Name                                                        ☐ Schedule D, line _____
         **1088 Texan Trail**
         Number      Street                                          ☑ Schedule E/F, line **4.112**

                                                                     ☐ Schedule G, line _____
         **Grapevine**                  **TX**      **76051**        **ULine**
         City                           State       ZIP Code

3.130    **MerLux Pools LLC**
         Name                                                        ☐ Schedule D, line _____
         **1088 Texan Trail**
         Number      Street                                          ☑ Schedule E/F, line **4.113**

                                                                     ☐ Schedule G, line _____
         **Grapevine**                  **TX**      **76051**        **ULine**
         City                           State       ZIP Code

3.131    **MerLux Pools LLC**
         Name                                                        ☐ Schedule D, line _____
         **1088 Texan Trail**
         Number      Street                                          ☑ Schedule E/F, line **4.114**

                                                                     ☐ Schedule G, line _____
         **Grapevine**                  **TX**      **76051**        **UPS**
         City                           State       ZIP Code

3.132    **MerLux Pools LLC**
         Name                                                        ☐ Schedule D, line _____
         **1088 Texan Trail**
         Number      Street                                          ☑ Schedule E/F, line **4.115**

                                                                     ☐ Schedule G, line _____
         **Grapevine**                  **TX**      **76051**        **Vari Sales Corp.**
         City                           State       ZIP Code

3.133    **MerLux Pools LLC**
         Name                                                        ☐ Schedule D, line _____
         **1088 Texan Trail**
         Number      Street                                          ☑ Schedule E/F, line **4.116**

                                                                     ☐ Schedule G, line _____
         **Grapevine**                  **TX**      **76051**        **Vega Decorative Concrete**
         City                           State       ZIP Code

3.134    **MerLux Pools LLC**
         Name                                                        ☐ Schedule D, line _____
         **1088 Texan Trail**
         Number      Street                                          ☑ Schedule E/F, line **4.117**

                                                                     ☐ Schedule G, line _____
         **Grapevine**                  **TX**      **76051**        **Verizon**
         City                           State       ZIP Code

Debtor 1    **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.135    **Lux Pools LLC**

| | |
|---|---|
| ☐ | Schedule D, line _____ |

**1088 Texan Trail**
Number        Street

☑ Schedule E/F, line  **4.118**

☐ Schedule G, line _____
**Water Work Solutions**

Grapevine                **TX**        **76051**
                          State      ZIP Code

3.136    **MerLux Pools LLC**
Name

☐ Schedule D, line _____

**1088 Texan Trail**
Number        Street

☑ Schedule E/F, line  **5.39**

☐ Schedule G, line _____
**Wendy Harris**

Grapevine                **TX**        **76051**
                          State      ZIP Code

3.137    **MerLux Pools LLC**
Name

☐ Schedule D, line _____

**1088 Texan Trail**
Number        Street

☑ Schedule E/F, line  **4.119**

☐ Schedule G, line _____
**Wex Bank**

Grapevine                **TX**        **76051**
                          State      ZIP Code

3.138    **MerLux Pools LLC**
Name

☐ Schedule D, line _____

**1088 Texan Trail**
Number        Street

☑ Schedule E/F, line  **4.120**

☐ Schedule G, line _____
**Wheat Lumber Co.**

Grapevine                **TX**        **76051**
                          State      ZIP Code

3.139    **MerLux Pools LLC**
Name

☐ Schedule D, line _____

**1088 Texan Trail**
Number        Street

☑ Schedule E/F, line  **4.121**

☐ Schedule G, line _____
**White Cap**

Grapevine                **TX**        **76051**
                          State      ZIP Code

3.140    **MerLux Pools LLC**
Name

☐ Schedule D, line _____

**1088 Texan Trail**
Number        Street

☐ Schedule E/F, line _____

☑ Schedule G, line  **2.1**
**Ally Financial**

Grapevine                **TX**        **76051**
                          State      ZIP Code

3.141    **MerLux Pools LLC**
Name

☐ Schedule D, line _____

**1088 Texan Trail**
Number        Street

☐ Schedule E/F, line _____

☑ Schedule G, line  **2.2**
**Ally Financial**

Grapevine                **TX**        **76051**
                          State      ZIP Code

Debtor 1 Ryan P. Setty-O'Connor                          Case number (if known) _____

## Additional Page to List More Codebtors

Column 1: Your codebtor                    Column 2: The creditor to whom you owe the debt

                                           Check all schedules that apply:

3.142   MerLux Pools LLC
        Name
                                           ☐ Schedule D, line _____
        1088 Texan Trail
        Number      Street                 ☐ Schedule E/F, line _____

                                           ☑ Schedule G, line   2.3
        Grapevine              TX      76051     Ally Financial
        City                   State   ZIP Code

3.143   MerLux Pools LLC
        Name
                                           ☐ Schedule D, line _____
        1088 Texan Trail
        Number      Street                 ☐ Schedule E/F, line _____

                                           ☑ Schedule G, line   2.4
        Grapevine              TX      76051     Ally Financial
        City                   State   ZIP Code

3.144   MerLux Pools LLC
        Name
                                           ☐ Schedule D, line _____
        1088 Texan Trail
        Number      Street                 ☐ Schedule E/F, line _____

                                           ☑ Schedule G, line   2.5
        Grapevine              TX      76051     Ally Financial
        City                   State   ZIP Code

3.145   MerLux Pools LLC
        Name
                                           ☐ Schedule D, line _____
        1088 Texan Trail
        Number      Street                 ☐ Schedule E/F, line _____

                                           ☑ Schedule G, line   2.6
        Grapevine              TX      76051     Ally Financial
        City                   State   ZIP Code

3.146   MerLux Pools LLC
        Name
                                           ☐ Schedule D, line _____
        1088 Texan Trail
        Number      Street                 ☐ Schedule E/F, line _____

                                           ☑ Schedule G, line   2.7
        Grapevine              TX      76051     Basler Properties, LLC
        City                   State   ZIP Code

3.147   MerLux Pools LLC
        Name
                                           ☐ Schedule D, line _____
        1088 Texan Trail
        Number      Street                 ☐ Schedule E/F, line _____

                                           ☑ Schedule G, line   2.8
        Grapevine              TX      76051     Caterpillar Financial Services Corporati
        City                   State   ZIP Code

3.148   MerLux Pools LLC
        Name
                                           ☐ Schedule D, line _____
        1088 Texan Trail
        Number      Street                 ☐ Schedule E/F, line _____

                                           ☑ Schedule G, line   2.9
        Grapevine              TX      76051     Currency Express Financing
        City                   State   ZIP Code

Debtor 1   **Ryan P. Setty-O'Connor**                    Case number (if known) _____

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                            *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.149  **MerLux Pools LLC**
       Name
       **1088 Texan Trail**
       Number    Street

       **Grapevine**            **TX**     **76051**
       City                     State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☑ Schedule G, line __2.10__
**Datamax Inc.**

3.150  **MerLux Pools LLC**
       Name
       **1088 Texan Trail**
       Number    Street

       **Grapevine**            **TX**     **76051**
       City                     State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☑ Schedule G, line __2.11__
**Datamax Inc.**

3.151  **MerLux Pools LLC**
       Name
       **1088 Texan Trail**
       Number    Street

       **Grapevine**            **TX**     **76051**
       City                     State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☑ Schedule G, line __2.12__
**Pitney Bowes**

3.152  **MerLux Pools LLC**
       Name
       **1088 Texan Trail**
       Number    Street

       **Grapevine**            **TX**     **76051**
       City                     State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☑ Schedule G, line __2.13__
**Pitney Bowes**

3.153  **MerLux Pools LLC**
       Name
       **1088 Texan Trail**
       Number    Street

       **Grapevine**            **TX**     **76051**
       City                     State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☑ Schedule G, line __2.14__
**PNC Equipment Finance**

3.154  **MerLux Pools LLC**
       Name
       **1088 Texan Trail**
       Number    Street

       **Grapevine**            **TX**     **76051**
       City                     State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☑ Schedule G, line __2.15__
**Principal Life Insurance Company**

3.155  **MerLux Pools LLC**
       Name
       **1088 Texan Trail**
       Number    Street

       **Grapevine**            **TX**     **76051**
       City                     State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☑ Schedule G, line __2.16__
**Reliant Energy Retail Services**

| Debtor 1 | Ryan P. Setty-O'Connor | | | Case number (if known) _____ |

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.156**

**MerLux Pools LLC**
Name

**1088 Texan Trail**
Number    Street

_____

**Grapevine**          **TX**    **76051**
City                State    ZIP Code

☐ Schedule D, line _____

☐ Schedule E/F, line _____

☑ Schedule G, line **2.17**
**Verizon**

---

**3.157**

**Ryan Setty OConnor**
Name

**2001 Oak Bluff Dr.**
Number    Street

_____

**Arlington**          **TX**    **76006**
City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.23**

☐ Schedule G, line _____
**Basler Properties, LLC**

---

**3.158**

**Ryan Setty OConnor**
Name

**2001 Oak Bluff Dr.**
Number    Street

_____

**Arlington**          **TX**    **76006**
City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.13**

☐ Schedule G, line _____
**American Express**

---

**3.159**

**Ryan Setty OConnor**
Name

**2001 Oak Bluff Dr.**
Number    Street

_____

**Arlington**          **TX**    **76006**
City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.102**

☐ Schedule G, line _____
**SCP Distributors LLC**

---

**3.160**

**Ryan Setty OConnor**
Name

**2001 Oak Bluff Dr.**
Number    Street

_____

**Arlington**          **TX**    **76006**
City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.22**

☐ Schedule G, line _____
**Bank of America**

---

**3.161**

**Ryan Setty OConnor**
Name

**2001 Oak Bluff Dr.**
Number    Street

_____

**Arlington**          **TX**    **76006**
City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.45**

☐ Schedule G, line _____
**Fundbox**

---

**3.162**

**Setty-O'Connor, Zachary W.**
Name

**2001 Oak Bluff Dr.**
Number    Street

_____

**Arlington**          **TX**    **76006**
City                State    ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.82**

☐ Schedule G, line _____
**Nasa FCU**

---

Debtor 1   **Ryan P. Setty-O'Connor**                                    Case number (if known) _____

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                                            *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

3.163 | **Setty-O'Connor, Zachary W.**
Name

| **2001 Oak Bluff Dr.** | ☑ Schedule D, line ___ **2.1** ___
| Number     Street | ☐ Schedule E/F, line _____

☐ Schedule G, line _____

| **Arlington** | **TX** | **76006** | **NewRez - Shellpoint**
| City | State | ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ryan | P. | Setty-O'Connor |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally
responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you,
include information about your spouse. If you are separated and your spouse is not filing with you, do not include information
about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write
your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | Flight Attendant | Regional Director of Rehab |
| **Employer's name** | American Airlines, Inc. | Evolve Therapy Service LLC |
| **Employer's address** | 1 Skyview Dr. | 31641 Compass Cv |
| | Number  Street | Number  Street |
| | | |
| | Fort Worth      TX    76155 | Avon Lake      OH    44012 |
| | City          State   Zip Code | City          State   Zip Code |
| **How long employed there?** | 6 months | 1 year |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your
non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If
you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $3,421.50 | $9,625.00 |
| **3.** Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| **4.** Calculate gross income. Add line 2 + line 3. | 4. | $3,421.50 | $9,625.00 |

| Debtor 1 | Ryan P. Setty-O'Connor | | | Case number (if known) | |
|---|---|---|---|---|---|
| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ............................................................................ ➔ | 4. | $3,421.50 | $9,625.00 |
| **5.** | **List all payroll deductions:** | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $307.26 | $2,126.91 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $84.60 | $384.99 |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | 5e. Insurance | 5e. | $286.64 | $0.00 |
| | 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| | 5g. Union dues | 5g. | $41.00 | $0.00 |
| | 5h. Other deductions. Specify: **See continuation sheet** | 5h. **+** | $145.28 | $0.00 |
| **6.** | Add the payroll deductions.   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $864.78 | $2,511.90 |
| **7.** | Calculate total monthly take-home pay.   Subtract line 6 from line 4. | 7. | $2,556.72 | $7,113.10 |
| **8.** | **List all other income regularly received:** | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| | 8e. Social Security | 8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: | 8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income. Specify: | 8h. **+** | $0.00 | $0.00 |
| **9.** | Add all other income.   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |
| **10.** | Calculate monthly income.   Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $2,556.72 **+** | $7,113.10 **=**   $9,669.82 |

11. State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| Specify: | 11. **+** | $0.00 |
|---|---|---|

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

| 12. | $9,669.82 |
|---|---|
| | **Combined monthly income** |

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.   **None.**

☐ Yes. Explain:

Debtor 1     **Ryan P. Setty-O'Connor**                                    Case number (if known)

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **5h. Other Payroll Deductions (details)** | | |
| FSA | $105.28 | |
| Uniforms | $40.00 | |
| Totals: | $145.28 | $0.00 |

**Fill in this information to identify your case:**

| Debtor 1 | Ryan | P. | Setty-O'Connor |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF TEXAS**

| Case number (if known) | |
|---|---|

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                                        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  Is this a joint case?

    ☑ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  Do you have dependents?       ☑ No

    Do not list Debtor 1 and       ☐ Yes. Fill out this information
    Debtor 2.                              for each dependent..................

    Do not state the dependents'
    names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3.  Do your expenses include expenses of people other than yourself and your dependents?       ☑ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form 106I.)       **Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,395.50** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | _____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$200.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | _____ |

| Debtor 1 | Ryan P. Setty-O'Connor | Case number (if known) | |
|---|---|---|---|

**Your expenses**

| | | | | |
|---|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | | |
| 6. | Utilities: | | | |
| | 6a. Electricity, heat, natural gas | 6a. | | **$500.00** |
| | 6b. Water, sewer, garbage collection | 6b. | | **$300.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | | **$125.00** |
| | 6d. Other. Specify: **Cell phone** | 6d. | | **$100.00** |
| 7. | Food and housekeeping supplies | 7. | | **$850.00** |
| 8. | Childcare and children's education costs | 8. | | |
| 9. | Clothing, laundry, and dry cleaning | 9. | | **$200.00** |
| 10. | Personal care products and services | 10. | | **$200.00** |
| 11. | Medical and dental expenses | 11. | | **$300.00** |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | | **$200.00** |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | | **$500.00** |
| 14. | Charitable contributions and religious donations | 14. | | |

15. Insurance.
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---|
| 15a. Life insurance | 15a. | | |
| 15b. Health insurance | 15b. | | |
| 15c. Vehicle insurance | 15c. | | **$185.00** |
| 15d. Other insurance. Specify: | 15d. | | |

| | | | |
|---|---|---|---|
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | | |

17. Installment or lease payments:

| | | | |
|---|---|---|---|
| 17a. Car payments for Vehicle 1 **Spouse's car lease** | 17a. | | **$490.00** |
| 17b. Car payments for Vehicle 2 **Anticipated car payment (debtor)** | 17b. | | **$500.00** |
| 17c. Other. Specify: **Spouse's student loans** | 17c. | | **$710.00** |
| 17d. Other. Specify: **NASA FCU loan (spouse)** | 17d. | | **$843.72** |

| | | | |
|---|---|---|---|
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | | |
| 19. Other payments you make to support others who do not live with you. Specify: | 19. | | |

20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.

| | | | |
|---|---|---|---|
| 20a. Mortgages on other property | 20a. | | |
| 20b. Real estate taxes | 20b. | | |
| 20c. Property, homeowner's, or renter's insurance | 20c. | | |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | | |
| 20e. Homeowner's association or condominium dues | 20e. | | |

| Debtor 1 | Ryan P. Setty-O'Connor | Case number (if known) | | |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 21. | Other. Specify: **See continuation sheet** | | 21. | **+** | **$768.00** |

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$9,367.22** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$9,367.22** |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$9,669.82** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **–** | **$9,367.22** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$302.60** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
None.

Debtor 1    Ryan P. Setty-O'Connor                                    Case number (if known) _____

21. Other. Specify:

| | | |
|---|---|---|
| Home warranty | | **$90.00** |
| Home security | | **$59.00** |
| Pool service | | **$219.00** |
| Yard service | | **$100.00** |
| Misc. pet-related expenses | | **$200.00** |
| Tolls | | **$100.00** |
| | **Total:** | **$768.00** |

## Fill in this information to identify your case:

| Debtor 1 | Ryan | P. | Setty-O'Connor | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | | | | |
|---|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | Schedule A/B: Property (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | **$350,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................. | **$113,474.71** |
| | 1c. Copy line 63, Total of all property on Schedule A/B....................................................... | **$463,474.71** |

### Part 2:   Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$342,804.05** |
| 3. | Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................................... | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................. + | **$2,341,785.94** |
| | **Your total liabilities** | **$2,684,589.99** |

### Part 3:   Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | Schedule I: Your Income (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I............................................................. | **$9,669.82** |
| 5. | Schedule J: Your Expenses (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................................... | **$9,367.22** |

Debtor 1    **Ryan P. Setty-O'Connor**                          Case number (if known) _____

<table>
<tr><td>**Part 4:**</td><td>**Answer These Questions for Administrative and Statistical Records**</td></tr>
</table>

6.   Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑   Yes

7.   What kind of debt do you have?

☐   Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑   Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

|                                                                                                                        | **Total claim** |
|------------------------------------------------------------------------------------------------------------------------|-----------------|
| From Part 4 on *Schedule E/F,* copy the following:                                                                      |                 |
| 9a.   Domestic support obligations. (Copy line 6a.)                                                                     | _____   |
| 9b.   Taxes and certain other debts you owe the government. (Copy line 6b.)                                             | _____   |
| 9c.   Claims for death or personal injury while you were intoxicated. (Copy line 6c.)                                   | _____   |
| 9d.   Student loans. (Copy line 6f.)                                                                                    | _____   |
| 9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____   |
| 9f.   Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)                               | **+** _____ |
| 9g.   **Total.** Add lines 9a through 9f.                                                                               |                 |

**Fill in this information to identify your case:**

| Debtor 1 | Ryan | P. | Setty-O'Connor |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice,
Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____
Ryan P. Setty-O'Connor, Debtor 1

X _____
Signature of Debtor 2

Date **09/25/2023**
MM / DD / YYYY

Date _____
MM / DD / YYYY

**Fill in this information to identify your case:**

| Debtor 1 | Ryan | P. | Setty-O'Connor |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy       04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?
   - ☑ Married
   - ☐ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?
   - ☑ No
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No
   - ☑ Yes. Make sure you fill out Schedule H: Your Codebtors (Official Form 106H).

### Part 2:    Explain the Sources of Your Income

4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.
   - ☐ No
   - ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips | $90,676.60 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| For last calendar year: | ☑ Wages, commissions, bonuses, tips | $179,131.00 | ☐ Wages, commissions, bonuses, tips | |
| (January 1 to December 31, **2022** ) YYYY | ☐ Operating a business | | ☐ Operating a business | |
| For the calendar year before that: | ☑ Wages, commissions, bonuses, tips | $211,456.00 | ☐ Wages, commissions, bonuses, tips | |
| (January 1 to December 31, **2021** ) YYYY | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Ryan P. Setty-O'Connor**                                      Case number (if known) _____

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security;
    unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;
    and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under
    Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Sources of income Describe below. | Gross income from each source (before deductions and exclusions) |
| From January 1 of the current year until the date you filed for bankruptcy: | Unemployment Compens | $5,070.00 | | |
| For last calendar year: (January 1 to December 31, **2022** ) YYYY | Business loss | ($70,800.00) | | |
|  | Unemployment compens: | $6,756.00 | | |
| For the calendar year before that: (January 1 to December 31, **2021** ) YYYY | Business loss | ($82,186.00) | | |

Debtor 1    Ryan P. Setty-O'Connor _____    Case number (if known) _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| NewRez - Shellpoint | | $2,395.50 | $261,056.00 | ☑ Mortgage |
| Creditor's name | July 2023 | | | ☐ Car |
| 55 Beattie Place Suite 600 | Aug 2023 | | | ☐ Credit card |
| Number    Street | Sept 2023 | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| Greenville            SC    29601 | | | | ☐ Other _____ |
| City                State    ZIP Code | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

Debtor 1    Ryan P. Setty-O'Connor    Case number (if known) _____

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | | | Status of the case |
|---|---|---|---|---|---|
| Antone Thompson v. Ryan Setty-O'Conner | Damages arising from debtor's business MerLux Pools LLC | Justice Court, Precinct 4 | | | ☑ Pending |
| | | Court Name | | | |
| | | 6200 Canyon Fallas Dr. | | | ☐ On appeal |
| | | Number    Street | | | |
| Case number C23-1662J4 | | Suite 101 | | | ☐ Concluded |
| | | Flower Mound | TX | 76226 | |
| | | City | State | ZIP Code | |

| Case title | Nature of the case | Court or agency | | | Status of the case |
|---|---|---|---|---|---|
| John P. Hendrickson v. Jared Hall and Ryan Setty-O'Connor | Alleged various FLSA violations | US District Court | | | ☑ Pending |
| | | Court Name | | | |
| | | Dallas County | | | ☐ On appeal |
| | | Number    Street | | | |
| Case number 3:22-cv-2930 | | | | | ☐ Concluded |
| | | City | State | ZIP Code | |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details.

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No
☐ Yes

Debtor 1    Ryan P. **Setty-O'Connor**                              Case number (if known) _____

### Part 5:    List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☑ No
☐ Yes. Fill in the details for each gift.

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

### Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

### Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ Fill in the details.

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Toronjo & Prosser Law<br>Person Who Was Paid |  |  |  |
| 6440 N. Central Expressway<br>Number  Street |  | 09/20/2023 | $1,000.00 |
| Suite 104 |  |  |  |

| Dallas |  | TX | 75206 |
|---|---|---|---|
| City |  | State | ZIP Code |

Email or website address

Person Who Made the Payment, if Not You

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

Debtor 1    Ryan P. Setty-O'Connor                            Case number (if known) _____

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Unrelated Third Party | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | Debtor and non-filing spouse sold an RV they purchased from an estate | Appx. \$500 net proceeds | 2022 |
| Number   Street | | | |

City            State    ZIP Code

Person's relationship to you **None** _____

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?   (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

### Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑
☐ Yes. Fill in the details.

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

### Part 9:   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

Debtor 1   Ryan P. Setty-O'Connor _____   Case number (if known) _____

**Part 10:   Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No.
☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

☑ No.
☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.

☑ No.
☐ Yes. Fill in the details.

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **MerLux Pools LLC** <br> Business Name | Pool contruction and landscaping business | Do not include Social Security number or ITIN. |
| **1088 Texan Trail** <br> Number    Street | Name of accountant or bookkeeper | EIN: **8   5 – 4   0   8   1   4   4   5** |
| | | **Dates business existed** |
| | | From    **2020**    To **12/16/2022** |
| **Grapevine        TX   76051** <br> City              State   ZIP Code | | |

Debtor 1    Ryan P. Setty-O'Connor                                        Case number (if known) _____

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include
    all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below:

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____          X _____
    Ryan P. Setty-O'Connor, Debtor 1              Signature of Debtor 2

    Date    09/25/2023                            Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes    Name of person _____        Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                                  *Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| Debtor 1 | Ryan | P. | Setty-O'Connor |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **NewRez - Shellpoint**<br><br>Description of property securing debt: **Homestead** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]:<br>**Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |
| Creditor's name: **Truist Loan Services**<br><br>Description of property securing debt: **2021 GMC Sierra 2500 HD** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

Debtor 1    Ryan P. Setty-O'Connor                                    Case number (if known) _____

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| e your unexpired personal property leases | | Will this lease be assumed? |
|---|---|---|
| Lessor's name:<br>Description of leased property: | Ally Financial<br>Business vehicle lease for 2021 Ford F-150 for MerLux Pools LLC | ☑ No<br>☐ Yes |
| name:<br>ion of leased property: | Ally Financial<br>Business vehicle lease for 2022 Ford F-250 for MerLux Pools LLC | ☑ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | Ally Financial<br>Business vehicle lease for 2021 Nissan NV2500HD for MerLux Pools LLC | ☑ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | Ally Financial<br>Business vehicle lease for 2021 Chevrolet Spark for MerLux Pools LLC | ☑ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | Ally Financial<br>Business vehicle lease for 2021 Toyota Tacoma for MerLux Pools LLC | ☑ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | Ally Financial<br>Business vehicle lease for 2022 Mercedes GLE for MerLux Pools LLC | ☑ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | Basler Properties, LLC<br>Commercial lease for 1088 Texan Trail, Grapevine, TX 76051 for MerLux Pools LLC | ☑ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | Caterpillar Financial Services Corporati<br>Business equipment lease for 2021 Caterpillar 249D3 Compact Track Loaser for MerLux Pools LLC | ☑ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | Currency Express Financing<br>Business equipment trailer lease for MerLux Pools LLC | ☑ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | Datamax Inc.<br>Office equipment lease for Wideformat Printer/Plotter for MerLux Pools LLC | ☑ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | Datamax Inc.<br>Office equipment lease for office Printer for MerLux Pools LLC | ☑ No<br>☐ Yes |

Debtor 1    Ryan P. Setty-O'Connor                                    Case number (if known) _____

Describe your unexpired personal property leases                                    **Will this lease be assumed?**

| | | |
|---|---|---|
| Lessor's name: | **Pitney Bowes** | ☑ No |
| Description of leased property: | **Office equipment lease for postal meter for MerLux Pools LLC** | ☐ Yes |
| Lessor's name: | **Pitney Bowes** | ☑ No |
| Description of leased property: | **Office equipment lease for postal meter for MerLux Pools LLC** | ☐ Yes |
| Lessor's name: | **PNC Equipment Finance** | ☑ No |
| Description of leased property: | **Equipment lease for MT-100 Mini Bobcat for MerLux Pools LLC** | ☐ Yes |
| Lessor's name: | **Principal Life Insurance Company** | ☑ No |
| Description of leased property: | **Business insurance contract for MerLux Pools LLC** | ☐ Yes |
| Lessor's name: | **Reliant Energy Retail Services** | ☑ No |
| Description of leased property: | **Business utility contract for MerLux Pools LLC** | ☐ Yes |
| Lessor's name: | **Verizon** | ☑ No |
| Description of leased property: | **Business wireless contract for MerLux Pools LLC** | ☐ Yes |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X _____          X _____
   Ryan P. Setty-O'Connor, Debtor 1               Signature of Debtor 2

Date  09/25/2023                              Date _____
      MM / DD / YYYY                               MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

* You are an individual filing for bankruptcy, and

* Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

* Chapter 7 -- Liquidation

* Chapter 11 -- Reorganization

* Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

* Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

|   | $245 | filing fee |
|---|------|------------|
|   | $78  | administrative fee |
| + | $15  | trustee surcharge |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

* most taxes;

* most student loans;

* domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the Chapter 7 Means Test Calculation (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the Chapter 7 Means Test Calculation (Official Form 122A-2). The calculations on the form-- sometimes called the Means Test--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the Means Test, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called exempt property. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on Schedule C: The Property You Claim as Exempt (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re  Ryan P. Setty-O'Connor

Case No. _____

Chapter    7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................. | **$4,500.00** |
| Prior to the filing of this statement I have received....................................................... | **$1,000.00** |
| Balance Due.................................................................................................................. | **$3,500.00** |

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

09/25/2023
_____
Date

Derek K. Prosser                                    Bar No.  24086889
Toronjo & Prosser Law
6440 N. Central Expressway
Suite 104
Dallas, Texas 75206
Phone: (214) 609-8787 / Fax: (866) 640-7043

_____
*Ryan P. Setty-O'Connor*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Ryan P. Setty-O'Connor**                                    CASE NO

                                                                                   CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _9/25/2023_____          Signature _____
                                                                              *Ryan P. Setty-O'Connor*

Date _____          Signature _____

4050 MUV, LLC
c/o Friedman & Feiger
5301 Spring Valley Road
Suite 200
Dallas, TX 75254

4Imprint, Inc.
25303 Network Place
Chicago, IL 60673-1253

Aaron Rocha
1485 Snyder Court
Lucas, TX 75002

Abargile Meir & Estela Dominguez
1500 Sara Cove
Lucas, TX 75002

Alan Hopper
5007 Bradford Dr.
Dallas, TX 76051

Alert 360
P.O. Box 21031
Tulsa, OK 74121-1031

Alert 360/Guardian Security
c/o Rosenthal Morgan and Thomas, Inc.
514 Earth City Plaza, Suite 220
St. Louis, MO 63045

Alex Heredia
7242 May Hall Drive
Frisco, TX 75034

Alliance Pro Electric, LP
15578 Highway 114
Justin, TX 76247

Allstar Masonry & Construction
2319 W. Newton Circle
Irving, TX 75062


Ally Financial
PO Box 380902
Bloomington, MN 55438


Amanda & Terry Shephard
11521 Twining Branch Circle
Haslett, TX 76052


Ambius
PO Box 14086
Reading, PA 19612


American Express
P.O. Box 981531
El Paso, TX 79998-1531


Andrew Hazel
6400 Glenhollow Drive
Plano, TX 75093


Andrew Williams
660 Alexandrite Dr.
Oak Pointe, TX 75068


Angel Marrero
533 Tuscany Dr.
Forney, TX 75126


Angel Nava
501 N. Main St.
Weatherford, TX 76086

Anjali & Paul Thottakara
1044 St. Francis Ln.
Flower Mound, TX 75028


Antone & Marsha Thompson
7201 Faught Rd.
Argyle, TX 76226


Anusha Raavi
3444 Begonia Ln.
Irving, TX 75038


Apple Card - GS Bank
P.O. Box 7247
Philadelphia, PA 19170


Aquabella
Attn:  Credit Department
11906 Brittmoore Park Dr.
Houston, TX 77041


Aramark Uniforms
PO Box 731676
Dallas, TX 75373


Asha & Kalyan Indoori
8055 Wine Barrell Lane
Frisco, TX 75035


ATD Concrete Coatings
616 E. Ave J.
Grand Prairie, TX 75050


Bank of America
P.O. Box 982238
El Paso, TX 79998

Basler Properties, LLC
c/o Michael Basler
1090 Texan Trail
Grapevine, TX 76051

Billie & Keith Glazner
1521 Chesterfield Dr.
Carrollton, TX 75007

BlueCross BlueShield of Texas
PO Box 655730
Dallas, TX 75265

Brandon & Sarah Fisher
3619 French Creek Dr.
Heartland, TX 75126

Burlington Building Materials, Inc.
8001 Bent Branch Dr.
Irving, TX 75063

Candelario Davila
1419 S. Montreal Ave.
Dallas, TX 75208

Caterpillar Financial Services Corporati
2120 West End Ave.
PO Box 340001
Nashville, TN 37203-0001

Chance Jobe
8113 Yacht Club Dr.
Rowlett, TX 75089

Chase
Southwest Rapid Rewards
PO Box 15123
Wilmington, DE 19850-5123

Chase Ink
PO Box 15123
Wilmington, DE 19850-5123


Cherise & Kenneith Johnson
9004 Ridge River Way
Fort Worth, TX 76131


Corporate Billing LLC
Dept. 100
PO Box 830604
Birmingham, AL 35283


Courtney & Mathew Rice
1454 Oliver Creek Ln.
Justin, TX 76247


Credit Internatioonal Corporation
PO Box 1268
Bothwell, WA 98041


Currency Express Financing
575 Anton Blvd.
12th Floor
Costa Mesa, CA 92626


Datamax Inc.
PO Box 2235
St. Louis, MO 63109


David Colvin & Vicente Verduzco
630 N. Hampton Rd.
Dallas, TX 75208


David Lockey
4158 Briargrove Lane
Dallas, TX 75287

Dean & Heidi Knipping
2902 Acacia Dr.
Heartland, TX 75216


Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197


Dell Financial Services
One Dell Way
Round Rock, TX 78682


Edward & Sherille Rivera
201 monticello Dr.
Mansfield, TX 76063


Erica & Shadqunta Patton-Towns
2501 Penshurts Court
Celina, TX 75009


Erin & Samuel Rice
2253 Hideaway Pointe Dr.
Little ELm, TX 75068


Faber CNK Stone
2207 Joe Field Rd.
Dallas, TX 75229


Ferguson
2682 West Euless Blvd.
Euless, TX 76040


Fly Tile & Plaster
7161 San Francisco Trail
Fort Worth, TX 76131

Friedman & Feiger
5301 Spring Valley Road
Suite 200
Dallas, TX 75254

Fundbox
300 Montgomery St.
Suite 900
San Fransisco, CA 94104

Gasper Law PLLC
1408 N. Riverfront Blvd., Suite 323
Dallas, TX 75207

Gasper Law PLLC
1408 N. Riverfront Blvd.
Suite 323
Dallas, TX 75207

GE Steel Pool LLC
3905 Rainer St.
Irving, TX 75062

Gloria Stennett
6711 Historic View Dr.
Dallas, TX 75236

Grainger
1305 N. Interestate 35E
Carrollton, TX 75006

Heidi & Wesley Porter
12550 Verwood Circle
Farmers Branch, TX 75234

Home Depot Credit Services
P.O. Box 7903420
St. Louis, MO 63179

Intuit/Paycycle, Inc.
6884 Sierra Center Parkway
Reno, NV 89511

James & Vika Bonamy
13524 Fishing Hole Ln.
Haslet, TX 76052

James Bohr
429 Bronzewood Ln.
Fort Worth, TX 76131

Janet Kobylka
10220 Cimmaron Trail
Dallas, TX 75243

Jared Hall
1717 Caddo St. #105
Dallas, TX 75204

Jason & Jessica Hills
2612 Green Oak Dr.
Carrollton, TX 75010

Jason & Jonie Coleman
4322 Cobalt Bloom Ct.
Arlington, TX 75050

Jennifer Six
2104 Benjamin Creek Dr.
Little Elm, TX 75068

Jimmy & Stefanie Thomas
2401 Simpson Ln.
Mansfield, TX 76063

John Ngumba
14716 Lost Wagon St.
New Fairview, TX 76247


John P. Hendrickson
c/o Travis Gasper
1408 N. Riverfront Blvd.
Suite 323
Dallas, TX 75207

John Shaffer & Christy Raomaine
1101 Bellevue Dr.
Princeton, TX 75407


Jonathan Burgos
748 Wild Flower Ln.
Princeton, TX 75407


JPMCB Card Services
P.O. Box 15369
Wilmington, DE 19850


Khalil Issa
2601 Coble Court
Bedford, TX 76021


Larry & Kyle Scirotto-Bradley
939 N. Buckner Blvd.
Dallas, TX 75218


Law Office of Kenneth M. Stillman
11300 N. Central Expressway
Suite 408
Dallas, TX 75243


Leeroy Jordan Lumber Company
11529 Emerald St.
Dallas, TX 75229

Leslie's Poolmart Inc.
PO BOx 501162
St. Louis, MO 63150


Liberty Mutual
PO Box 91013
Chicago, IL 60680


Lisa Brackett
3 Roaring Creek Ct.
Trophy Club, TX 76262


Living Earth
Dept 730004
PO Box 660919
Dallas, TX 75266


Lori Vaispour
4528 Rustic Ridge Ct.
The Colony, TX 75056


Macys/Citibank NA
PO Box 6789
Sioux Falls, SD 57117


Manish Goyal
2160 Longmont Ln.
Prosper, TX 75078


Marc Pieroni
3318 Bluffview Dr.
Garland, TX 75043


Marco Atonio Rico
3708 Sydney St.
Fort Worth, TX 76119

Marcus Nelson
4015 North FM 51
Weatherford, TX 76083


Mark & Natalie Hasbani
4238 Merrell Rd.
Dallas, TX 75229


Mark A. Kirkorsky
1119 S. Southern Ave.
SUite 200
Mesa, AZ 85210


Mark Mack
3312 Kelsey Court
Flower Mound, TX 75028


Marshal Presley & Pipal PLLC
2615 E. Southlake Blvd., Suite 200
Southlake, TX 76092


Matthew & Kate Lockhart-Dozois
3598 Arrowwood Dr.
Frisco, TX 75033


McCarthy, Burgess & Wolff
26000 Cannon Rd.
Cleveland, OH 44146


MerLux Pools LLC
1088 Texan Trail
Grapevine, TX 76051


Michael Alacala
2021 Livingston
Flower Mound, TX 75028

Michele Moore
122 Springfield Ln.
Waxahachie, TX 75165

Midway Urban Village LLC
4050 McEwen Rd.
Farmers Branch, TX 75244

Monreal Rebar Contractors LLC
1221 W. Broadus St.
Ft Worth, TX 76115

Munguia Pulido Plumbing
3403 Jasper Dr.
Grand Prairie, TX 75052

Namrata & Premal Bathia
1731 Lincoln Rd.
Lucas, TX 75002

Nasa FCU
Attn: Loan Servicing Dept.
500 Prince Georges Blvd.
Upper Marlboro, MD 20774

Nebraska Furniture Mart
P.O. Box 3456
Omaha, NE 68103

New Champion Concrete
7007 S FM 5
Aledo, TX 76008

Newest Construction Group, LLC
1603 Pleasant Run
Keller, TX 76248

NewRez - Shellpoint
55 Beattie Place Suite 600
Greenville, SC 29601


Niko Leinonen
341 Kle Dr.
Coppell, TX 75019


Noble Tile Supply Inc.
11215 Shady Trail
Dallas, TX 75229


Patrick & Sara Shirey
1701 Forest Pakr Dr.
Prosper, TX 75078


Pete & Donna Dipasqua
12073 Blackburn Way
Farmers Branch, TX 75234


Pitney Bowes
2225 American Drive
Neenah, WI 54956-1005


PNC Equipment Finance
655 Business Center Dr.
Suite 250
Horsham, PA 19044


Precision Gunite, LLC
522 Benson Ln.
Roanoake, TX 76262


Principal Life Insurance Company
Group Benefits
711 High Street
Des Moines, IA 50392

QDI Stone Dallas LLC
2605 Frewood Dr.
Dallas, TX 75220


Quest Diagnostics
P.O. Box 740779
Cincinnati, OH 45274-0779


Reliant Energy Retail Services
P.O. Box 650475
Dallas, TX 75265


Roberto RIncon
2525 Highway 360 #1117
Eueless, TX 76039


Ryan Setty OConnor
2001 Oak Bluff Dr.
Arlington, TX 76006


Saeed & Maryam Razdar-Sanagoo
1943 Ro Blanco Dr.
Frisco, TX 75033


Sammy Dorsey
1017 Bannach Dr.
Arlington, TX 76001


Saul Lico
1030 Hope Valley Pkwy.
Roanoke, TX 76262


Scarborough Specialties
10501 Indiana Ave.
Lubbock, TX 79432

Scott & Kimberly Lauer
3304 Dustin Trail
Hurst, TX 76054

SCP Distributors LLC
PO BOx 54200
New Orleans, LA 70154

SCP Pool Corp.
7610 Northshore Pl.
North Little Rock, AR 72118

Shawn & Jennifer Gill
813 Patio St.
Aubrey, TX 76227

Shawn Kremer
1513 Evening Primrose Dr.
Mansfield, TX 76063

Sherwin Williams
2121 W. University Dr.
Denton, TX 76201

State Auto Mutual Insurance Co.
c/o Brown & Joseph, PPC
One Pierce Place
Suite 700 W
Itasca, IL 60143

Stephen Platek
5913 Myrtle Ln.
Frisco, TX 75036

Sunny & Seema Patel
559 Richwoods Dr.
Flower Mound, TX 75028

Thomas & Lea Ann Bryant
1426 Oliver Creek Ln.
Justin, TX 76247


Toronjo & Prosser Law
6440 N. Central Expressway
Suite 104
Dallas, Texas 75206


Travis Bowles & Ryan Delargarza
1843 Pueblo St.
Dallas, TX 75212


Truist Loan Services
MC:  100-50-02-57
PO Box 2306
Wilson, NC 27894


ULine
PO Box 88741
Chicago, IL 60681-1741


UPS
PO Box 650116
Dallas, TX 75265-0116


Vari Sales Corp.
PO BOx 3588
Coppell, TX 75019


Vega Decorative Concrete
109 Pruett St.
Blue Ridge, TX 75424


Verizon
PO Box 408
Newark, NJ 07101-0408

Water Work Solutions
2102 Houseley Dr.
Dallas, TX 75228


Wendy Harris
400 Water Ln.
Mansfield, TX 76063


Wex Bank
QT Quiktrip
PO Box 4337
Carol Stream, IL 60197


Wheat Lumber Co.
809 South Doll;ey St.
Grapevine, TX 76051


White Cap
PO Box 4944
Building D. Suite 180
Orlando, FL 32802


Zachary W. Setty-O'Connor
2001 Oak Bluff Dr.
Arlington, TX 76006

**Fill in this information to identify your case:**

| Debtor 1 | Ryan | P. | Setty-O'Connor |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)          12/15

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

   ☑ No.    Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ No.    Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.    Go to line 3.

      ☐ Yes.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.    Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No.    Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.   Check any one of the following categories that applies:

         ☐ I was called to active duty after September 11, 2001, for at least 90 days and remain on active duty.

         ☐ I was called to active duty after September 11, 2001, for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

         ☐ I am performing a homeland defense activity for at least 90 days.

         ☐ I performed a homeland defense activity for at least 90 days, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

         If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

         If your exclusion period ends before your case is closed, you may have to file an amended form later.

| **Fill in this information to identify your case:** | | | | **Check one box only as directed in this form and in Form 122A-1Supp:** |
|---|---|---|---|---|
| Debtor 1 | Ryan | P. | Setty-O'Connor | ☑ 1. There is no presumption of abuse. |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2). |
| (Spouse, if filing) First Name | | Middle Name | Last Name | |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | | | | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | | | | |

☐ Check if this is an amended filing

## Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income                    12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1.  What is your marital and filing status? Check one only

☐ Not married. Fill out Column A, lines 2-11.

☐ Married and your spouse is filing with you. Fill out both Columns A and B, lines 2-11.

☐ Married and your spouse is NOT filing with you. You and your spouse are:

☐ Living in the same household and are not legally separated. Fill out both Columns A and B, lines 2-11.

☐ Living separately or are legally separated. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2.  Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | | |
| 3.  Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | | |
| 4.  All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | |

Debtor 1    Ryan P. Setty-O'Connor                                    Case number (if known) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5. Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |  |  |  |
| Ordinary and necessary operating expenses | − _____ | − _____ |  |  |  |
| Net monthly income from a business, profession, or farm | _____ | _____ | Copy here → | _____ | _____ |

**6. Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |  |  |  |
| Ordinary and necessary operating expenses | − _____ | − _____ |  |  |  |
| Net monthly income from rental or other real property | _____ | _____ | Copy here → | _____ | _____ |

**7. Interest, dividends, and royalties** _____ _____

**8. Unemployment compensation** _____ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .............↓

For you....................................................................... _____

For your spouse.............................................................. _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.     _____ _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____ _____ _____

_____ _____ _____

Total amounts from separate pages, if any.     + _____ + _____

Debtor 1   Ryan P. Setty-O'Connor                     Case number (if known) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |  |
|---|---|---|---|

**11.** Calculate your total current monthly income.
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

[   ] + [   ] = [   ]
**Total current monthly income**

---

## Part 2:   Determine Whether the Means Test Applies to You

**12.** Calculate your current monthly income for the year. Follow these steps:

12a.   Copy your total current monthly income from line 11....................................................**Copy line 11 here** → 12a. [   ]

Multiply by 12 (the number of months in a year).                                                                    X   **12**

12b.   The result is your annual income for this part of the form.                                            12b. [   ]

**13.** Calculate the median family income that applies to you. Follow these steps:

Fill in the state in which you live.   [                    ]

Fill in the number of people in your household.   [                    ]

Fill in the median family income for your state and size of household...........................................................   13. [   ]

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14.** How do the lines compare?

14a.   [ ]   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
         Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.   [ ]   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
         Go to Part 3 and fill out Form 122A-2.

---

## Part 3:   Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____              X _____
Ryan P. Setty-O'Connor, Debtor 1                 Signature of Debtor 2

Date   9/25/2023                                   Date _____
     MM / DD / YYYY                                     MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

## Current Monthly Income Calculation Details

In re: Ryan P. Setty-O'Connor

Case Number:
Chapter:          7

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2021

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF TEXAS

Case number (if known): _____

Official Form 121

## Statement About Your Social Security Numbers

12/15

Use this form to tell the court about any Social Security or federal Individual Taxpayer Identification numbers you have used. Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.

To protect your privacy, the court will not make this form available to the public. You should not include a full Social Security Number or Individual Taxpayer Number on any other document filed with the court. The court will make only the last four digits of your numbers known to the public. However, the full numbers will be available to your creditors, the U.S. Trustee or bankruptcy administrator, and the trustee assigned to your case.

Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Part 1: Tell the Court About Yourself and Your spouse if Your Spouse is Filing With You

|  | For Debtor 1: | For Debtor 2 (Only If Spouse Is Filing): |
|---|---|---|
| 1. Your name | Ryan <br> First name | First name |
|  | P. <br> Middle name | Middle name |
|  | Setty-O'Connor <br> Last name | Last name |

### Part 2: Tell the Court About all of Your Social Security or Federal Individual Taxpayer Identification Numbers

2. All Social Security Numbers you have used

2 9 4 – 8 0 – 9 2 3 9

__ __ __ – __ __ – __ __ __ __

☐ You do not have a Social Security number.

__ __ __ – __ __ – __ __ __ __

__ __ __ – __ __ – __ __ __ __

☐ You do not have a Social Security number.

3. All federal Individual Taxpayer Identification Numbers (ITIN) you have used

9 __ __ – __ __ – __ __ __ __

9 __ __ – __ __ – __ __ __ __

☑ You do not have an ITIN.

9 __ __ – __ __ – __ __ __ __

9 __ __ – __ __ – __ __ __ __

☐ You do not have an ITIN.

### Part 3: Sign Below

Under penalty of perjury, I declare that the information I have provided in this form is true and correct.

X _____
Ryan P. Setty-O'Connor, Debtor 1

Date 09/25/2023
MM / DD / YYYY

Under penalty of perjury, I declare that the information I have provided in this form is true and correct.

X _____
Signature of Debtor 2

Date _____
MM / DD / YYYY

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:

Ryan P. Setty-O'Connor

§
§
§
§
§

Case No. _____

Chapter ___7___

Debtor(s)

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐  *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☐  *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: __9/25/2023__           _____

Ryan P. Setty-O'Connor
Debtor
Soc. Sec. No. __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__

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: __9/25/2023__            _____

Derek K. Prosser, Attorney for Debtor



TO: Magistrate Judge David L. Horan

FROM:
Ryan Setty-O'Connor
2001 Oak Bluff Drive
Arlington, TX 76006
(682) 563-7589
rsetty@me.com

RE: Case # 3:22-cv-02930-S-BN

DATE: February 23, 2024

Dear Judge Horan,

My name is Ryan Setty-O'Connor and I was the co-owner of the business that the plaintiff in this case worked for, MerLux Pools LLC. This case is regarding unpaid wages from that business. I was personally not involved in this individuals employment, day to day activities, or administrative aspects of his employment, including payroll. That was Jack J. Hall, who is since deceased.

The business ceased operations in November of 2022 and promptly filed for bankruptcy. Mr. Hall died a couple months later in January of 2023. While I was personally blindsided, betrayed, and scammed by my former business partner, I was unfortunately the only surviving member of MerLux Pools LLC to handle these affairs.

The financial liability associated with this debt was 1st a business expense incurred under the LLC, 2nd a debt included in the business bankruptcy filing, and 3rd a debt included and discharged under my personal bankruptcy filing. As a result, I request dismissal of this case due to my rights and protections under the Federal Bankruptcy Laws.

I am submitting the following documents with this letter to support the previous paragraph:

- MerLux Pools Certificate of Fact, showing registration as a Limited Liability Corporation.
- MerLux Pools LLC business bankruptcy petition
- Ryan Setty-O'Connor personal bankruptcy petition
- Ryan Setty-O'Connor personal bankruptcy discharge

Please accept my personal apologies for this delayed response and filing of this status update. I was unfortunately relying on relayed communication from the plaintiffs attorney and was unaware of your request for this update until receiving an email on the evening of February 22, 2024.

I am a good, honest, respectful, empathetic, and responsible person. I've always tried to carry myself, personally and professionally, with the decorum that a situation like this demands. While I understand the frustrations of this former employee and their desire to file this case, I was also an absolute victim in all of this, completely scammed, and frauded by my former business partner. This has unfortunately left me in personal financial ruin, bankrupt, and doing my best to navigate a new normal. The narrative that former clients and employees have painted about me is just wrong and has no merit. This idea that I've run off with their money and am living the high life couldn't me more wrong. The reality is, I am working as a newhire flight attendant making an annual salary of less than $35,000 while I try to piece my life back together.

Respectfully and with appreciation,

Ryan Setty-O'Connor