**Complaints and Other Initiating Documents**
3:22-cv-02930-S-BN Hendrickson v. Hall et al

CASREF,JURY



# U.S. District Court

## Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered by Gasper, Travis on 2/23/2024 at 9:04 PM CST and filed on 2/23/2024
**Case Name:**     Hendrickson v. Hall et al
**Case Number:**   3:22-cv-02930-S-BN
**Filer:**         John P Hendrickson
**Document Number:** 25

**Docket Text:**
**AMENDED COMPLAINT WITH JURY DEMAND** against Ryan Setty-OConnor filed by John P Hendrickson. (One or more defendant(s) is no longer named.) Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: **Attorney Information - Bar Membership**. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Gasper, Travis)


**3:22-cv-02930-S-BN Notice has been electronically mailed to:**

Travis Gasper     travis@travisgasper.com, travis.travisgasper.com@recap.email

**3:22-cv-02930-S-BN Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=2/23/2024] [FileNumber=15363859-0] [9fcad5e7ced92636af80c0587a8333544178fffe5308a68adaf0ba069cc1af28fa9cd9c8b3f6f3d4f31c79342b9db76789dcc23861edff6d7189761f336666db]]