

**EXHIBIT B**

Travis Gasper <travis@travisgasper.com>

---

## Activity in Case 3:22-cv-02930-S-BN Hendrickson v. Hall et al Motion to Dismiss
1 message

---

**ecf_txnd@txnd.uscourts.gov** <ecf_txnd@txnd.uscourts.gov>   Tue, Feb 27, 2024 at 12:10 PM
To: Courtmail@txnd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered on 2/27/2024 at 12:10 PM CST and filed on 2/23/2024
**Case Name:**     Hendrickson v. Hall et al
**Case Number:**   3:22-cv-02930-S-BN
**Filer:**         Ryan Setty-OConnor
**Document Number:** 26

**Docket Text:**
**Request for Dismissal of Case** filed by Ryan Setty-OConnor. (cfk)


**3:22-cv-02930-S-BN Notice has been electronically mailed to:**

Travis Gasper      travis@travisgasper.com, travis.travisgasper.com@recap.email

**3:22-cv-02930-S-BN Notice required by federal rule will be delivered by other means (as detailed in the Clerk's records for orders/judgments) to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=2/27/2024] [FileNumber=15369022-0] [153abe5daab47a94ba138f2298c0f884458157a58084c46ecdb196b48c3fd3d9d59db13580c7a62b457606c3c1b7deaebf6b786433265400f60f1bfce077e6e7]]