TO: Magistrate Judge David L. Horan

FROM:
Ryan Setty-O'Connor
2001 Oak Bluff Drive
Arlington, TX 76006
(682) 563-7589
rsetty@me.com



RE: Case # 3:22-cv-02930-S-BN

DATE: February 23, 2024

Dear Judge Horan,

My name is Ryan Setty-O'Connor and I was the co-owner of the business that the plaintiff in this case worked for, MerLux Pools LLC. This case is regarding unpaid wages from that business. I was personally not involved in this individuals employment, day to day activities, or administrative aspects of his employment, including payroll. That was Jack J. Hall, who is since deceased.

The business ceased operations in November of 2022 and promptly filed for bankruptcy. Mr. Hall died a couple months later in January of 2023. While I was personally blindsided, betrayed, and scammed by my former business partner, I was unfortunately the only surviving member of MerLux Pools LLC to handle these affairs.

The financial liability associated with this debt was 1st a business expense incurred under the LLC, 2nd a debt included in the business bankruptcy filing, and 3rd a debt included and discharged under my personal bankruptcy filing. As a result, I request dismissal of this case due to my rights and protections under the Federal Bankruptcy Laws.

I am submitting the following documents with this letter to support the previous paragraph:
- MerLux Pools Certificate of Fact, showing registration as a Limited Liability Corporation.
- MerLux Pools LLC business bankruptcy petition
- Ryan Setty-O'Connor personal bankruptcy petition
- Ryan Setty-O'Connor personal bankruptcy discharge

Please accept my personal apologies for this delayed response and filing of this status update. I was unfortunately relying on relayed communication from the plaintiffs attorney and was unaware of your request for this update until receiving an email on the evening of February 22, 2024.

I am a good, honest, respectful, empathetic, and responsible person. I've always tried to carry myself, personally and professionally, with the decorum that a situation like this demands. While I understand the frustrations of this former employee and their desire to file this case, I was also an absolute victim in all of this, completely scammed, and frauded by my former business partner. This has unfortunately left me in personal financial ruin, bankrupt, and doing my best to navigate a new normal. The narrative that former clients and employees have painted about me is just wrong and has no merit. This idea that I've run off with their money and am living the high life couldn't me more wrong. The reality is, I am working as a newhire flight attendant making an annual salary of less than $35,000 while I try to piece my life back together.

Respectfully and with appreciation,

Ryan Setty-O'Connor

Debtor 1    Ryan P. Setty-O'Connor                                    Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.60 | | $98,000.00 |

**Jimmy & Stefanie Thomas**
Nonpriority Creditor's Name
2401 Simpson Ln.
Number    Street

Mansfield            TX       76063
City                 State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   2  2  3  2
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Customer

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

| 4.61 | | tForUnknown |

**John P. Hendrickson**
Nonpriority Creditor's Name
c/o Travis Gasper
Number    Street
1408 N. Riverfront Blvd.

Suite 323

Dallas               TX       75207
City                 State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   2  9  3  0
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Lawsuit

| 4.62 | | $112,000.00 |

**Jonathan Burgos**
Nonpriority Creditor's Name
748 Wild Flower Ln.
Number    Street

Princeton            TX       75407
City                 State    ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   2  2  2  6
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Customer

Potential customer liability of MerLux Pools LLC (may or may not be personally liable)

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 31