

March 4, 2024

Dear Travis Gasper:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8036 9930 0165 6461 38**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | February 26, 2024, 9:43 am |
| Location: | ARLINGTON, TX 76006 |
| Postal Product: | Priority Mail® |
| Extra Services: | Signature Confirmation™ |
| | Up to $100 insurance included |
| Recipient Name: | RYAN SETTY O CONNOR |
| Actual Recipient Name: | R RYAN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| Weight: | 1lb, 1.0oz |

| Recipient Signature |
|---|

Note: There is no delivery signature on file for this item.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004