IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN P. HENDRICKSON, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:22-cv-2930-S-BN |
| RYAN SETTY-O'CONNOR, | § § § | |
| Defendant. | § | |

**ORDER REQUIRING CLARIFICATION FROM**
**DEFENDANT RYAN SETTY-O'CONNOR**

Defendant Ryan Setty-O'Connor, who is representing himself in this action, made a filing that the Court is treating a motion to dismiss Plaintiffs' case. *See* Dkt. No. 24. The Clerk of the Court is directed to update Mr. Setty-O'Connor's contact information on the docket based on his address and phone number and email provided at Dkt. No. 26 at 263 of 264.

But, since the time that Mr. Setty-O'Connor filed the document, Plaintiffs have filed an Amended Complaint on February 23, 2024. *See* Dkt. No. 25.

The Court therefore directs Mr. Setty-O'Connor to file a status report, by March 25, 2024, with the Court explaining whether he intends the Court to treat his construed motion to dismiss as being directed to Plaintiffs' Amended Complaint or whether he would prefer to file a new answer or motion to dismiss, by April 1, 2024, to Plaintiffs' Amended Complaint.

The Court stays Plaintiffs' deadline to respond to the motion to dismiss [Dkt. No. 24] until after Mr. Setty-O'Connor files the required status report. And the Court terminates Plaintiffs' Notice of Request for Clarification [Dkt. No. 27] based on the Court's entered this order.

SO ORDERED.

DATED: March 18, 2024

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE