UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| JOHN P. HENDRICKSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>V.<br><br>RYAN SETTY-O'CONNOR,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§　　No. 3:22-cv-2930-S-BN<br>§<br>§<br>§<br>§ |

_____

**MOTION TO DISMISS**
_____

**COMES NOW**, Defendant Ryan Setty-O'Connor, by and through his attorney, Joslyn Smith of the Law Office of J.R. Smith, PLLC, files and presents this Motion for Dismissal, pursuant to Federal Rule of Civil Procedure 12(b)(6), by asserting the Plaintiffs most recent Amended Petition fails to state a claim in which relief can be granted. (See Doc 25.)

**FACTS ALLEGED**

Plaintiffs in this matter assert that Ryan Setty O'Connor is personally liable to each of them for violations that occurred during their employment, namely Fair Labor Standards Act (FLSA) violations for failure to pay overtime wages. Plaintiffs also assert violations of the Texas Labor Code and Texas Payday Law for failure to pay minimum wages and final wages from employment.

Plaintiffs assert that Ryan Setty O'Connor was the co-owner and director of business development for MerLux Pools, LLC, and that in that capacity, he had the power to hire and fire MerLux

employees, control employees' schedules, supervise their work, and pay overtime and final wages. Plaintiffs further insist that Ryan Setty O'Connor, is "in whole or in part, responsible for the overtime violations at issue in this lawsuit." (See Doc 25, Line 17)

The counts listed against Ryan Setty O'Connor consist of (1) Failure to Pay Overtime Wages in Violation of the FLSA, and (2) Failure to Pay Final Pay and Minimum Wage in Violation of the Texas Labor Code.

## ARGUMENTS AND AUTHORITIES

### A. Federal Rules of Civil Procedure 12(b)(6).

The Federal Rules of Civil Procedure ("FRCP") 12(b)(6) require "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). If a plaintiff fails to satisfy Rule 8(a), the defendant may file a motion to dismiss the plaintiff's claims for "failure to state a claim upon which relief may be granted." Fed. R. Civ. P. 12(b)(6). To defeat the motion to dismiss, the plaintiff must plead "enough facts to state a claim to relief that is plausible on its face." *Bell Att. Corp. v. Twombly*, 550 U.S. 544, 570 (2007); see *Ashcroft v. Iqbal*, 556 U.S. 662, 663 (2009).

"A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id*. (citing Twombly, 550 U.S. at 556). If a complaint pleads facts that are "'merely consistent with' a defendant's liability, it 'stops short of the line between possibility and plausibility of entitlement to relief.'" *Iqbal*, 556 U.S. at 678 (quoting Twombly, 550 U.S. at 557).

**B. Plaintiffs' claims are barred by bankruptcy discharge as to Ryan Setty O'Connor under 11 U.S.C. 524.**

"A debtor's discharge in bankruptcy, under the holding of the Supreme Court of the United States and also of the Supreme Court of this state, is a prima facie defense in any suit against him based on a debt existing at the time of the filing of his petition, and casts upon the creditor attempting to defeat the effect thereof the burden of showing, if he can, that his debt was not duly scheduled." *Kreitlein v. Ferger*, 238 U. S. 21, 35 S. Ct. 685, 59 L. Ed. 1184; *State v. National Bank*, 116 Tex. pages 214, 216, et seq., 288 S.W. 435, 436, et seq. *Edrington v. Gee,* 30 S.W.2d 360, 362 (Tex. Civ. App. 1930).

On September 25, 2023, Ryan Setty O'Connor filed his Chapter 7 bankruptcy petition, in which Plaintiffs and their counsel, Mr. Gaspar, are listed on the schedule of unsecured claims. (See Doc 26) The deadline for Plaintiffs filing a complaint or motion in the bankruptcy court was December 18, 2023. (See Ex A)  Plaintiffs would have had to file a complaint if they asserted that Ryan Setty O'Connor is not entitled to receive a discharge or if they wanted their debt excepted from the discharge.  Plaintiffs would have had to file a motion if they wanted to assert that the discharge should be denied.

On December 20, 2023, Ryan Setty O'Connor's bankruptcy was discharged as to all claims against him, including Plaintiffs claims in this suit, which were included in such discharge. (See Doc 26) Plaintiffs failed to take any actions to preserve their claims against Ryan Setty O'Connor and therefore, their claims in this lawsuit are barred as a matter of law.

PRAYER

Ryan Setty O'Connor prays that this Court finds that due to Plaintiffs' lack of action in the bankruptcy proceeding to preserve or exempt their claim, and because the bankruptcy of Ryan Setty O'Connor was discharged, that this case be dismissed with prejudice for failing to state a claim in which relief can be granted.

Date: March 26, 2024

Respectfully Submitted,
/s/ Joslyn R. Smith
Joslyn R. Smith
State Bar No.: 24117080
Law Office of J.R. Smith
4805 Neptune Court,
Flower Mound, Texas 75022
682-900-1799 (telephone)
js@lojrs.com (email)
Attorney for Defendant

CERTIFICATE OF SERVICE

This is to certify that on March 26, 2024, I electronically filed the foregoing document with clerk of the court for the U.S. District Court, Northern District of Texas, Dallas Division of Texas, using the electronic filing system of the court, PACER and included all parties and their counsel of record.

/s/ Joslyn R. Smith
Joslyn R. Smith

# EXHIBIT A

Case 23-42882-elm7 Doc 7 Filed 09/29/23 Entered 09/29/23 23:17:33 Desc Imaged
Case 3:22-cv-02930-S-BN Document 29 Filed 03/26/24 Page 6 of 12 PageID 389
Certificate of Notice Page 4 of 7

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Ryan P. Setty-O'Connor<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–9239 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Northern District of Texas | Date case filed for chapter: | 7    9/26/23 |
| Case number: | 23-42882-elm7 | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Ryan P. Setty-O'Connor | |
| 2. | All other names used in the last 8 years | fka Ryan P. Setty | |
| 3. | Address | 2001 Oak Bluff Dr.<br>Arlington, TX 76006 | |
| 4. | Debtor's attorney<br>Name and address | Derek K. Prosser<br>Toronjo & Prosser Law<br>6440 N. Central Expressway<br>Suite 104<br>Dallas, TX 75206 | Contact Phone: (214) 609-8787<br><br>Email: dprosser@t-plaw.com |
| 5. | Bankruptcy trustee<br>Name and address | Laurie Dahl Rea<br>Rochelle McCullough LLP<br>300 Throckmorton Street<br>Ste 520<br>Fort Worth, TX 76102 | Contact Phone: 817-347-5260<br><br>Email: trusteelaurierea@gmail.com |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Case 23-42882-elm7   Doc 7   Filed 09/29/23   Entered 09/29/23 23:17:33   Desc Imaged
Case 3:22-cv-02930-S-BN   Document 29   Filed 03/26/24   Page 7 of 12   PageID 390
Certificate of Notice   Page 4 of 7

Debtor  Ryan P. Setty-O'Connor                                                Case number 23-42882-elm7

| 6. | Bankruptcy clerk's office | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.-Fri. 8:30-4:30 |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact Phone: 817-333-6000<br><br>Date: 9/26/23 |

| 7. | Meeting of creditors | October 18, 2023 at 12:10 PM | Trustee: **Laurie Dahl Rea** |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Toll free number: 877-939-6318<br>Alternate number: 203-607-1862<br>Participant Code: 9850450 |
| | Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting. | | |

| 8. | Presumption of abuse | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** 12/18/23 |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

INFORMATION FOR THE TELEPHONIC § 341 MEETING OF CREDITORS

Because of developing issues with the COVID–19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors ("Meetings") will be conducted telephonically. The telephone call in numbers and participant code are found on the enclosed Notice.

**Additional Dial–In Information:**

(1) You must use a touch–tone phone to participate.

(2) Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call–in number and then enter the participant code, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch–tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

**Bankruptcy Documents:**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**Recording:** The Meetings will be recorded by the trustee or United States Trustee.

United States Bankruptcy Court
Northern District of Texas

In re:  Case No. 23-42882-elm
Ryan P. Setty-O'Connor  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4      User: admin      Page 1 of 4
Date Rcvd: Sep 27, 2023      Form ID: 309A      Total Noticed: 152

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Ryan P. Setty-O'Connor, 2001 Oak Bluff Dr., Arlington, TX 76006-5727 |
| 20254644 | + | 4050 MUV, LLC, c/o Friedman & Feiger, 5301 Spring Valley Road, Suite 200, Dallas, TX 75254-2488 |
| 20254645 | | 4Imprint, Inc., 25303 Network Place, Chicago, IL 60673-1253 |
| 20254669 | + | ATD Concrete Coatings, 616 E. Ave J., Grand Prairie, TX 75050-2562 |
| 20254646 | + | Aaron Rocha, 1485 Snyder Court, Lucas, TX 75002-8293 |
| 20254647 | + | Abargile Meir & Estela Dominguez, 1500 Sara Cove, Lucas, TX 75002-6900 |
| 20254648 | + | Alan Hopper, 5007 Bradford Dr., Dallas, TX 75235-8308 |
| 20254649 | | Alert 360, P.O. Box 21031, Tulsa, OK 74121-1031 |
| 20254650 | + | Alert 360/Guardian Security, c/o Rosenthal Morgan and Thomas, Inc., 514 Earth City Plaza, Suite 220, St. Louis, MO 63045-1303 |
| 20254651 | + | Alex Heredia, 7242 May Hall Drive, Frisco, TX 75034-4483 |
| 20254652 | + | Alliance Pro Electric, LP, 15578 Highway 114, Justin, TX 76247-8555 |
| 20254653 | + | Allstar Masonry & Construction, 2319 W. Newton Circle, Irving, TX 75062-6704 |
| 20254655 | + | Amanda & Terry Shephard, 11521 Twining Branch Circle, Haslett, TX 76052-3416 |
| 20254658 | + | Andrew Hazel, 6400 Glenhollow Drive, Plano, TX 75093-8025 |
| 20254659 | + | Andrew Williams, 660 Alexandrite Dr., Oak Pointe, TX 75068-2275 |
| 20254660 | + | Angel Marrero, 533 Tuscany Dr., Forney, TX 75126-4178 |
| 20254661 | + | Angel Nava, 501 N. Main St., Weatherford, TX 76086-2433 |
| 20254662 | + | Anjali & Paul Thottakara, 1044 St. Francis Ln., Flower Mound, TX 75028-8202 |
| 20254663 | + | Antone & Marsha Thompson, 7201 Faught Rd., Argyle, TX 76226-4490 |
| 20254664 | + | Anusha Raavi, 3444 Begonia Ln., Irving, TX 75038-3569 |
| 20254666 | + | Aquabella, Attn: Credit Department, 11906 Brittmoore Park Dr., Houston, TX 77041-7345 |
| 20254667 | + | Aramark Uniforms, PO Box 731676, Dallas, TX 75373-1676 |
| 20254668 | + | Asha & Kalyan Indoori, 8055 Wine Barrell Lane, Frisco, TX 75035-1393 |
| 20254671 | + | Basler Properties, LLC, c/o Michael Basler, 1090 Texan Trail, Grapevine, TX 76051-3703 |
| 20254672 | + | Billie & Keith Glazner, 1521 Chesterfield Dr., Carrollton, TX 75007-2848 |
| 20254673 | + | BlueCross BlueShield of Texas, PO Box 655730, Dallas, TX 75265-5730 |
| 20254674 | + | Brandon & Sarah Fisher, 3619 French Creek Dr., Heartland, TX 75126-2587 |
| 20254675 | + | Burlington Building Materials, Inc., 8001 Bent Branch Dr., Irving, TX 75063-6024 |
| 20254676 | + | Candelario Davila, 1419 S. Montreal Ave., Dallas, TX 75208-7740 |
| 20254678 | + | Chance Jobe, 8113 Yacht Club Dr., Rowlett, TX 75089-2511 |
| 20254681 | + | Cherise & Kenneith Johnson, 9004 Ridge River Way, Fort Worth, TX 76131-1803 |
| 20254682 | + | Corporate Billing LLC, Dept. 100, PO Box 830604, Birmingham, AL 35283-0604 |
| 20254683 | + | Courtney & Mathew Rice, 1454 Oliver Creek Ln., Justin, TX 76247-1608 |
| 20254684 | + | Credit Internatioonal Corporation, PO Box 1268, Bothwell, WA 98041-1268 |
| 20254685 | + | Currency Express Financing, 575 Anton Blvd., 12th Floor, Costa Mesa, CA 92626-7169 |
| 20254686 | + | Datamax Inc., PO Box 2235, St. Louis, MO 63109-0235 |
| 20254687 | + | David Colvin & Vicente Verduzco, 630 N. Hampton Rd., Dallas, TX 75208-3102 |
| 20254688 | + | David Lockey, 4158 Briargrove Lane, Dallas, TX 75287-6601 |
| 20254689 | + | Dean & Heidi Knipping, 2902 Acacia Dr., Heartland, TX 75126-3519 |
| 20254692 | + | Edward & Sherille Rivera, 201 monticello Dr., Mansfield, TX 76063-8635 |
| 20254693 | + | Erica & Shadqunta Patton-Towns, 2501 Penshurts Court, Celina, TX 75009-1968 |
| 20254694 | #+ | Erin & Samuel Rice, 2253 Hideaway Pointe Dr., Little ELm, TX 75068-5982 |

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 2 of 4 |
| Date Rcvd: Sep 27, 2023 | Form ID: 309A | Total Noticed: 152 |

| | | |
|---|---|---|
| 20254695 | + | Faber CNK Stone, 2207 Joe Field Rd., Dallas, TX 75229-3326 |
| 20254696 | | Ferguson, 2682 West Euless Blvd., Euless, TX 76040 |
| 20254697 | + | Fly Tile & Plaster, 7161 San Francisco Trail, Fort Worth, TX 76131-2852 |
| 20254698 | + | Friedman & Feiger, 5301 Spring Valley Road, Suite 200, Dallas, TX 75254-2488 |
| 20254702 | + | GE Steel Pool LLC, 3905 Rainer St., Irving, TX 75062-7283 |
| 20254700 | + | Gasper Law PLLC, 1408 N. Riverfront Blvd., Suite 323, Dallas, TX 75207-3912 |
| 20254703 | + | Gloria Stennett, 6711 Historic View Dr., Dallas, TX 75236-0108 |
| 20254704 | + | Grainger, 1305 N. Interestate 35E, Carrollton, TX 75006-8628 |
| 20254705 | + | Heidi & Wesley Porter, 12550 Verwood Circle, Farmers Branch, TX 75234-1329 |
| 20254706 | | Home Depot Credit Services, P.O. Box 7903420, St. Louis, MO 63179 |
| 20254707 | + | Intuit/Paycycle, Inc., 6884 Sierra Center Parkway, Reno, NV 89511-2210 |
| 20254708 | + | James & Vika Bonamy, 13524 Fishing Hole Ln., Haslet, TX 76052-4851 |
| 20254709 | + | James Bohr, 429 Bronzewood Ln., Fort Worth, TX 76131-1921 |
| 20254710 | + | Janet Kobylka, 10220 Cimmaron Trail, Dallas, TX 75243-2518 |
| 20254711 | + | Jared Hall, 1717 Caddo St. #105, Dallas, TX 75204-4201 |
| 20254712 | + | Jason & Jessica Hills, 2612 Green Oak Dr., Carrollton, TX 75010-4220 |
| 20254713 | + | Jason & Jonie Coleman, 4322 Cobalt Bloom Ct., Arlington, TX 76005-1229 |
| 20254714 | + | Jennifer Six, 2104 Benjamin Creek Dr., Little Elm, TX 75068-0017 |
| 20254715 | + | Jimmy & Stefanie Thomas, 2401 Simpson Ln., Mansfield, TX 76063-6457 |
| 20254716 | + | John Ngumba, 14716 Lost Wagon St., New Fairview, TX 76247-1775 |
| 20254717 | + | John P. Hendrickson, c/o Travis Gasper, 1408 N. Riverfront Blvd., Suite 323, Dallas, TX 75207-3912 |
| 20254718 | + | John Shaffer & Christy Raomaine, 1101 Bellevue Dr., Princeton, TX 75407-2826 |
| 20254719 | + | Jonathan Burgos, 748 Wild Flower Ln., Princeton, TX 75407-2916 |
| 20254721 | + | Khalil Issa, 2601 Coble Court, Bedford, TX 76021-4901 |
| 20254722 | + | Larry & Kyle Scirotto-Bradley, 939 N. Buckner Blvd., Dallas, TX 75218-2790 |
| 20254723 | + | Law Office of Kenneth M. Stillman, 11300 N. Central Expressway, Suite 408, Dallas, TX 75243-6712 |
| 20254724 | + | Leeroy Jordan Lumber Company, 11529 Emerald St., Dallas, TX 75229-2011 |
| 20254725 | + | Leslie's Poolmart Inc., PO BOx 501162, St. Louis, MO 63150-1162 |
| 20254726 | + | Liberty Mutual, PO Box 91013, Chicago, IL 60680-1171 |
| 20254727 | + | Lisa Brackett, 3 Roaring Creek Ct., Trophy Club, TX 76262-5434 |
| 20254728 | + | Living Earth, Dept 730004, PO Box 660919, Dallas, TX 75266-0919 |
| 20254729 | + | Lori Vaispour, 4528 Rustic Ridge Ct., The Colony, TX 75056-4077 |
| 20254731 | + | Manish Goyal, 2160 Longmont Ln., Prosper, TX 75078-1993 |
| 20254732 | + | Marc Pieroni, 3318 Bluffview Dr., Garland, TX 75043-1409 |
| 20254733 | + | Marco Atonio Rico, 3708 Sydney St., Fort Worth, TX 76119-2917 |
| 20254734 | + | Marcus Nelson, 4015 North FM 51, Weatherford, TX 76085-6811 |
| 20254735 | + | Mark & Natalie Hasbani, 4238 Merrell Rd., Dallas, TX 75229-5436 |
| 20254736 | | Mark A. Kirkorsky, 1119 S. Southern Ave., SUite 200, Mesa, AZ 85210 |
| 20254737 | + | Mark Mack, 3312 Kelsey Court, Flower Mound, TX 75028-2934 |
| 20254738 | #+ | Marshal Presley & Pipal PLLC, 2615 E. Southlake Blvd., Suite 200, Southlake, TX 76092-6689 |
| 20254739 | + | Matthew & Kate Lockhart-Dozois, 3598 Arrowwood Dr., Frisco, TX 75033-1249 |
| 20254740 | + | McCarthy, Burgess & Wolff, 26000 Cannon Rd., Cleveland, OH 44146-1807 |
| 20254741 | #+ | MerLux Pools LLC, 1088 Texan Trail, Grapevine, TX 76051-3703 |
| 20254742 | + | Michael Alacala, 2021 Livingston, Flower Mound, TX 75028-4538 |
| 20254743 | + | Michele Moore, 122 Springfield Ln., Waxahachie, TX 75165-7129 |
| 20254744 | + | Midway Urban Village LLC, 4050 McEwen Rd., Farmers Branch, TX 75244-5421 |
| 20254745 | + | Monreal Rebar Contractors LLC, 1221 W. Broadus St., Ft Worth, TX 76115-2313 |
| 20254746 | + | Munguia Pulido Plumbing, 3403 Jasper Dr., Grand Prairie, TX 75052-7872 |
| 20254747 | + | Namrata & Premal Bathia, 1731 Lincoln Rd., Lucas, TX 75002-6911 |
| 20254750 | + | New Champion Concrete, 7007 S FM 5, Aledo, TX 76008-4715 |
| 20254752 | + | NewRez - Shellpoint, 55 Beattie Place Suite 600, Greenville, SC 29601-2165 |
| 20254751 | + | Newest Construction Group, LLC, 1603 Pleasant Run, Keller, TX 76248-5379 |
| 20254753 | + | Niko Leinonen, 341 Kle Dr., Coppell, TX 75019-2946 |
| 20254754 | + | Noble Tile Supply Inc., 11215 Shady Trail, Dallas, TX 75229-4621 |
| 20254758 | + | PNC Equipment Finance, 655 Business Center Dr., Suite 250, Horsham, PA 19044-3448 |
| 20254755 | + | Patrick & Sara Shirey, 1701 Forest Pakr Dr., Prosper, TX 75078-1731 |
| 20254756 | + | Pete & Donna Dipasqua, 12073 Blackburn Way, Farmers Branch, TX 75234-1484 |
| 20254759 | + | Precision Gunite, LLC, 522 Benson Ln., Roanoake, TX 76262-6397 |
| 20254761 | + | QDI Stone Dallas LLC, 2605 Frewood Dr., Dallas, TX 75220-2510 |
| 20254764 | #+ | Roberto RIncon, 2525 Highway 360 #1117, Eueless, TX 76039-5398 |
| 20254765 | + | Ryan Setty OConnor, 2001 Oak Bluff Dr., Arlington, TX 76006-5727 |
| 20254771 | + | SCP Distributors LLC, PO BOx 54200, New Orleans, LA 70154-4200 |
| 20254772 | + | SCP Pool Corp., 7610 Northshore Pl., North Little Rock, AR 72118-5310 |

| District/off: 0539-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: 309A | Total Noticed: 152 |

| | | |
|---|---|---|
| 20254766 | + | Saeed & Maryam Razdar-Sanagoo, 1943 Ro Blanco Dr., Frisco, TX 75033-7654 |
| 20254767 | + | Sammy Dorsey, 1017 Bannach Dr., Arlington, TX 76001-6108 |
| 20254768 | + | Saul Lico, 1030 Hope Valley Pkwy., Roanoke, TX 76262-2100 |
| 20254769 | + | Scarborough Specialties, 10501 Indiana Ave., Lubbock, TX 79423-5179 |
| 20254770 | + | Scott & Kimberly Lauer, 3304 Dustin Trail, Hurst, TX 76054-6036 |
| 20254773 | + | Shawn & Jennifer Gill, 813 Patio St., Aubrey, TX 76227-1485 |
| 20254774 | + | Shawn Kremer, 1513 Evening Primrose Dr., Mansfield, TX 76063-4686 |
| 20254775 | + | Sherwin Williams, 2121 W. University Dr., Denton, TX 76201-0645 |
| 20254776 | + | State Auto Mutual Insurance Co., c/o Brown & Joseph, PPC, One Pierce Place, Suite 700 W, Itasca, IL 60143-2606 |
| 20254777 | + | Stephen Platek, 5913 Myrtle Ln., Frisco, TX 75036-8832 |
| 20254778 | + | Sunny & Seema Patel, 559 Richwoods Dr., Flower Mound, TX 75028-7012 |
| 20254779 | + | Thomas & Lea Ann Bryant, 1426 Oliver Creek Ln., Justin, TX 76247-1608 |
| 20254780 | + | Toronjo & Prosser Law, 6440 N. Central Expressway, Suite 104, Dallas, Texas 75206-4131 |
| 20254781 | + | Travis Bowles & Ryan Delargarza, 1843 Pueblo St., Dallas, TX 75212-3814 |
| 20254782 | + | Truist Loan Services, MC: 100-50-02-57, PO Box 2306, Wilson, NC 27894-2306 |
| 20254784 | | UPS, PO Box 650116, Dallas, TX 75265-0116 |
| 20254785 | + | Vari Sales Corp., PO BOx 3588, Coppell, TX 75019-5546 |
| 20254786 | + | Vega Decorative Concrete, 109 Pruett St., Blue Ridge, TX 75424-4444 |
| 20254789 | ++ | WENDY M HARRIS, 400 WATERLANE DRIVE, MANSFIELD TX 76063-9100 address filed with court:, Wendy Harris, 400 Water Ln., Mansfield, TX 76063 |
| 20254788 | + | Water Work Solutions, 2102 Houseley Dr., Dallas, TX 75228-2044 |
| 20254790 | + | Wex Bank, QT Quiktrip, PO Box 4337, Carol Stream, IL 60197-4337 |
| 20254791 | | Wheat Lumber Co., 809 South Doll;ey St., Grapevine, TX 76051 |
| 20254792 | + | White Cap, PO Box 4944, Building D. Suite 180, Orlando, FL 32802-4944 |
| 20254793 | + | Zachary W. Setty-O'Connor, 2001 Oak Bluff Dr., Arlington, TX 76006-5727 |

TOTAL: 129

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: dprosser@t-plaw.com | Sep 27 2023 21:29:00 | Derek K. Prosser, Toronjo & Prosser Law, 6440 N. Central Expressway, Suite 104, Dallas, TX 75206 |
| tr | EDI: FLDREA | Sep 28 2023 01:25:00 | Laurie Dahl Rea, Rochelle McCullough LLP, 300 Throckmorton Street, Ste 520, Fort Worth, TX 76102 |
| 20254654 + | EDI: GMACFS.COM | Sep 28 2023 01:25:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 20254657 | Email/PDF: bncnotices@becket-lee.com | Sep 27 2023 21:36:03 | American Express, P.O. Box 981531, El Paso, TX 79998-1531 |
| 20254665 + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 27 2023 21:29:00 | Apple Card - GS Bank, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 20254670 + | EDI: BANKAMER.COM | Sep 28 2023 01:25:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 20254677 | Email/Text: fpdbankruptcynoticesgroup@cat.com | Sep 27 2023 21:29:00 | Caterpillar Financial Services Corporati, 2120 West End Ave., PO Box 340001, Nashville, TN 37203-0001 |
| 20254690 | Email/PDF: DellBKNotifications@resurgent.com | Sep 27 2023 21:36:02 | Dell Business Credit, Payment Processing Center, PO Box 5275, Carol Stream, IL 60197 |
| 20254691 | Email/PDF: DellBKNotifications@resurgent.com | Sep 27 2023 21:36:02 | Dell Financial Services, One Dell Way, Round Rock, TX 78682 |
| 20254699 | Email/Text: bankruptcyfilings@fundbox.com | Sep 27 2023 21:29:00 | Fundbox, 300 Montgomery St., Suite 900, San Fransisco, CA 94104 |
| 20254679 | EDI: JPMORGANCHASE | Sep 28 2023 01:25:00 | Chase, Southwest Rapid Rewards, PO Box 15123, Wilmington, DE 19850-5123 |
| 20254680 | EDI: JPMORGANCHASE | Sep 28 2023 01:25:00 | Chase Ink, PO Box 15123, Wilmington, DE 19850-5123 |

| District/off: 0539-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 27, 2023 | Form ID: 309A | Total Noticed: 152 |

| | | | | |
|---|---|---|---|---|
| 20254720 | | EDI: JPMORGANCHASE | Sep 28 2023 01:25:00 | JPMCB Card Services, P.O. Box 15369, Wilmington, DE 19850 |
| 20254730 | + | EDI: CITICORP.COM | Sep 28 2023 01:25:00 | Macys/Citibank NA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 20254740 | ^ | MEBN | Sep 27 2023 21:27:25 | McCarthy, Burgess & Wolff, 26000 Cannon Rd., Cleveland, OH 44146-1807 |
| 20254748 | | Email/Text: e-bankruptcy@nasafcu.com | Sep 27 2023 21:29:00 | Nasa FCU, Attn: Loan Servicing Dept., 500 Prince Georges Blvd., Upper Marlboro, MD 20774 |
| 20254749 | | Email/Text: bankruptcy@nfm.com | Sep 27 2023 21:29:00 | Nebraska Furniture Mart, P.O. Box 3456, Omaha, NE 68103 |
| 20254757 | | Email/Text: bankruptcy@pb.com | Sep 27 2023 21:29:00 | Pitney Bowes, 2225 American Drive, Neenah, WI 54956-1005 |
| 20254760 | + | Email/Text: dllawbankruptcy@exchange.principal.com | Sep 27 2023 21:29:00 | Principal Life Insurance Company, Group Benefits, 711 High Street, Des Moines, IA 50392-0001 |
| 20254762 | | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 27 2023 21:29:00 | Quest Diagnostics, P.O. Box 740779, Cincinnati, OH 45274-0779 |
| 20254656 | | Email/Text: bankruptcyteam@rentokil.com | Sep 27 2023 21:29:00 | Ambius, PO Box 14086, Reading, PA 19612 |
| 20254763 | + | Email/Text: ecfbankruptcy@nrg.com | Sep 27 2023 21:29:00 | Reliant Energy Retail Services, P.O. Box 650475, Dallas, TX 75265-0475 |
| 20254783 | + | Email/Text: accounts.receivable@uline.com | Sep 27 2023 21:29:00 | ULine, PO Box 88741, Chicago, IL 60680-1741 |
| 20254787 | | EDI: VERIZONCOMB.COM | Sep 28 2023 01:25:00 | Verizon, PO Box 408, Newark, NJ 07101-0408 |
| 20254789 | | Email/Text: wendyharris1@att.net | Sep 27 2023 21:29:00 | Wendy Harris, 400 Water Ln., Mansfield, TX 76063 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20254701 | *+ | Gasper Law PLLC, 1408 N. Riverfront Blvd., Suite 323, Dallas, TX 75207-3912 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2023            Signature:            /s/Gustava Winters