UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| JOHN P. HENDRICKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>V.<br><br>RYAN SETTY-O'CONNOR,<br><br>Defendant. | § § § § § § § § § § § | No. 3:22-cv-2930-S-BN |

___

**ORDER OF DISMISSAL**
___

CAME ON to be heard Defendant's Motion for Dismissal against Defendant Ryan Setty O'Connor by motion. Defendant has provided written notice to this Court and to all parties to this suit that it requests a dismissal of Plaintiffs' cause of action against Defendant. After due consideration, this Court is of the opinion that the motion has merit and should be **GRANTED**.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Defendant's Motion for Dismissal is in all things **GRANTED**, and that the cause of action asserted by Plaintiff against Defendant Ryan Setty O'Connor is dismissed without prejudice.

SIGNED this _____ day of _____, 2024.

_____
JUDGE PRESIDING