UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| JOHN P. HENDRICKSON, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:22-cv-2930-S-BN |
| RYAN SETTY-O'CONNOR, | § § § | |
| Defendant. | § | |

_____

## NOTICE OF APPEARANCE OF ATTORNEY AS COUNSEL FOR RYAN SETTY O'CONNOR

    JOSLYN R. SMITH of the Law Office of J.R. Smith, PLLC, duly licensed to practice in the Northern District of Texas, and hereby gives her notice of appearance as an attorney of record for Defendant Ryan Setty O'Connor, in the above-captioned matter and respectfully requests that all notices directed to and service on Ryan Setty O'Connor concerning the above-captioned cause number also be sent to JOSLYN R. SMITH at the following physical and email addresses:

Law Office of J.R. Smith, PLLC
c/o Ryan Setty O'Connor
4805 Neptune Ct.
Flower Mound, Texas 75022
js@lojrs.com

Effective: March 26, 2024

                                        Respectfully Submitted,

                                        /s/ Joslyn R. Smith

                                        Joslyn R. Smith  
                                        Bar No. 24117080  
                                        Law Office of J.R. Smith, PLLC  
                                        4805 Neptune Ct.  
                                        Flower Mound, Texas 75022  
                                        682-900-1799  
                                        js@lojrs.com

## **CERTIFICATE OF SERVICE**

This is to certify that on March 26, 2024, I electronically filed the foregoing document with clerk of the court for the U.S. District Court, Northern District of Texas, Dallas Division of Texas, using the electronic filing system of the court, PACER and included all parties and their counsel of record.

                                                                            /s/ Joslyn R. Smith  
                                                                            Joslyn R. Smith