**Exhibit A**

**23-42882-elm7** Ryan P. Setty-O'Connor
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Edward L. Morris
**Date filed:** 09/26/2023 **Date of last filing:** 12/23/2023
**Debtor discharged:** 12/20/2023
**Date terminated:** 12/21/2023

# Creditors

**4050 MUV, LLC**
c/o Friedman & Feiger
5301 Spring Valley Road
Suite 200
Dallas, TX 75254

(20254644)
(cr)

**4Imprint, Inc.**
25303 Network Place
Chicago, IL 60673-1253

(20254645)
(cr)

**Aaron Rocha**
1485 Snyder Court
Lucas, TX 75002

(20254646)
(cr)

**Abargile Meir & Estela Dominguez**
1500 Sara Cove
Lucas, TX 75002

(20254647)
(cr)

**Alan Hopper**
5007 Bradford Dr.
Dallas, TX 76051

(20254648)
(cr)

**Alert 360**
P.O. Box 21031
Tulsa, OK 74121-1031

(20254649)
(cr)

**Alert 360/Guardian Security**
c/o Rosenthal Morgan and Thomas, Inc.
514 Earth City Plaza, Suite 220
St. Louis, MO 63045

(20254650)
(cr)

**Alex Heredia**
7242 May Hall Drive
Frisco, TX 75034

(20254651)
(cr)

**Alliance Pro Electric, LP**
15578 Highway 114
Justin, TX 76247

(20254652)
(cr)

**Allstar Masonry & Construction**
2319 W. Newton Circle
Irving, TX 75062

(20254653)
(cr)

**Ally Bank**
AIS Portfolio Services, LLC

(20261483)
(cr)

4515 N Santa Fe Ave. Dept. APS  
Oklahoma City, OK 73118

**Ally Bank**  
AIS Portfolio Services, LLC  (20261484)  
4515 N Santa Fe Ave. Dept. APS  (cr)  
Oklahoma City, OK 73118

**Ally Bank**  
AIS Portfolio Services, LLC  (20261485)  
4515 N Santa Fe Ave. Dept. APS  (cr)  
Oklahoma City, OK 73118

**Ally Bank**  
AIS Portfolio Services, LLC  (20261486)  
4515 N Santa Fe Ave. Dept. APS  (cr)  
Oklahoma City, OK 73118

**Ally Bank**  
AIS Portfolio Services, LLC  (20261482)  
4515 N Santa Fe Ave. Dept. APS  (cr)  
Oklahoma City, OK 73118

**Ally Bank**  
AIS Portfolio Services, LLC  (20261487)  
4515 N Santa Fe Ave. Dept. APS  (cr)  
Oklahoma City, OK 73118

**Ally Financial**  
PO Box 380902  (20254654)  
Bloomington, MN 55438  (cr)

**Amanda & Terry Shephard**  
11521 Twining Branch Circle  (20254655)  
Haslett, TX 76052  (cr)

**Ambius**  
PO Box 14086  (20254656)  
Reading, PA 19612  (cr)

**American Express**  
P.O. Box 981531  (20254657)  
El Paso, TX 79998-1531  (cr)

**Andrew Hazel**  
6400 Glenhollow Drive  (20254658)  
Plano, TX 75093  (cr)

**Andrew Williams**  
660 Alexandrite Dr.  (20254659)  
Oak Pointe, TX 75068  (cr)

**Angel Marrero**  
533 Tuscany Dr.  (20254660)  
Forney, TX 75126  (cr)

**Angel Nava**  
501 N. Main St.  (20254661)  
(cr)

Weatherford, TX 76086

**Anjali & Paul Thottakara**
1044 St. Francis Ln.
Flower Mound, TX 75028

(20254662)
(cr)

**Antone & Marsha Thompson**
7201 Faught Rd.
Argyle, TX 76226

(20254663)
(cr)

**Anusha Raavi**
3444 Begonia Ln.
Irving, TX 75038

(20254664)
(cr)

**Apple Card - GS Bank**
P.O. Box 7247
Philadelphia, PA 19170

(20254665)
(cr)

**Aquabella**
Attn: Credit Department
11906 Brittmoore Park Dr.
Houston, TX 77041

(20254666)
(cr)

**Aramark Uniforms**
PO Box 731676
Dallas, TX 75373

(20254667)
(cr)

**Asha & Kalyan Indoori**
8055 Wine Barrell Lane
Frisco, TX 75035

(20254668)
(cr)

**ATD Concrete Coatings**
616 E. Ave J.
Grand Prairie, TX 75050

(20254669)
(cr)

**Bank of America**
P.O. Box 982238
El Paso, TX 79998

(20254670)
(cr)

**Basler Properties, LLC**
c/o Michael Basler
1090 Texan Trail
Grapevine, TX 76051

(20254671)
(cr)

**Billie & Keith Glazner**
1521 Chesterfield Dr.
Carrollton, TX 75007

(20254672)
(cr)

**BlueCross BlueShield of Texas**
PO Box 655730
Dallas, TX 75265

(20254673)
(cr)

**Brandon & Sarah Fisher**
3619 French Creek Dr.
Heartland, TX 75126

(20254674)
(cr)

**Burlington Building Materials, Inc.**
8001 Bent Branch Dr.
Irving, TX 75063

(20254675)
(cr)

**Candelario Davila**  
1419 S. Montreal Ave.  
Dallas, TX 75208  
(20254676)  
(cr)

**Caterpillar Financial Services Corporati**  
2120 West End Ave.  
PO Box 340001  
Nashville, TN 37203-0001  
(20254677)  
(cr)

**Chance Jobe**  
8113 Yacht Club Dr.  
Rowlett, TX 75089  
(20254678)  
(cr)

**Chase**  
Southwest Rapid Rewards  
PO Box 15123  
Wilmington, DE 19850-5123  
(20254679)  
(cr)

**Chase Ink**  
PO Box 15123  
Wilmington, DE 19850-5123  
(20254680)  
(cr)

**Cherise & Kenneth Johnson**  
9004 Ridge River Way  
Fort Worth, TX 76131  
(20254681)  
(cr)

**Corporate Billing LLC**  
Dept. 100  
PO Box 830604  
Birmingham, AL 35283  
(20254682)  
(cr)

**Courtney & Mathew Rice**  
1454 Oliver Creek Ln.  
Justin, TX 76247  
(20254683)  
(cr)

**Credit Internatioonal Corporation**  
PO Box 1268  
Bothwell, WA 98041  
(20254684)  
(cr)

**Currency Express Financing**  
575 Anton Blvd.  
12th Floor  
Costa Mesa, CA 92626  
(20254685)  
(cr)

**Datamax Inc.**  
PO Box 2235  
St. Louis, MO 63109  
(20254686)  
(cr)

**David Colvin & Vicente Verduzco**  
630 N. Hampton Rd.  
Dallas, TX 75208  
(20254687)  
(cr)

**David Lockey**  
4158 Briargrove Lane  
Dallas, TX 75287  
(20254688)  
(cr)

**Dean & Heidi Knipping**  
2902 Acacia Dr.  
(20254689)  
(cr)

Heartland, TX 75216

**Dell Business Credit**
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197

(20254690)
(cr)

**Dell Financial Services**
One Dell Way
Round Rock, TX 78682

(20254691)
(cr)

**Edward & Sherille Rivera**
201 monticello Dr.
Mansfield, TX 76063

(20254692)
(cr)

**Erica & Shadqunta Patton-Towns**
2501 Penshurts Court
Celina, TX 75009

(20254693)
(cr)

**Erin & Samuel Rice**
2253 Hideaway Pointe Dr.
Little ELm, TX 75068

(20254694)
(cr)

**Faber CNK Stone**
2207 Joe Field Rd.
Dallas, TX 75229

(20254695)
(cr)

**Ferguson**
2682 West Euless Blvd.
Euless, TX 76040

(20254696)
(cr)

**Fly Tile & Plaster**
7161 San Francisco Trail
Fort Worth, TX 76131

(20254697)
(cr)

**Friedman & Feiger**
5301 Spring Valley Road
Suite 200
Dallas, TX 75254

(20254698)
(cr)

**Fundbox**
300 Montgomery St.
Suite 900
San Fransisco, CA 94104

(20254699)
(cr)

**Gasper Law PLLC**
1408 N. Riverfront Blvd.
Suite 323
Dallas, TX 75207

(20254701)
(cr)

**Gasper Law PLLC**
1408 N. Riverfront Blvd., Suite 323
Dallas, TX 75207

(20254700)
(cr)

**GE Steel Pool LLC**
3905 Rainer St.
Irving, TX 75062

(20254702)
(cr)

**Gloria Stennett**  (20254703)
6711 Historic View Dr.  (cr)
Dallas, TX 75236

**Grainger**  (20254704)
1305 N. Interestate 35E  (cr)
Carrollton, TX 75006

**Heidi & Wesley Porter**  (20254705)
12550 Verwood Circle  (cr)
Farmers Branch, TX 75234

**Home Depot Credit Services**  (20254706)
P.O. Box 7903420  (cr)
St. Louis, MO 63179

**Intuit/Paycycle, Inc.**  (20254707)
6884 Sierra Center Parkway  (cr)
Reno, NV 89511

**James & Vika Bonamy**  (20254708)
13524 Fishing Hole Ln.  (cr)
Haslet, TX 76052

**James Bohr**  (20254709)
429 Bronzewood Ln.  (cr)
Fort Worth, TX 76131

**Janet Kobylka**  (20254710)
10220 Cimmaron Trail  (cr)
Dallas, TX 75243

**Jared Hall**  (20254711)
1717 Caddo St. #105  (cr)
Dallas, TX 75204

**Jason & Jessica Hills**  (20254712)
2612 Green Oak Dr.  (cr)
Carrollton, TX 75010

**Jason & Jonie Coleman**  (20254713)
4322 Cobalt Bloom Ct.  (cr)
Arlington, TX 75050

**Jennifer Six**  (20254714)
2104 Benjamin Creek Dr.  (cr)
Little Elm, TX 75068

**Jimmy & Stefanie Thomas**  (20254715)
2401 Simpson Ln.  (cr)
Mansfield, TX 76063

**John Ngumba**  (20254716)
14716 Lost Wagon St.  (cr)
New Fairview, TX 76247

**John P. Hendrickson**  (20254717)
c/o Travis Gasper  (cr)
1408 N. Riverfront Blvd.

Suite 323  
Dallas, TX 75207

**John Shaffer & Christy Raomaine**  
1101 Bellevue Dr.  
Princeton, TX 75407

(20254718) (cr)

**Jonathan Burgos**  
748 Wild Flower Ln.  
Princeton, TX 75407

(20254719) (cr)

**JPMCB Card Services**  
P.O. Box 15369  
Wilmington, DE 19850

(20254720) (cr)

**Khalil Issa**  
2601 Coble Court  
Bedford, TX 76021

(20254721) (cr)

**Larry & Kyle Scirotto-Bradley**  
939 N. Buckner Blvd.  
Dallas, TX 75218

(20254722) (cr)

**Law Office of Kenneth M. Stillman**  
11300 N. Central Expressway  
Suite 408  
Dallas, TX 75243

(20254723) (cr)

**Leeroy Jordan Lumber Company**  
11529 Emerald St.  
Dallas, TX 75229

(20254724) (cr)

**Leslie's Poolmart Inc.**  
PO BOx 501162  
St. Louis, MO 63150

(20254725) (cr)

**Liberty Mutual**  
PO Box 91013  
Chicago, IL 60680

(20254726) (cr)

**Lisa Brackett**  
3 Roaring Creek Ct.  
Trophy Club, TX 76262

(20254727) (cr)

**Living Earth**  
Dept 730004  
PO Box 660919  
Dallas, TX 75266

(20254728) (cr)

**Lori Vaispour**  
4528 Rustic Ridge Ct.  
The Colony, TX 75056

(20254729) (cr)

**Macys/Citibank NA**  
PO Box 6789  
Sioux Falls, SD 57117

(20254730) (cr)

**Manish Goyal**  
2160 Longmont Ln.

(20254731) (cr)

Prosper, TX 75078

**Marc Pieroni**  
3318 Bluffview Dr.  
Garland, TX 75043

(20254732)  
(cr)

**Marco Atonio Rico**  
3708 Sydney St.  
Fort Worth, TX 76119

(20254733)  
(cr)

**Marcus Nelson**  
4015 North FM 51  
Weatherford, TX 76083

(20254734)  
(cr)

**Mark & Natalie Hasbani**  
4238 Merrell Rd.  
Dallas, TX 75229

(20254735)  
(cr)

**Mark A. Kirkorsky**  
1119 S. Southern Ave.  
SUite 200  
Mesa, AZ 85210

(20254736)  
(cr)

**Mark Mack**  
3312 Kelsey Court  
Flower Mound, TX 75028

(20254737)  
(cr)

**Marshal Presley & Pipal PLLC**  
2615 E. Southlake Blvd., Suite 200  
Southlake, TX 76092

(20254738)  
(cr)

**Matthew & Kate Lockhart-Dozois**  
3598 Arrowwood Dr.  
Frisco, TX 75033

(20254739)  
(cr)

**McCarthy, Burgess & Wolff**  
26000 Cannon Rd.  
Cleveland, OH 44146

(20254740)  
(cr)

**MerLux Pools LLC**  
1088 Texan Trail  
Grapevine, TX 76051

(20254741)  
(cr)

**Michael Alacala**  
2021 Livingston  
Flower Mound, TX 75028

(20254742)  
(cr)

**Michele Moore**  
122 Springfield Ln.  
Waxahachie, TX 75165

(20254743)  
(cr)

**Midway Urban Village LLC**  
4050 McEwen Rd.  
Farmers Branch, TX 75244

(20254744)  
(cr)

**Monreal Rebar Contractors LLC**  
1221 W. Broadus St.  
Ft Worth, TX 76115

(20254745)  
(cr)

**Munguia Pulido Plumbing**  
3403 Jasper Dr.  
Grand Prairie, TX 75052

(20254746)  
(cr)

**Namrata & Premal Bathia**  
1731 Lincoln Rd.  
Lucas, TX 75002

(20254747)  
(cr)

**Nasa FCU**  
Attn: Loan Servicing Dept.  
500 Prince Georges Blvd.  
Upper Marlboro, MD 20774

(20254748)  
(cr)

**Nebraska Furniture Mart**  
P.O. Box 3456  
Omaha, NE 68103

(20254749)  
(cr)

**New Champion Concrete**  
7007 S FM 5  
Aledo, TX 76008

(20254750)  
(cr)

**Newest Construction Group, LLC**  
1603 Pleasant Run  
Keller, TX 76248

(20254751)  
(cr)

**NewRez - Shellpoint**  
55 Beattie Place Suite 600  
Greenville, SC 29601

(20254752)  
(cr)

**Niko Leinonen**  
341 Kle Dr.  
Coppell, TX 75019

(20254753)  
(cr)

**Noble Tile Supply Inc.**  
11215 Shady Trail  
Dallas, TX 75229

(20254754)  
(cr)

**Patrick & Sara Shirey**  
1701 Forest Pakr Dr.  
Prosper, TX 75078

(20254755)  
(cr)

**Pete & Donna Dipasqua**  
12073 Blackburn Way  
Farmers Branch, TX 75234

(20254756)  
(cr)

**Pitney Bowes**  
2225 American Drive  
Neenah, WI 54956-1005

(20254757)  
(cr)

**PNC Equipment Finance**  
655 Business Center Dr.  
Suite 250  
Horsham, PA 19044

(20254758)  
(cr)

**Precision Gunite, LLC**  
522 Benson Ln.  
Roanoake, TX 76262

(20254759)  
(cr)

**Principal Life Insurance Company**  
Group Benefits (20254760)  
711 High Street (cr)  
Des Moines, IA 50392

**QDI Stone Dallas LLC**  
2605 Frewood Dr. (20254761)  
Dallas, TX 75220 (cr)

**Quest Diagnostics**  
P.O. Box 740779 (20254762)  
Cincinnati, OH 45274-0779 (cr)

**Reliant Energy Retail Services**  
P.O. Box 650475 (20254763)  
Dallas, TX 75265 (cr)

**Roberto RIncon**  
2525 Highway 360 #1117 (20254764)  
Eueless, TX 76039 (cr)

**Ryan Setty OConnor**  
2001 Oak Bluff Dr. (20254765)  
Arlington, TX 76006 (cr)

**Saeed & Maryam Razdar-Sanagoo**  
1943 Ro Blanco Dr. (20254766)  
Frisco, TX 75033 (cr)

**Sammy Dorsey**  
1017 Bannach Dr. (20254767)  
Arlington, TX 76001 (cr)

**Saul Lico**  
1030 Hope Valley Pkwy. (20254768)  
Roanoke, TX 76262 (cr)

**Scarborough Specialties**  
10501 Indiana Ave. (20254769)  
Lubbock, TX 79432 (cr)

**Scott & Kimberly Lauer**  
3304 Dustin Trail (20254770)  
Hurst, TX 76054 (cr)

**SCP Distributors LLC**  
PO BOx 54200 (20254771)  
New Orleans, LA 70154 (cr)

**SCP Distributors LLC**  
ATT: CONNIE DICKINSON (20277001)  
109 NORTHPARK BLVD 4TH FLOOR (cr)  
Covington, LA 70433

**SCP Pool Corp.**  
7610 Northshore Pl. (20254772)  
North Little Rock, AR 72118 (cr)

**Shawn & Jennifer Gill**  
813 Patio St.  
Aubrey, TX 76227  
(20254773) (cr)

**Shawn Kremer**  
1513 Evening Primrose Dr.  
Mansfield, TX 76063  
(20254774) (cr)

**Sherwin Williams**  
2121 W. University Dr.  
Denton, TX 76201  
(20254775) (cr)

**State Auto Mutual Insurance Co.**  
c/o Brown & Joseph, PPC  
One Pierce Place  
Suite 700 W  
Itasca, IL 60143  
(20254776) (cr)

**Stephen Platek**  
5913 Myrtle Ln.  
Frisco, TX 75036  
(20254777) (cr)

**Sunny & Seema Patel**  
559 Richwoods Dr.  
Flower Mound, TX 75028  
(20254778) (cr)

**Thomas & Lea Ann Bryant**  
1426 Oliver Creek Ln.  
Justin, TX 76247  
(20254779) (cr)

**Toronjo & Prosser Law**  
6440 N. Central Expressway  
Suite 104  
Dallas, Texas 75206  
(20254780) (cr)

**Travis Bowles & Ryan Delargarza**  
1843 Pueblo St.  
Dallas, TX 75212  
(20254781) (cr)

**Truist Loan Services**  
MC: 100-50-02-57  
PO Box 2306  
Wilson, NC 27894  
(20254782) (cr)

**ULine**  
PO Box 88741  
Chicago, IL 60681-1741  
(20254783) (cr)

**UPS**  
PO Box 650116  
Dallas, TX 75265-0116  
(20254784) (cr)

**Vari Sales Corp.**  
PO BOx 3588  
Coppell, TX 75019  
(20254785) (cr)

**Vega Decorative Concrete**  
109 Pruett St.  
(20254786) (cr)

Blue Ridge, TX 75424

**Verizon**
PO Box 408
Newark, NJ 07101-0408

(20254787)
(cr)

**Water Work Solutions**
2102 Houseley Dr.
Dallas, TX 75228

(20254788)
(cr)

**Wendy Harris**
400 Water Ln.
Mansfield, TX 76063

(20254789)
(cr)

**Wex Bank**
QT Quiktrip
PO Box 4337
Carol Stream, IL 60197

(20254790)
(cr)

**Wheat Lumber Co.**
809 South Doll;ey St.
Grapevine, TX 76051

(20254791)
(cr)

**White Cap**
PO Box 4944
Building D. Suite 180
Orlando, FL 32802

(20254792)
(cr)

**Zachary W. Setty-O'Connor**
2001 Oak Bluff Dr.
Arlington, TX 76006

(20254793)
(cr)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/25/2024 21:55:36 | | | |
| **PACER Login:** | travisgasper | **Client Code:** | Hendrickson |
| **Description:** | Creditor List | **Search Criteria:** | 23-42882-elm7 Creditor Type: cr |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |