**Exhibit B**

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ryan P. Setty–O'Connor<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–____<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Northern District of Texas | |
| Case number: | 23–42882–elm7 | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ryan P. Setty–O'Connor
fka Ryan P. Setty

12/20/23

**By the court:**   Edward L. Morris
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 3:22-cv-02930-S-BN   Document 33-2   Filed 04/25/24   Page 3 of 7   PageID 423
Case 23-42882-elm7   Doc 21   Filed 12/23/23   Entered 12/23/23 23:21:22   Desc
Imaged Certificate of Notice    Page 3 of 7

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 23-42882-elm |
| Ryan P. Setty-O'Connor | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 21, 2023 | Form ID: 318 | Total Noticed: 154 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ryan P. Setty-O'Connor, 2001 Oak Bluff Dr., Arlington, TX 76006-5727 |
| 20254644 | + | 4050 MUV, LLC, c/o Friedman & Feiger, 5301 Spring Valley Road, Suite 200, Dallas, TX 75254-2488 |
| 20254645 | | 4Imprint, Inc., 25303 Network Place, Chicago, IL 60673-1253 |
| 20254669 | + | ATD Concrete Coatings, 616 E. Ave J., Grand Prairie, TX 75050-2562 |
| 20254646 | + | Aaron Rocha, 1485 Snyder Court, Lucas, TX 75002-8293 |
| 20254647 | + | Abargile Meir & Estela Dominguez, 1500 Sara Cove, Lucas, TX 75002-6900 |
| 20254648 | + | Alan Hopper, 5007 Bradford Dr., Dallas, TX 75235-8308 |
| 20254649 | | Alert 360, P.O. Box 21031, Tulsa, OK 74121-1031 |
| 20254650 | + | Alert 360/Guardian Security, c/o Rosenthal Morgan and Thomas, Inc., 514 Earth City Plaza, Suite 220, St. Louis, MO 63045-1303 |
| 20254651 | + | Alex Heredia, 7242 May Hall Drive, Frisco, TX 75034-4483 |
| 20254652 | + | Alliance Pro Electric, LP, 15578 Highway 114, Justin, TX 76247-8555 |
| 20254653 | + | Allstar Masonry & Construction, 2319 W. Newton Circle, Irving, TX 75062-6704 |
| 20254655 | + | Amanda & Terry Shephard, 11521 Twining Branch Circle, Haslett, TX 76052-3416 |
| 20254658 | + | Andrew Hazel, 6400 Glenhollow Drive, Plano, TX 75093-8025 |
| 20254659 | + | Andrew Williams, 660 Alexandrite Dr., Oak Pointe, TX 75068-2275 |
| 20254660 | + | Angel Marrero, 533 Tuscany Dr., Forney, TX 75126-4178 |
| 20254661 | + | Angel Nava, 501 N. Main St., Weatherford, TX 76086-2433 |
| 20254662 | + | Anjali & Paul Thottakara, 1044 St. Francis Ln., Flower Mound, TX 75028-8202 |
| 20254663 | + | Antone & Marsha Thompson, 7201 Faught Rd., Argyle, TX 76226-4490 |
| 20254664 | + | Anusha Raavi, 3444 Begonia Ln., Irving, TX 75038-3569 |
| 20254666 | + | Aquabella, Attn: Credit Department, 11906 Brittmoore Park Dr., Houston, TX 77041-7345 |
| 20254667 | + | Aramark Uniforms, PO Box 731676, Dallas, TX 75373-1676 |
| 20254668 | + | Asha & Kalyan Indoori, 8055 Wine Barrell Lane, Frisco, TX 75035-1393 |
| 20254671 | + | Basler Properties, LLC, c/o Michael Basler, 1090 Texan Trail, Grapevine, TX 76051-3703 |
| 20254672 | + | Billie & Keith Glazner, 1521 Chesterfield Dr., Carrollton, TX 75007-2848 |
| 20254673 | + | BlueCross BlueShield of Texas, PO Box 655730, Dallas, TX 75265-5730 |
| 20254674 | + | Brandon & Sarah Fisher, 3619 French Creek Dr., Heartland, TX 75126-2587 |
| 20254675 | + | Burlington Building Materials, Inc., 8001 Bent Branch Dr., Irving, TX 75063-6024 |
| 20254676 | + | Candelario Davila, 1419 S. Montreal Ave., Dallas, TX 75208-7740 |
| 20254678 | + | Chance Jobe, 8113 Yacht Club Dr., Rowlett, TX 75089-2511 |
| 20254681 | + | Cherise & Kenneith Johnson, 9004 Ridge River Way, Fort Worth, TX 76131-1803 |
| 20254682 | + | Corporate Billing LLC, Dept. 100, PO Box 830604, Birmingham, AL 35283-0604 |
| 20254683 | + | Courtney & Mathew Rice, 1454 Oliver Creek Ln., Justin, TX 76247-1608 |
| 20254684 | + | Credit Internatioonal Corporation, PO Box 1268, Bothwell, WA 98041-1268 |
| 20254685 | + | Currency Express Financing, 575 Anton Blvd., 12th Floor, Costa Mesa, CA 92626-7169 |
| 20254686 | + | Datamax Inc., PO Box 2235, St. Louis, MO 63109-0235 |
| 20254687 | + | David Colvin & Vicente Verduzco, 630 N. Hampton Rd., Dallas, TX 75208-3102 |
| 20254688 | + | David Lockey, 4158 Briargrove Lane, Dallas, TX 75287-6601 |
| 20254689 | + | Dean & Heidi Knipping, 2902 Acacia Dr., Heartland, TX 75126-3519 |
| 20254692 | + | Edward & Sherille Rivera, 201 monticello Dr., Mansfield, TX 76063-8635 |
| 20254693 | + | Erica & Shadqunta Patton-Towns, 2501 Penshurts Court, Celina, TX 75009-1968 |
| 20254694 | #+ | Erin & Samuel Rice, 2253 Hideaway Pointe Dr., Little ELm, TX 75068-5982 |
| 20254695 | + | Faber CNK Stone, 2207 Joe Field Rd., Dallas, TX 75229-3326 |
| 20254696 | | Ferguson, 2682 West Euless Blvd., Euless, TX 76040 |

Case 3:22-cv-02930-S-BN   Document 33-2   Filed 04/25/24   Page 4 of 7   PageID 424
Case 23-42882-elm7    Doc 21    Filed 12/23/23    Entered 12/23/23 23:21:22    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0539-4 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Dec 21, 2023 | Form ID: 318 | Total Noticed: 154 |

| | | |
| --- | --- | --- |
| 20254697 | + | Fly Tile & Plaster, 7161 San Francisco Trail, Fort Worth, TX 76131-2852 |
| 20254698 | + | Friedman & Feiger, 5301 Spring Valley Road, Suite 200, Dallas, TX 75254-2488 |
| 20254702 | + | GE Steel Pool LLC, 3905 Rainer St., Irving, TX 75062-7283 |
| 20254700 | + | Gasper Law PLLC, 1408 N. Riverfront Blvd., Suite 323, Dallas, TX 75207-3912 |
| 20254703 | + | Gloria Stennett, 6711 Historic View Dr., Dallas, TX 75236-0108 |
| 20254704 | + | Grainger, 1305 N. Interestate 35E, Carrollton, TX 75006-8628 |
| 20254705 | + | Heidi & Wesley Porter, 12550 Verwood Circle, Farmers Branch, TX 75234-1329 |
| 20254706 | | Home Depot Credit Services, P.O. Box 7903420, St. Louis, MO 63179 |
| 20254707 | + | Intuit/Paycycle, Inc., 6884 Sierra Center Parkway, Reno, NV 89511-2210 |
| 20254708 | + | James & Vika Bonamy, 13524 Fishing Hole Ln., Haslet, TX 76052-4851 |
| 20254709 | + | James Bohr, 429 Bronzewood Ln., Fort Worth, TX 76131-1921 |
| 20254710 | + | Janet Kobylka, 10220 Cimmaron Trail, Dallas, TX 75243-2518 |
| 20254711 | + | Jared Hall, 1717 Caddo St. #105, Dallas, TX 75204-4201 |
| 20254712 | + | Jason & Jessica Hills, 2612 Green Oak Dr., Carrollton, TX 75010-4220 |
| 20254713 | + | Jason & Jonie Coleman, 4322 Cobalt Bloom Ct., Arlington, TX 76005-1229 |
| 20254714 | + | Jennifer Six, 2104 Benjamin Creek Dr., Little Elm, TX 75068-0017 |
| 20254715 | + | Jimmy & Stefanie Thomas, 2401 Simpson Ln., Mansfield, TX 76063-6457 |
| 20254716 | + | John Ngumba, 14716 Lost Wagon St., New Fairview, TX 76247-1775 |
| 20254717 | + | John P. Hendrickson, c/o Travis Gasper, 1408 N. Riverfront Blvd., Suite 323, Dallas, TX 75207-3912 |
| 20254718 | + | John Shaffer & Christy Raomaine, 1101 Bellevue Dr., Princeton, TX 75407-2826 |
| 20254719 | + | Jonathan Burgos, 748 Wild Flower Ln., Princeton, TX 75407-2916 |
| 20254721 | + | Khalil Issa, 2601 Coble Court, Bedford, TX 76021-4901 |
| 20254722 | + | Larry & Kyle Scirotto-Bradley, 939 N. Buckner Blvd., Dallas, TX 75218-2790 |
| 20254723 | + | Law Office of Kenneth M. Stillman, 11300 N. Central Expressway, Suite 408, Dallas, TX 75243-6712 |
| 20254724 | + | Leeroy Jordan Lumber Company, 11529 Emerald St., Dallas, TX 75229-2011 |
| 20254725 | + | Leslie's Poolmart Inc., PO BOx 501162, St. Louis, MO 63150-1162 |
| 20254726 | + | Liberty Mutual, PO Box 91013, Chicago, IL 60680-1171 |
| 20254727 | + | Lisa Brackett, 3 Roaring Creek Ct., Trophy Club, TX 76262-5434 |
| 20254728 | + | Living Earth, Dept 730004, PO Box 660919, Dallas, TX 75266-0919 |
| 20254729 | + | Lori Vaispour, 4528 Rustic Ridge Ct., The Colony, TX 75056-4077 |
| 20254740 | ++ | MCCARTHY BURGESS & WOLFF, 26000 CANNON RD, CLEVELAND OH 44146-1807 address filed with court:, McCarthy, Burgess & Wolff, 26000 Cannon Rd., Cleveland, OH 44146 |
| 20254731 | + | Manish Goyal, 2160 Longmont Ln., Prosper, TX 75078-1993 |
| 20254732 | + | Marc Pieroni, 3318 Bluffview Dr., Garland, TX 75043-1409 |
| 20254733 | + | Marco Atonio Rico, 3708 Sydney St., Fort Worth, TX 76119-2917 |
| 20254734 | + | Marcus Nelson, 4015 North FM 51, Weatherford, TX 76085-6811 |
| 20254735 | + | Mark & Natalie Hasbani, 4238 Merrell Rd., Dallas, TX 75229-5436 |
| 20254736 | | Mark A. Kirkorsky, 1119 S. Southern Ave., SUite 200, Mesa, AZ 85210 |
| 20254737 | + | Mark Mack, 3312 Kelsey Court, Flower Mound, TX 75028-2934 |
| 20254738 | #+ | Marshal Presley & Pipal PLLC, 2615 E. Southlake Blvd., Suite 200, Southlake, TX 76092-6689 |
| 20254739 | + | Matthew & Kate Lockhart-Dozois, 3598 Arrowwood Dr., Frisco, TX 75033-1249 |
| 20254741 | #+ | MerLux Pools LLC, 1088 Texan Trail, Grapevine, TX 76051-3703 |
| 20254742 | + | Michael Alacala, 2021 Livingston, Flower Mound, TX 75028-4538 |
| 20254743 | + | Michele Moore, 122 Springfield Ln., Waxahachie, TX 75165-7129 |
| 20254744 | + | Midway Urban Village LLC, 4050 McEwen Rd., Farmers Branch, TX 75244-5421 |
| 20254745 | + | Monreal Rebar Contractors LLC, 1221 W. Broadus St., Ft Worth, TX 76115-2313 |
| 20254746 | + | Munguia Pulido Plumbing, 3403 Jasper Dr., Grand Prairie, TX 75052-7872 |
| 20254747 | + | Namrata & Premal Bathia, 1731 Lincoln Rd., Lucas, TX 75002-6911 |
| 20254750 | + | New Champion Concrete, 7007 S FM 5, Aledo, TX 76008-4715 |
| 20254752 | + | NewRez - Shellpoint, 55 Beattie Place Suite 600, Greenville, SC 29601-2165 |
| 20254751 | + | Newest Construction Group, LLC, 1603 Pleasant Run, Keller, TX 76248-5379 |
| 20254753 | + | Niko Leinonen, 341 Kle Dr., Coppell, TX 75019-2946 |
| 20254754 | + | Noble Tile Supply Inc., 11215 Shady Trail, Dallas, TX 75229-4621 |
| 20254758 | + | PNC Equipment Finance, 655 Business Center Dr., Suite 250, Horsham, PA 19044-3448 |
| 20254755 | + | Patrick & Sara Shirey, 1701 Forest Pakr Dr., Prosper, TX 75078-1731 |
| 20254756 | + | Pete & Donna Dipasqua, 12073 Blackburn Way, Farmers Branch, TX 75234-1484 |
| 20254759 | + | Precision Gunite, LLC, 522 Benson Ln., Roanoake, TX 76262-6397 |
| 20254761 | + | QDI Stone Dallas LLC, 2605 Frewood Dr., Dallas, TX 75220-2510 |
| 20254764 | #+ | Roberto RIncon, 2525 Highway 360 #1117, Eueless, TX 76039-5398 |
| 20254765 | + | Ryan Setty OConnor, 2001 Oak Bluff Dr., Arlington, TX 76006-5727 |
| 20254771 | + | SCP Distributors LLC, PO BOx 54200, New Orleans, LA 70154-4200 |
| 20277001 | + | SCP Distributors LLC, ATT: CONNIE DICKINSON, 109 NORTHPARK BLVD 4TH FLOOR, Covington, LA 70433-5097 |
| 20254772 | + | SCP Pool Corp., 7610 Northshore Pl., North Little Rock, AR 72118-5310 |

Case 3:22-cv-02930-S-BN   Document 33-2   Filed 04/25/24   Page 5 of 7   PageID 425
Case 23-42882-elm7   Doc 21   Filed 12/23/23   Entered 12/23/23 23:21:22   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0539-4 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: 318 | Total Noticed: 154 |

| | | |
|---|---|---|
| 20254766 | + | Saeed & Maryam Razdar-Sanagoo, 1943 Ro Blanco Dr., Frisco, TX 75033-7654 |
| 20254767 | + | Sammy Dorsey, 1017 Bannach Dr., Arlington, TX 76001-6108 |
| 20254768 | + | Saul Lico, 1030 Hope Valley Pkwy., Roanoke, TX 76262-2100 |
| 20254769 | + | Scarborough Specialties, 10501 Indiana Ave., Lubbock, TX 79423-5179 |
| 20254770 | + | Scott & Kimberly Lauer, 3304 Dustin Trail, Hurst, TX 76054-6036 |
| 20254773 | + | Shawn & Jennifer Gill, 813 Patio St., Aubrey, TX 76227-1485 |
| 20254774 | + | Shawn Kremer, 1513 Evening Primrose Dr., Mansfield, TX 76063-4686 |
| 20254775 | + | Sherwin Williams, 2121 W. University Dr., Denton, TX 76201-0645 |
| 20254776 | + | State Auto Mutual Insurance Co., c/o Brown & Joseph, PPC, One Pierce Place, Suite 700 W, Itasca, IL 60143-2606 |
| 20254777 | + | Stephen Platek, 5913 Myrtle Ln., Frisco, TX 75036-8832 |
| 20254778 | + | Sunny & Seema Patel, 559 Richwoods Dr., Flower Mound, TX 75028-7012 |
| 20254779 | + | Thomas & Lea Ann Bryant, 1426 Oliver Creek Ln., Justin, TX 76247-1608 |
| 20254780 | + | Toronjo & Prosser Law, 6440 N. Central Expressway, Suite 104, Dallas, Texas 75206-4131 |
| 20254781 | + | Travis Bowles & Ryan Delargarza, 1843 Pueblo St., Dallas, TX 75212-3814 |
| 20254782 | + | Truist Loan Services, MC: 100-50-02-57, PO Box 2306, Wilson, NC 27894-2306 |
| 20254784 | | UPS, PO Box 650116, Dallas, TX 75265-0116 |
| 20254785 | + | Vari Sales Corp., PO BOx 3588, Coppell, TX 75019-5546 |
| 20254786 | + | Vega Decorative Concrete, 109 Pruett St., Blue Ridge, TX 75424-4444 |
| 20254788 | + | Water Work Solutions, 2102 Houseley Dr., Dallas, TX 75228-2044 |
| 20254790 | + | Wex Bank, QT Quiktrip, PO Box 4337, Carol Stream, IL 60197-4337 |
| 20254791 | | Wheat Lumber Co., 809 South Doll;ey St., Grapevine, TX 76051 |
| 20254792 | + | White Cap, PO Box 4944, Building D. Suite 180, Orlando, FL 32802-4944 |
| 20254793 | + | Zachary W. Setty-O'Connor, 2001 Oak Bluff Dr., Arlington, TX 76006-5727 |

TOTAL: 129

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Dec 22 2023 02:31:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Dec 21 2023 21:52:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Frwy, Suite 1000, Dallas, TX 75207-2328 |
| 20261482 | + | EDI: AISACG.COM | Dec 22 2023 02:31:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 20254654 | + | EDI: GMACFS.COM | Dec 22 2023 02:31:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 20254657 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2023 22:04:39 | American Express, P.O. Box 981531, El Paso, TX 79998-1531 |
| 20254665 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 21 2023 21:51:00 | Apple Card - GS Bank, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 20254670 | + | EDI: BANKAMER | Dec 22 2023 02:31:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 20254677 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Dec 21 2023 21:51:00 | Caterpillar Financial Services Corporati, 2120 West End Ave., PO Box 340001, Nashville, TN 37203-0001 |
| 20254690 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 21 2023 22:04:39 | Dell Business Credit, Payment Processing Center, PO Box 5275, Carol Stream, IL 60197 |
| 20254691 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 21 2023 21:50:34 | Dell Financial Services, One Dell Way, Round Rock, TX 78682 |
| 20254699 | | Email/Text: bankruptcyfilings@fundbox.com | Dec 21 2023 21:51:00 | Fundbox, 300 Montgomery St., Suite 900, San Fransisco, CA 94104 |
| 20254679 | | EDI: JPMORGANCHASE | Dec 22 2023 02:31:00 | Chase, Southwest Rapid Rewards, PO Box 15123, Wilmington, DE 19850-5123 |

Case 3:22-cv-02930-S-BN   Document 33-2   Filed 04/25/24   Page 6 of 7   PageID 426
Case 23-42882-elm7   Doc 21   Filed 12/23/23   Entered 12/23/23 23:21:22   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0539-4 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: 318 | Total Noticed: 154 |

| | | | | |
|---|---|---|---|---|
| 20254680 | | EDI: JPMORGANCHASE | Dec 22 2023 02:31:00 | Chase Ink, PO Box 15123, Wilmington, DE 19850-5123 |
| 20254720 | | EDI: JPMORGANCHASE | Dec 22 2023 02:31:00 | JPMCB Card Services, P.O. Box 15369, Wilmington, DE 19850 |
| 20254740 | | Email/Text: bknotices@mbandw.com | Dec 21 2023 21:52:00 | McCarthy, Burgess & Wolff, 26000 Cannon Rd., Cleveland, OH 44146 |
| 20254730 | + | EDI: CITICORP | Dec 22 2023 02:31:00 | Macys/Citibank NA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 20254748 | | Email/Text: e-bankruptcy@nasafcu.com | Dec 21 2023 21:51:00 | Nasa FCU, Attn: Loan Servicing Dept., 500 Prince Georges Blvd., Upper Marlboro, MD 20774 |
| 20254749 | | Email/Text: bankruptcy@nfm.com | Dec 21 2023 21:52:00 | Nebraska Furniture Mart, P.O. Box 3456, Omaha, NE 68103 |
| 20254757 | | Email/Text: bankruptcy@pb.com | Dec 21 2023 21:52:00 | Pitney Bowes, 2225 American Drive, Neenah, WI 54956-1005 |
| 20254760 | + | Email/Text: dllawbankruptcy@exchange.principal.com | Dec 21 2023 21:51:00 | Principal Life Insurance Company, Group Benefits, 711 High Street, Des Moines, IA 50392-0001 |
| 20254762 | | Email/Text: BankruptcyMail@questdiagnostics.com | Dec 21 2023 21:53:00 | Quest Diagnostics, P.O. Box 740779, Cincinnati, OH 45274-0779 |
| 20254656 | | Email/Text: bankruptcyteam@rentokil.com | Dec 21 2023 21:51:00 | Ambius, PO Box 14086, Reading, PA 19612 |
| 20254763 | + | Email/Text: ecfbankruptcy@nrg.com | Dec 21 2023 21:52:00 | Reliant Energy Retail Services, P.O. Box 650475, Dallas, TX 75265-0475 |
| 20254783 | + | Email/Text: accounts.receivable@uline.com | Dec 21 2023 21:52:00 | ULine, PO Box 88741, Chicago, IL 60680-1741 |
| 20254787 | | EDI: VERIZONCOMB.COM | Dec 22 2023 02:31:00 | Verizon, PO Box 408, Newark, NJ 07101-0408 |
| 20254789 | | Email/Text: wendyharris1@att.net | Dec 21 2023 21:51:00 | Wendy Harris, 400 Water Ln., Mansfield, TX 76063 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20261483 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 20261484 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 20261485 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 20261486 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 20261487 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 20254701 | *+ | Gasper Law PLLC, 1408 N. Riverfront Blvd., Suite 323, Dallas, TX 75207-3912 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Case 3:22-cv-02930-S-BN   Document 33-2   Filed 04/25/24   Page 7 of 7   PageID 427
Case 23-42882-elm7   Doc 21   Filed 12/23/23   Entered 12/23/23 23:21:22   Desc
Imaged Certificate of Notice   Page 7 of 7

| District/off: 0539-4 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: 318 | Total Noticed: 154 |

Date: Dec 23, 2023　　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek K. Prosser | |
| | on behalf of Debtor Ryan P. Setty-O'Connor dprosser@t-plaw.com  mtoronjo@t-plaw.com,ecf@t-plaw.com |
| Laurie Dahl Rea | |
| | trusteelaurierea@gmail.com  TX83@ecfcbis.com;ldr@trustesolutions.net;tandi.levario@romclaw.com |
| Sherrel K. Knighton | |
| | on behalf of Creditor Tarrant County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Sean.French@lgbs.com;Eva.Parker@lgbs.com;Alexis.Hall@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| United States Trustee | |
| | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4