# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JOHN P. HENDRICKSON, ANITA | § | |
| CALICCHIO, RILEY KISER, and | § | |
| CLAUDIA TORRALBA | § | |
| | § | CIVIL ACTION NO. 3:22-CV-2930-S-BN |
| v. | § | |
| | § | |
| RYAN SETTY-O'CONNOR | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Motion to Dismiss [ECF No. 29] is therefore **DENIED WITHOUT PREJUDICE** to its substance being litigated at a subsequent step in this proceeding.

**SO ORDERED.**

SIGNED December 19, 2024.

**UNITED STATES DISTRICT JUDGE**