IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN P. HENDRICKSON, ANITA CALICCHIO, RILEY KISER, and CLAUDIA TORRALBA | § § § § | |
| Plaintiffs, | § § | No. 3:22-cv-2930-S-BN |
| v. | § § | JURY TRIAL DEMANDED |
| RYAN SETTY-O'CONNOR, | § § § | |
| Defendant. | | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs John P. Hendrickson, Anita Calicchio, Riley Kiser, and Claudia Torralba ("Plaintiffs") and Defendant Ryan Setty-O'Connor ("Defendant") (collectively, the "Parties") file this Joint Notice of Settlement, and respectfully show the Court the following:

1. Plaintiffs and Defendant have reached a settlement in the above-referenced case and are in the process of finalizing the settlement details, including preparation of the settlement agreement and dismissal documents.

2. The Parties anticipate that the settlement process, including preparation of settlement and dismissal documents, should be completed within the next 30 days, and request the Court to Stay all pending deadlines and proceedings during this time.

Respectfully submitted,

| **GASPER LAW PLLC** | **LAW OFFICE OF J.R. SMITH, PLLC** |

*/s/ Travis Gasper*  /s/ Joslyn R. Smith (with permission)
Travis Gasper  Joslyn R. Smith
Texas Bar No. 24096881  SBN: 24117080
1408 N. Riverfront Blvd., Suite 323  4805 Neptune Ct.
Dallas, Texas 75207  Flower Mound, Texas 75022
Phone: (469) 663-7736  682-900-1799 (ph)
Fax: (833) 957-2957  940-289-7827 (fax)
Email: travis@travisgasper.com  js@lojrs.com

**ATTORNEY FOR PLAINTIFFS**      **ATTORNEY FOR DEFENDANT**