IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN P. HENDRICKSON, ANITA CALICCHIO, RILEY KISER, and CLAUDIA TORRALBA, | § § § § | |
| Plaintiffs, | § § | |
| V. | § | No. 3:22-cv-2930-S-BN |
| RYAN SETTY-O'CONNOR, | § § § | |
| Defendant. | § | |

**ORDER DIRECTING FILING OF DISMISSAL AND RELATED PAPERS BASED ON SETTLEMENT AND STAYING DEADLINES**

Plaintiffs John P. Hendrickson, Anita Calicchio, Riley Kiser, and Claudia Torralba and Defendant Ryan Setty-O'Connor have filed a Joint Notice of Settlement. *See* Dkt. No. 45. They report that they have reached a settlement; are in the process of finalizing the settlement details, including preparation of the settlement agreement and dismissal documents; anticipate that the settlement process, including preparation of settlement and dismissal documents, should be completed within the next 30 days; and request that the Court stay all pending deadlines and proceedings during this time. *See id.* at 1.

The Court now stays any unexpired deadlines set by any order of the Court or Local Civil Rule until further order of the Court.

The parties are directed to, by **May 14, 2025**, file appropriate dismissal papers along with a joint report that includes a discussion of whether the settlement of Fair Labor Standards Act claims in this case requires the Court's approval and, if not, an

explanation of why not, and, if they believe that it does, the parties are directed to, in an appendix to their joint report, file appropriate materials and briefing to allow the Court to make that determination. *See Bodle v. TXL Mortg. Corp.*, 788 F.3d 159 (5th Cir. 2015); *Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247 (5th Cir. 2012); *Plunkett v. FirstKey Homes LLC*, No. 3:23-cv-2684-L-BN, 2024 WL 5315330 (N.D. Tex. Nov. 21, 2024), *rec. adopted*, 2024 WL 5075065 (N.D. Tex. Dec. 11, 2024); *Herbert v. LTC Delivery LLC*, No. 3:19-cv-1856-X, 2022 WL 1608639 (N.D. Tex. May 20, 2022); *Lee v. Metrocare Servs.*, No. 3:13-cv-2349-O, 2015 WL 13729679 (N.D. Tex. July 1, 2015).

And the parties are reminded that any materials that they seek to file under seal must be filed in compliance with the Standing Order on Filing Materials Under Seal [Dkt. No. 39].

SO ORDERED.

DATE: April 14, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE