IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN P. HENDRICKSON, ANITA CALICCHIO, RILEY KISER, and CLAUDIA TORRALBA | § § § § | |
| Plaintiffs, | § | No. 3:22-cv-2930-S-BN |
| v. | § § | JURY TRIAL DEMANDED |
| RYAN SETTY-O'CONNOR, | § § § | |
| Defendant. | | |

## JOINT MOTION TO EXTEND DEADLINE
## TO FILE DISMISSAL AND RELATED PAPERS

Plaintiffs John P. Hendrickson, Anita Calicchio, Riley Kiser, and Claudia Torralba ("Plaintiffs") and Defendant Ryan Setty-O'Connor ("Defendant") (collectively, the "Parties") respectfully file this Joint Motion to Extend Deadline to File Dismissal and Related Papers, and would respectfully show the Court as follows:

1. On April 14, 2025, the Court entered an Order acknowledging the Parties' settlement and directing the filing of dismissal papers, along with a joint report on the need for Fair Labor Standards Act ("FLSA") approval, by May 14, 2025 (Dkt. No. 46).

2. The Parties are finalizing the terms of their settlement agreement and dismissal documents. However, Plaintiffs' counsel recently experienced an unexpected family emergency, which has temporarily delayed the finalization process.

3. The Parties jointly and respectfully request a 14-day extension, up to and including May 28, 2025, to file the required dismissal documents and joint report.

4. This is the first request for an extension of this deadline. The Parties make this request in good faith and not for purposes of delay.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and extend the current May 14, 2025 deadline to May 28, 2025.

Respectfully submitted,

| | |
|---|---|
| **GASPER LAW PLLC** | **LAW OFFICE OF J.R. SMITH, PLLC** |
| */s/ Travis Gasper* | */s/ Joslyn R. Smith (with permission)* |
| Travis Gasper | Joslyn R. Smith |
| Texas Bar No. 24096881 | SBN: 24117080 |
| 633 West Davis Street | 4805 Neptune Ct. |
| Dallas, Texas 75208 | Flower Mound, Texas 75022 |
| Phone: (469) 663-7736 | 682-900-1799 (ph) |
| Fax: (833) 957-2957 | 940-289-7827 (fax) |
| Email: travis@travisgasper.com | js@lojrs.com |
| **ATTORNEY FOR PLAINTIFFS** | **ATTORNEY FOR DEFENDANT** |