IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN P. HENDRICKSON, ANITA CALICCHIO, RILEY KISER, and CLAUDIA TORRALBA | § § § § | |
| Plaintiffs, | § § | No. 3:22-cv-2930-S-BN |
| v. | § § | JURY TRIAL DEMANDED |
| RYAN SETTY-O'CONNOR, | § § § | |
| Defendant. | | |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND

Before the Court is the Parties' Joint Motion to Extend Deadline to File Dismissal and Related Papers. Having considered the Motion and the circumstances described therein, the Court finds that good cause exists to grant the requested relief.

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED. The deadline for the Parties to file dismissal and related papers, as set forth in the Court's April 14, 2025 Order (Dkt. No. 46), is hereby extended to May 28, 2025.

SO ORDERED.

DATE: _____

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE