IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN P. HENDRICKSON, ANITA CALICCHIO, RILEY KISER, and CLAUDIA TORRALBA | § § § § | |
| Plaintiffs, | § § | No. 3:22-cv-2930-S-BN |
| v. | § § | JURY TRIAL DEMANDED |
| RYAN SETTY-O'CONNOR, | § § § | |
| Defendant. | | |

## JOINT MOTION TO EXTEND DEADLINE
## TO FILE DISMISSAL AND RELATED PAPERS

Plaintiffs John P. Hendrickson, Anita Calicchio, Riley Kiser, and Claudia Torralba ("Plaintiffs") and Defendant Ryan Setty-O'Connor ("Defendant") (collectively, the "Parties") respectfully file this Joint Motion to Extend the Deadline to File Dismissal and Related Papers and would show the Court as follows:

1. On April 14, 2025, the Court entered an Order acknowledging the Parties' settlement and directing the filing of dismissal papers, along with a joint report on the need for Fair Labor Standards Act ("FLSA") approval, by May 14, 2025 [Dkt. No. 46].

2. On May 13, 2025, the Parties filed a joint motion to extend their deadline to file dismissal and related papers to May 28, 2025 [Dkt. No. 47], which the Court granted [Dkt. No. 48].

3. Since then, the Parties have exchanged drafts of the settlement agreement and joint report and motion for settlement approval. However, despite their best efforts, counsel for

Plaintiffs and Defendant require additional time to resolve remaining issues and to ensure that the settlement documents comply with the Fair Labor Standards Act and the Court's requirements.

4. The Parties jointly and respectfully request a 14-day extension, up to and including June 11, 2025, to file the required dismissal documents and joint report.

5. This is the second request for an extension of this deadline. The Parties make this request in good faith and not for purposes of delay.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and extend the current May 28, 2025 deadline to June 11, 2025.

Respectfully submitted,

| | |
|---|---|
| **GASPER LAW PLLC** | **LAW OFFICE OF J.R. SMITH, PLLC** |
| */s/ Travis Gasper* | */s/ Joslyn R. Smith (with permission)* |
| Travis Gasper | Joslyn R. Smith |
| Texas Bar No. 24096881 | SBN: 24117080 |
| 633 West Davis Street | 4805 Neptune Ct. |
| Dallas, Texas 75208 | Flower Mound, Texas 75022 |
| Phone: (469) 663-7736 | 682-900-1799 (ph) |
| Fax: (833) 957-2957 | 940-289-7827 (fax) |
| Email: travis@travisgasper.com | js@lojrs.com |
| **ATTORNEY FOR PLAINTIFFS** | **ATTORNEY FOR DEFENDANT** |