IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN P. HENDRICKSON, ANITA CALICCHIO, RILEY KISER, and CLAUDIA TORRALBA | § § § § | |
| Plaintiffs, | § § | No. 3:22-cv-2930-S-BN |
| v. | § § | |
| RYAN SETTY-O'CONNOR, | § § § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION

The Court GRANTS the parties' joint motion [Dkt. No. 49] to extend their deadline to file dismissal and related papers in compliance with the Court's May 14, 2025 order [Dkt. No. 48] to **June 11, 2025**.

SO ORDERED.

DATE: May 28, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE