IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN P. HENDRICKSON, ANITA CALICCHIO, RILEY KISER, and CLAUDIA TORRALBA,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN SETTY-O'CONNOR,<br><br>Defendant. | §§§§§§§§§§§§ No. 3:22-cv-2930-S-BN |

### JOINT STIPULATION OF DISMISSAL OF TEXAS PAYDAY ACT CLAIM

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant hereby stipulate to the dismissal without prejudice of Plaintiffs' claim under the Texas Payday Act (Tex. Labor Code § 61.001 et seq.). This dismissal applies solely to the Texas Payday Act claim and does not affect Plaintiffs' remaining claims under the Fair Labor Standards Act ("FLSA"), which remain pending for purposes of settlement, dismissal papers, and the joint report required by the Court's April 14, 2025 Order [Dkt. No. 46].

Respectfully submitted,

| | |
|---|---|
| **GASPER LAW PLLC** | **LAW OFFICE OF J.R. SMITH, PLLC** |
| */s/ Travis Gasper* | */s/ Joslyn R. Smith (with permission)* |
| Travis Gasper | Joslyn R. Smith |
| Texas Bar No. 24096881 | SBN: 24117080 |
| 633 West Davis Street | 4805 Neptune Ct. |
| Dallas, Texas 75208 | Flower Mound, Texas 75022 |
| Phone: (469) 663-7736 | 682-900-1799 (ph) |
| Fax: (833) 957-2957 | 940-289-7827 (fax) |
| Email: travis@travisgasper.com | js@lojrs.com |
| **ATTORNEY FOR PLAINTIFFS** | **ATTORNEY FOR DEFENDANT** |

Solo Page