IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN P. HENDRICKSON, ANITA CALICCHIO, RILEY KISER, and CLAUDIA TORRALBA, | § § § § | |
| Plaintiffs, | § § | No. 3:22-cv-2930-S-BN |
| v. | § § | JURY TRIAL DEMANDED |
| RYAN SETTY-O'CONNOR, | § § § | |
| Defendant. | | |

## **FINAL JUDGMENT**

In accordance with the order approving the proposed settlement agreement and granting the parties' joint motion for approval, final judgment is entered dismissing plaintiffs' claims with prejudice.

SO ORDERED.

DATE: _____

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE