# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JOHN P. HENDRICKSON, ANITA CALICCHIO, RILEY KISER, and CLAUDIA TORRALBA, | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-2930-S-BN |
| RYAN SETTY-O'CONNOR | § § | |

## FINAL JUDGMENT

Consistent with the order approving the proposed settlement agreement and granting the parties' joint motion for approval, *see* ECF No. 53, the Court **DISMISSES WITH PREJUDICE** plaintiffs' claims.

SIGNED June 9, 2025.

_____
**UNITED STATES DISTRICT JUDGE**